**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

AEE

FILED
DECEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 7018

In the Matter of                                    Case Number:

JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor, Plaintiffs v. Board of Education of Aptakisic-Tripp Community Consolidated School District N. 102 and Illinois State Board of Education, Defendants

JUDGE DOW
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James and Lee Anne D., Individually and as Next Friends of Sarah D., a Minor

| | |
|---|---|
| NAME (Type or print) <br> Matthew D. Cohen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew D. Cohen | |
| FIRM <br> Monahan & Cohen | |
| STREET ADDRESS <br> 225 West Washington, Suite 2300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 01388890 | TELEPHONE NUMBER <br> 312-419-0252 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |