# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 07 C 7018
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

- ( X ) Summons & Complaint
- (   ) Citation to Discover Assets
- (   ) Rule to Show Cause
- (   ) Subpoena
- (   ) Other:

1. ( ) By leaving a copy with the named party, ------- personally on -------.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Board of Education of Aptakisic-Tripp CCSD 102 c/o Dr. Jon Mink** by leaving a copy with **Marilyn Lynch, Secretary and Authorized Person**, on **December 19, 2007**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **Caucasian**     APPROXIMATE AGE: **50-55**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1231 Weiland Rd., Buffalo Grove, IL 60089**
TIME OF DAY: **11:45 AM**

6. ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 20th day of **December 2007**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

James and Lee Anne D., Individually and as
Next Friends of Sarah D., a Minor, Plaintiffs

CASE NUMBER: 07 C 7018

V.

ASSIGNED JUDGE: Judge Dow

Board of Education of Aptakisic-Tripp
Community Consolidated School District No. 102
and Illinois State Board of Education, Defendants

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Mason

TO: (Name and address of Defendant)

Board of Education of Aptakisic-Tripp CCSD 102
c/o Dr. Jon Mink
Superintendent of Schools
1231 Weiland Road
Buffalo Grove, IL 60089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Cohen
Courtney N. Stillman
Monahan & Cohen
225 W. Washington Street
Suite 2300
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

KRYSTEN COPPOLETTA

(By) DEPUTY CLERK

DEC 17 2007

DATE