# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:     07 C 7018

James & Lee Anne D. as parents & Next Friend to Sarah D. v. ISBE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: Illinois State Board of Education

| | |
|---|---|
| NAME (Type or print) <br> SHIRLEY R. CALLOWAY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Shirley R. Calloway | |
| FIRM <br> Office of the Illinois Attorney General | |
| OFFICE ADDRESS <br> 100 W. Randolph, 13th Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6222055 | TELEPHONE  NUMBER <br> (312) 814-5581 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO __ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES __ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO __ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO __ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  __          APPOINTED COUNSEL  __