### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOARD of EDUCATION OF APTAKISIC-TRIPP )<br>COMMUNITY CONSOL. SCHOOL DIST. NO. )<br>and ILLINOIS STATE BOARD OF ED., )<br>)<br>Defendants. ) | No. 07 C 7018<br><br>Hon. Robert M. Dow<br><br>Magistrate Judge Mason |

### AGREED MOTION FOR EXTENSION OF TIME FOR ILLINOIS STATE BOARD OF EDUCATION TO FILE ADMINISTRATIVE RECORD

Now comes the defendant, ILLINOIS STATE BOARD OF EDUCATION ("ISBE"), by and through their attorney, LISA MADIGAN, Illinois Attorney General, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and in agreement with Plaintiff, moves this Honorable Court for an extension of time to file the administrative record of proceedings. In further support thereof, defendant ISBE states as follows:

1. Plaintiff filed this lawsuit on or about December 13, 2007. Defendant ISBE currently has until January 7, 2008 to answer or otherwise plead to the complaint. ISBE plans to file the underlying record as its answer.

2. Defendant is currently preparing the record of administrative proceedings and transcribing same from the hearing officer. ISBE will mail the completed record from Springfield, Illinois, in approximately four weeks.

3. This motion is not being brought for dilatory purposes or for purposes of delay.

Counsel for the plaintiff has communicated agreement with the motion.

WHEREFORE, the defendant ILLINOIS STATE BOARD OF EDUCATION respectfully requests that this Honorable Court extend the time in which the defendant ISBE can file the record of administrative proceedings until February 7, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

*/s/ Shirley R. Calloway*
SHIRLEY R. CALLOWAY
RACHEL J. FLEISCHMANN
Assistant Attorneys General
Office of the Attorney General
100 W. Randolph Str., 13th Floor
Chicago, Illinois  60601
(312) 814-5581
(312) 814-6122