## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOARD of EDUCATION OF APTAKISIC-TRIPP )<br>COMMUNITY CONSOL. SCHOOL DIST. NO. )<br>and ILLINOIS STATE BOARD OF ED., )<br>)<br>Defendants. ) | No. 07 C 7018<br><br>Hon. Robert M. Dow<br><br>Magistrate Judge Mason |

### NOTICE OF AGREED MOTION

TO:  Matthew D. Cohen
  Courtney N. Stillman
  Monahan & Cohen
  225 West Washington St. Suite 2300
  Chicago, IL 60606

**PLEASE TAKE NOTICE** that on Tuesday January 15, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, or whomever may be sitting in his stead, Room 1719 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **AGREED MOTION FOR EXTENSION OF TIME FOR ILLINOIS STATE BOARD OF EDUCATION TO FILE ADMINISTRATIVE RECORD.**

                                         Respectfully submitted,

LISA MADIGAN                             /s/ *Shirley R. Calloway*
Attorney General of Illinois             Shirley R. Calloway
                                         Assistant Attorney General
                                         Office of the Attorney General
                                         100 West Randolph Street, 13th Floor
                                         Chicago, Illinois  60601
                                         (312) 814- 5581

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing motion with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. Parties of record may obtain a copy of the paper through the Court=s CM/ECF system.


| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | /s/ *Shirley R. Calloway*<br>Shirley R. Calloway<br>Assistant Attorney General<br>Office of the Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, Illinois  60601<br>(312) 814-5581<br>Attorney No. 6222055 |