IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor, | ) ) ) | |
| Plaintiffs | ) | Case No. 07 C 7018 |
| v. | ) ) | |
| | ) | District Judge Robert M. Dow Jr. |
| BOARD OF EDUCATION OF APTAKISIC-TRIPP COMMUNITY CONSOLIDATED SCHOOL DISTRICT NO. 102 and ILLINOIS STATE BOARD OF EDUCATION, | ) ) ) ) ) | Magistrate Michael T. Mason |
| Defendants. | ) | |

## NOTICE OF FILING

To: Matthew D. Cohen
Courtney N. Stillman
Monahan & Cohen
225 W. Washington Street
Suite 2300
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 8th day of January, 2008, we caused the Defendant School District's Answer to be electronically filed through the CM/ECF system of the United States District Court for the Northern District of Illinois.

By: /s/ Debra H. Kaplan
One of the Attorneys for Defendant

Jay Kraning
Debra H. Kaplan
Robert E. Swain
HODGES, LOIZZI, EISENHAMMER,
 RODICK & KOHN
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL  60005
(847) 670-9000 (phone)
(847) 670-7334 (fax)
jkraning@hlerk.com
dkaplan@hlerk.com
rswain@hlerk.com

## CERTIFICATE OF SERVICE

I, Debra H. Kaplan, an attorney, hereby certify that a true and correct copy of the foregoing Notice of Filing was served on the 8th day of January, 2008, by transmitting the same electronically to the Clerk of Court, in accordance with FED. R. CIV. P. 5(b)(2)(D), LR5.5 and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By: /s/ Debra H. Kaplan
      One of the Attorneys for Defendant

Jay Kraning
Debra H. Kaplan
Robert E. Swain
HODGES, LOIZZI, EISENHAMMER,
 RODICK & KOHN
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000 (phone)
(847) 670-7334 (fax)
jkraning@hlerk.com
dkaplan@hlerk.com
rswain@hlerk.com

149084_1.DOC