**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOARD of EDUCATION OF APTAKISIC-TRIPP )<br>COMMUNITY CONSOL. SCHOOL DIST. NO. )<br>and ILLINOIS STATE BOARD OF ED., )<br>)<br>Defendants. ) | No. 07 C 7018<br><br>Hon. Robert M. Dow<br><br>Magistrate Judge Mason |

**AGREED MOTION FOR EXTENSION OF TIME FOR ILLINOIS STATE BOARD OF EDUCATION TO FILE ADMINISTRATIVE RECORD**

Now comes the defendant, ILLINOIS STATE BOARD OF EDUCATION ("ISBE"), by and through their attorney, LISA MADIGAN, Illinois Attorney General, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and in agreement with Plaintiff, moves this Honorable Court for an extension of time to file the administrative record of proceedings. In further support thereof, defendant ISBE states as follows:

1.  Plaintiff filed this lawsuit on or about December 13, 2007. Defendant ISBE currently has until February 7, 2008 to answer or otherwise plead to the complaint. ISBE plans to file the underlying record as its answer.

2.  Defendant is currently preparing the record of administrative proceedings and transcribing same from the hearing officer. ISBE planned to mail the completed record from Springfield, Illinois, in order to file it by February 7, 2008.

3.  ISBE's due process staff is still awaiting the transcript from the hearing officer. In addition, the remainder of the record (approximately 1800 pages, which has all been stamped and

prepared) is in the process of being copied. Due in part to the size, the copying isn't complete, and will be sent from Springfield as soon as it returns from the copy center.

4. This motion is not being brought for dilatory purposes or for purposes of delay. Counsel for the plaintiff has communicated agreement with the motion.

WHEREFORE, the defendant ILLINOIS STATE BOARD OF EDUCATION respectfully requests that this Honorable Court extend the time in which the defendant ISBE can file the record of administrative proceedings until February 19, 2008.

    Respectfully submitted,

    LISA MADIGAN
    Attorney General of Illinois

    */s/ Shirley R. Calloway*
    SHIRLEY R. CALLOWAY
    RACHEL J. FLEISCHMANN
    Assistant Attorneys General
    Office of the Attorney General
    100 W. Randolph Str., 13th Floor
    Chicago, Illinois 60601
    (312) 814-5581
    (312) 814-6122