**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor, ) ) ) | |
| ) | No. 07 C 7018 |
| Plaintiffs, ) | |
| ) | Hon. Robert M. Dow |
| v. ) | |
| ) | Magistrate Judge Mason |
| BOARD of EDUCATION OF APTAKISIC-TRIPP ) COMMUNITY CONSOL. SCHOOL DIST. NO. ) and ILLINOIS STATE BOARD OF ED., ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Matthew D. Cohen, Courtney N. Stillman, Monahan & Cohen, 225 West Washington St. Suite 2300, Chicago, IL 60606
Debra H. Kaplan, Jay Kraning, Robert E. Swain, Hodges Loizzi Eisenhammer Rodick & Kohn, 3030 Salt Creek Ln., Suite 202, Arlington Heights, IL 60005

**PLEASE TAKE NOTICE** that on February 19, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, or whomever may be sitting in his stead, Room 1719 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION FOR EXTENSION OF TIME FOR ILLINOIS STATE BOARD OF EDUCATION TO FILE ADMINISTRATIVE RECORD.**

                                          Respectfully submitted,

LISA MADIGAN                              /s/ *Shirley R. Calloway*
Attorney General of Illinois              Shirley R. Calloway
                                          Assistant Attorney General
                                          Office of the Attorney General
                                          100 West Randolph Street, 13th Floor
                                          Chicago, Illinois  60601
                                          (312) 814- 5581

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing motion with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. Parties of record may obtain a copy of the paper through the Court=s CM/ECF system.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | /s/ *Shirley R. Calloway*<br>Shirley R. Calloway<br>Assistant Attorney General<br>Office of the Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, Illinois  60601<br>(312) 814-5581<br>Attorney No. 6222055 |