**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Sarah D.

                        Plaintiff,

v.                                        Case No.: 1:07−cv−07018

                                          Honorable Robert M. Dow Jr.

Board of Education of Aptakisic−Tripp Community
Consolidated School District No. 102, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:MOTION by Defendant Illinois State Board of Education for extension of time [20] to file administrative record is granted to and including 2/19/08.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.