# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sarah D.

                          Plaintiff,

v.                                                            Case No.: 1:07−cv−07018

                                                                     Honorable Robert M. Dow Jr.

Board of Education of Aptakisic−Tripp Community
Consolidated School District No. 102, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Status hearing held on 2/19/2008. Plaintiff is given leave to file motion to supplement within three weeks after filing of administrative record. Defendants are given two weeks thereafter to respond and Plaintiff is given 1 week thereafter to reply. Ruling on motion to supplement will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.