**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JAMES and LEE ANNE D.,** ) | |
| **Individually and as Next Friends** ) | |
| **of Sarah D., a Minor,** ) | |
|     Plaintiffs ) | |
| ) | **Case No. 07 C 7018** |
| v. ) | |
| ) | |
| **Board of Education of Aptakisic-Tripp** ) | |
| **Community Consolidated School District** ) | |
| **No. 102 and Illinois State Board of Education,** ) | |
|     Defendants. ) | |

**PLAINTIFFS' MOTION TO VOLUNTARILY**
**DISMISS ILLINOIS STATE BOARD OF EDUCATION**

NOW COME PLAINTIFFS JAMES and LEE ANNE D., Individually and as Next Friends of SARAH D., a Minor, by and through their attorneys, MONAHAN & COHEN, and as their Motion to Voluntarily Dismiss Illinois State Board of Education, state as follows:

1. On December 14, 2007, Plaintiffs filed a Complaint and named the Illinois State Board of Education ("ISBE") as a defendant.

2. Paragraph 8 of the Complaint indicated that ISBE was named in the action for purposes of filing the administrative record in this case.

3. The ISBE filed the administrative record on March 12, 2008.

4. The Complaint includes no claims against ISBE.

NOW WHEREFORE, Plaintiffs respectfully seek leave to voluntarily dismiss ISBE as a defendant in this case.

Respectfully submitted,

/s/ Courtney N. Stillman
Courtney N. Stillman, One of the Attorneys for Plaintiffs

Matthew D. Cohen
Courtney N. Stillman
MONAHAN & COHEN
Attorneys for Plaintiffs
225 West Washington Street
Suite 2300
Chicago, IL 60606
(312) 419-0252
Dated: March 19, 2008
F:\CASE\D\Motion to Voluntarily Dismiss ISBE

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following persons:

    scalloway@atg.state.il.us
    kdonoghue@atg.state.il.us
    mcapra@atg.state.il.us
    dkaplan@hlerk.com
    jkraning@hlerk.com
    rswain@hlerk.com

              /s/ Courtney N. Stillman
              Courtney N. Stillman, One of the Attorneys for Plaintiffs