IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor,<br>    Plaintiffs<br><br>v.<br><br>Board of Education of Aptakisic-Tripp Community Consolidated School District No. 102 and Illinois State Board of Education,<br>    Defendants. | Case No. 07 C 7018 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, March 25, 2008, at 9:15 a.m., or as soon thereafter as counsel shall be heard, I shall appear before the Honorable Judge Dow, at the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Room 1919, Chicago, IL and then and there present **Plaintiffs' Motion to Voluntarily Dismiss Illinois State Board of Education**.

Respectfully submitted,

/s/ Courtney N. Stillman
Courtney N. Stillman, One of the Attorneys for Plaintiffs

Matthew D. Cohen
Courtney N. Stillman
MONAHAN & COHEN
Attorneys for Plaintiffs
225 West Washington Street
Suite 2300
Chicago, IL  60606
(312) 419-0252
Dated:  March 19, 2008
F:\CASE\D\Motion to Voluntarily Dismiss ISBE

## CERTIFICATE OF SERVICE

      I, hereby certify that on March 19, 2008, I electronically filed this **Notice of Motion** and **Plaintiffs' Motion to Voluntarily Dismiss Illinois State Board of Education** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

      scalloway@atg.state.il.us

      kdonoghue@atg.state.il.us

      mcapra@atg.state.il.us

      dkaplan@hlerk.com

      jkraning@hlerk.com

      rswain@hlerk.com


      /s/ Courtney N. Stillman
      Courtney N. Stillman