10/2/2007

Page 4 of 26

## Illinois State Board of Education
## Special Education – Grid Snapshot
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT / LRE | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic / Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | D / I | | | | | 34-049-1020-04 / W | --- / A | C | 000 / / | 08/21/2003 | / Y | M | W | R / A |
| 07 | D / | | | | | 34-049-1020-04 / | --- / E | C | 000 / / | 08/21/2003 | / Y | M | W | R / A |
| 05 | D / I | | | | | 34-049-1020-04 / W, X | --- / E | C | 000 / / | 08/21/2003 | / Y | F | W | R / A |
| 01 | L / | | | | | 34-049-1020-04 / Y, M, S, X, B | --- / F | C | 000 / / | 08/21/2003 | / Y | F | W | R / A |
| 02 | D / | | | | | 34-049-1020-04 / W, X | --- / E | C | 000 / / | 03/26/2004 | / Y | M | W | R / A |
| P | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / / | 08/21/2003 | / Y | M | W | A |
| P | N / | | | | | 34-049-1020-04 / B, M, S, X, W, Y | --- / F | C | 000 / / | 08/21/2003 | / Y | F | W | R / A |
| K | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / / | 08/21/2003 | / Y | F | W | A |
| 07 | A / | | | | | 34-049-1020-04 / A, B, M, R, W, X | --- / F | C | 000 / / | 08/13/2003 | / N | M | W | B / A |
| 03 | L / I | | | | | 34-049-1020-04 / W, X | --- / E | C | 000 / / | 08/21/2003 | / Y | F | W | R / A |
| K | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / / | 08/21/2003 | / Y | M | W | A |
| 03 | L / | | | | | 34-049-1020-04 / X | --- / A | C | 000 / / | 08/21/2003 | / Y | F | W | R / A |
| P | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / / | 08/21/2003 | / Y | F | W | A |
| P | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / / | 08/21/2003 | / Y | M | W | A |
| P | L / I | | | | | 34-049-1020-04 / M, B, Y, S, X, W | --- / F | C | 000 / / | 08/21/2003 | / Y | M | W | B / A |
| 04 | D / I | | | | | 34-049-1020-04 / W | --- / E | C | 000 / / | 08/21/2003 | / Y | F | W | B / A |
| 07 | K / | | | | | 34-049-1020-04 / X | --- / E | C | 000 / / | 08/21/2003 | / Y | M | W | R / A |

Case 1:07-cv-07018    Document 28-5    Filed 03/20/2008    Page 2 of 25

# Illinois State Board of Education
## Special Education – Grid Snapshot
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE | RB Payer | Fund | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | F / | | | | | 34-049-1020-04 ----- X,W,J | E | | C | 000 / / | 08/21/2003 | Y | F | A | R A |
| 03 | F / | | | | | 34-049-1020-04 ----- W,Y | P | | B | 081 / / | 08/25/2003 | Y | M | A | B A |
| 06 | L / | | | | | 34-049-1020-04 ----- W,X | E | | C | 000 / / | 08/21/2003 I | 02/04/2004 Y | F | W | R A |
| P | I / | | | | | 34-049-1020-04 ----- | A | | A | / / | 08/21/2003 | Y | M | W | R A |
| 04 | D / I | | | | | 34-049-1020-04 ----- W | E | | C | 000 / / | 08/21/2003 | Y | M | H | B A |
| 02 | D / K | | | | | 34-049-1020-04 ----- X,W | E | | C | 000 / / | 08/21/2003 | Y | M | H | B A |
| P | I / | | | | | 34-049-1020-04 ----- M | A | | A | / / | 08/21/2003 | Y | F | W | R A |
| 02 | L / K | | | | | 34-049-1020-04 ----- X | E | | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 06 | L / D | | | | | 34-049-1020-04 ----- M,X,W,A | A | | C | 000 / / | 08/21/2003 | Y | F | W | R A |
| P | N / | | | | | 34-049-1020-04 ----- B,M,X,W,Y | F | | C | 000 / / | 08/21/2003 X | 05/17/2004 Y | F | W | R A |
| P | D / | | | | | 34-049-1020-04 ----- B,M,X,W,Y | F | | C | 000 / / | 05/18/2004 | Y | F | W | R A |
| 06 | D / I | | | | | 34-049-1020-04 ----- W,X | E | | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 02 | I / | | | | | 34-049-1020-04 ----- M | A | | A | / / | 08/21/2003 | Y | M | W | R A |
| 05 | I / | | | | | 34-049-1020-04 ----- | A | | A | / / | 08/21/2003 X | 03/10/2004 Y | F | A | R A |
| 06 | D / I | | | | | 34-049-1020-04 ----- W | E | | C | 000 / / | 03/11/2004 | Y | F | A | R A |
| 01 | L / | | | | | 34-049-1020-04 ----- M,Y,X,B | F | | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 05 | D / | | | | | 34-049-1020-04 ----- | A | | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 04 | D / I | | | | | 34-049-1020-04 ----- M,W,X | A | | C | 000 / / | 08/21/2003 | Y | M | A | R A |

H165

# Illinois State Board of Education
## Special Education – Grid Snapshot
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. | Serving RCDT Serves | LRE | RB Payer | Fund Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | D / I | | | | | 34-049-1020-04 W | --- | A | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | I / | | | | | 34-049-1020-04 | --- | A | | A | / | 08/21/2003 | Y | F | W | A |
| 04 | I / | | | | | 34-049-1020-04 | --- | A | | A | / | 08/21/2003 X Y | 01/29/2004 | F | W | R A |
| 04 | K / | | | | | 34-049-1020-04 | --- | E | | C | 000 / | 01/30/2004 | Y | F | W | R A |
| 05 | L / | | | | | 34-049-1020-04 X | --- | A | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 | I / D | | | | | 34-049-1020-04 X | --- | A | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | D / | | | | | 34-049-1020-04 X | --- | E | | C | 000 / | 11/25/2003 | Y | M | W | R A |
| 02 | D / | | | | | 34-049-1020-04 | --- | F | | A | 000 / | 08/21/2003 | Y | M | W | R A |
| 01 | I / | | | | | 34-049-1020-04 M | --- | A | | C | / | 08/21/2003 | Y | M | W | A |
| 03 | D / I | | | | | 34-049-1020-04 M, W, X | --- | E | | C | 000 / | 08/21/2003 | Y | F | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- | A | | A | / | 08/21/2003 | Y | M | W | A |
| 04 | L / D | | | | | 34-049-1020-04 M, X, W | --- | A | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 02 | I / | | | | | 34-049-1020-04 | --- | A | | A | / | 10/10/2003 | Y | M | H | A |
| 07 | D / | | | | | 34-049-1020-04 | --- | E | | C | 000 / | 08/21/2003 H Y | 07/24/2004 | M | W | R A |
| P | N / | | | | | 34-049-1020-04 | --- | A | | A | / | 08/21/2003 | Y | M | W | A |
| P | I / | | | | | 34-049-1020-04 | --- | A | | A | / | 08/21/2003 | Y | M | W | A |
| 04 | C / | | | | | 34-049-1020-04 C, M, S, W, K, A | --- | F | | C | 000 / | 08/21/2003 | Y | M | W | R A |

## Illinois State Board of Education
### Special Education - Grid Snapshot
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel/Othr. Serves | Serving RCDT / Serves | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | D / L | | | | | 34-049-1020-04 / M, X, W | --- | A | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| 07 | D / | | | | | 34-049-1020-04 / | --- / E | | C | 000 / | 08/21/2003 / J | 03/09/2004 / Y | M | W | R / A |
| 04 | D / I | | | | | 34-049-1020-04 / W | --- | A | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| K | D / | | | | | 34-049-1020-04 / B, M, X, Y | --- | F | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| K | I / | | | | | 34-049-1020-04 / M | --- | A | A | / | 08/21/2003 | / Y | M | W | / A |
| 07 | D / | | | | | 34-049-1020-04 / X | --- | E | C | 000 / | 08/21/2003 / 1 | 11/12/2003 / Y | M | W | R / A |
| P | I / | | | | | 34-049-1020-04 / X | --- | F | C | 000 / | 08/21/2003 | / Y | M | W | B / A |
| 01 | D / I | | | | | 34-049-1020-04 / M, Y, B | --- | F | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| P | I / | | | | | 34-049-1020-04 / B, Y, M, X | --- | F | C | 000 / | 08/21/2003 | / Y | M | W | B / A |
| P | I / | | | | | 34-049-1020-04 / | --- | F | A | / | 08/21/2003 | / Y | M | W | / A |
| 07 | F / I | | | | | 34-049-1020-04 / E, W, K | --- | A | C | 000 / | 08/21/2003 | / Y | F | W | R / A |
| 07 | F / I | | | | | 34-049-1020-04 / W, E | --- | A | C | 000 / | 08/21/2003 | / Y | F | W | R / A |
| 05 | D / | | | | | 34-049-1020-04 / X | --- | A | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| 05 | D / I | | | | | 34-049-1020-04 / W | --- | E | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| 04 | F / I | | | | | 34-049-1020-04 / W | --- | A | C | 000 / | 12/03/2003 | / Y | F | W | R / A |
| 03 | L / I | | | | | 34-049-1020-04 / W, X | --- | A | C | 000 / | 08/21/2003 | / Y | F | W | R / A |
| 06 | D / I | | | | | 34-049-1020-04 / W, X | --- | A | C | 000 / | 08/21/2003 | / Y | F | W | R / A |

## Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel/Othr. Serves | Serving RCDT / LRE | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | N / | | | | | 34-049-1020-04 / S, W, X, Y / --- | Z | C | 000 / | 08/21/2003 / X | 05/10/2004 / Y | M | W | R / A |
| P | I / | | | | | 34-049-1020-04 / S, X, Y / --- | Z | C | 000 / | 05/11/2004 | / Y | M | W | R / A |
| 06 | D / I | | | | | 34-049-1020-04 / --- / W | A | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| 07 | D / | | | | | 34-049-1020-04 / --- | A | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| 02 | I / | | | | | 34-049-1020-04 / --- | A | A | / | 08/21/2003 | / Y | M | W | A |
| 05 | I / | | | | | 34-049-1020-04 / --- | A | A | / | 08/21/2003 / I | 12/11/2003 / Y | F | W | A |
| 04 | I / | | | | | 34-049-1020-04 / --- | A | A | / | 08/21/2003 | / Y | M | W | A |
| 05 | I / | | | | | 34-049-1020-04 / --- | A | A | / | 08/21/2003 | / Y | M | W | A |
| P | I / | | | | | 34-049-1020-04 / --- | A | A | / | 08/21/2003 | / Y | M | W | A |
| 03 | L / | | | | | 34-049-1020-04 / M, X / --- | A | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| 03 | D / I | | | | | 34-049-1020-04 / M, X, A / --- | A | C | 000 / | 08/21/2003 | / Y | F | W | R / A |
| 07 | D / | | | | | 34-049-1020-04 / --- | A | C | 000 / | 08/21/2003 | / Y | F | W | R / A |
| 04 | D / | | | | | 34-049-1020-04 / --- / X | E | C | 000 / | 08/21/2003 | / Y | M | W | R / A |
| 02 | D / | | | | | 34-049-1020-04 / --- / X | E | C | 000 / | 12/03/2003 | / Y | M | W | R / A |
| 05 | L / | | | | | 34-049-1020-04 / --- / X | A | C | 000 / | 08/21/2003 | / Y | M | H | R / A |
| 01 | D / I | | | | | 34-049-1020-04 / M, X / --- | E | C | 000 / | 04/28/2004 | / Y | M | H | R / A |
| 04 | D / I | | | | | 34-049-1020-04 / W, X / --- | E | C | 000 / | 08/21/2003 | / Y | M | H | R / A |

H168



Illinois State Board of Education

## Special Education - Grid Snapshot

*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction Resident RCDT | Rel/Othr. Servs Serving RCDT | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | D / | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/21/2003 | Y | M | H | R A |
| P | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/21/2003 | Y | M | W | R A |
| 06 | D / | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 01 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/21/2003 | Y | M | W | R A |
| P | I / | | | | 34-049-1020-04 | --- M | A | A | / | 08/21/2003 | Y | M | W | R A |
| 06 | D / I | | | | 34-049-1020-04 | --- W | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 07 | E / | | | | 34-049-1020-04 | --- A, B, F | A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 02 | D / K | | | | 34-049-1020-04 | --- X | E | C | 000 / | 03/10/2004 | Y | M | W | R A |
| 06 | F / | | | | 34-049-1020-04 | --- E, K, W | A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 02 | D / I | | | | 34-049-1020-04 | --- M, X, W, Y | F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| P | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/21/2003 | Y | M | W | R A |
| P | L / I | | | | 34-049-1020-04 | --- B, M, S, X, Y, W | F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 01 | K / | | | | 34-049-1020-04 | --- M, X, Y, B | P | B | 091 / | 08/21/2003 X | 05/20/2004 | M | W | R A |
| 01 | K / | | | | 34-049-1020-04 | --- M, X, Y, B | E | C | 000 / | 05/21/2004 | Y | M | W | R A |
| 06 | D / | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/21/2003 | Y | M | H | R A |
| 08 | K / | | | | 34-049-1020-04 | --- D, R, T, V, W, X | J | C | 000 / | 08/13/2003 | N | M | W | R A |
| 06 | D / I | | | | 34-049-1020-04 | --- W, B, Y | F | C | 000 / | 08/21/2003 | Y | F | W | R A |

Illinois State Board of Education
**Special Education – Grid Snapshot**
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE | RB Payer | Fund | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | D / | | | | | 34-049-1020-04 W | A | | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 04 | D / I | | | | | 34-049-1020-04 W | A | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 01 | D / | | | | | 34-049-1020-04 M, X, W | F | | C | 000 / | 12/03/2003 | Y | M | W | B A |
| 04 | D / I | | | | | 34-049-1020-04 W | A | | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 03 | L / I | | | | | 34-049-1020-04 M, X, W | E | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 --- | A | | A | / / | 08/21/2003 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 --- | E | | C | 000 / | 05/11/2004 | Y | F | W | R A |
| 06 | K / D | | | | | 34-049-1020-04 A, D, G, M, T, V | J | | C | 000 / | 08/12/2003 | N | M | W | R A |
| 03 | D / | | | | | 34-049-1020-04 --- | E | | C | 000 / | 08/21/2003 | Y | F | W | R A |
| P | O / | | | | | 34-049-1020-04 A, B, J, M, S, W | F | | C | 000 / | 08/12/2003 | N | F | W | R A |
| 06 | D / I | | | | | 34-049-1020-04 W | A | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 | D / I | | | | | 34-049-1020-04 W | E | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 | L / D | | | | | 34-049-1020-04 --- | F | | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 02 | I / | | | | | 34-049-1020-04 X, M, Y | F | | A | / / | 08/21/2003 | Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 --- | A | | A | / / | 08/21/2003 | Y | F | W | R A |
| P | L / I | | | | | 34-049-1020-04 B, Y, M, X, W | F | | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | D / | | | | | 34-049-1020-04 --- | E | | C | 000 / | 08/21/2003 | Y | M | W | B A |



10/2/200·

Age 11 of 26

Illinois State Board of Education

## Special Education - Grid Snapshot

*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel/Othr. Serves | Serving RCDT / LRE Serves | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn | End Date / Site Serv. | Sex / Antic Serv. | Ethnic | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | I / | | | | | 34-049-1020-04 / --- | A | A | / | 08/21/2003 | Y | M | W | A |
| 01 | L / I | | | | | 34-049-1020-04 / W, X, Y, B, M | F | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 03 | D / I | | | | | 34-049-1020-04 / W, X | E | C | 000 / | 08/21/2003 | Y | F | W | R / A |
| 01 | K / | | | | | 34-049-1020-04 / X | E | C | 000 / | 08/21/2003 / G | 11/21/2003 / Y | M | A | R / A |
| P | I / | | | | | 34-049-1020-04 / B, Y | F | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| P | N / | | | | | 34-049-1020-04 / B, M, X, W, Y | F | C | 000 / | 08/21/2003 | N | F | W | R / A |
| P | I / | | | | | 34-049-1020-04 / --- | E | A | / | 08/21/2003 | Y | M | W | A |
| 03 | D / | | | | | 34-049-1020-04 / W, X, M | A | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 06 | K / | | | | | 34-049-1020-04 / X | A | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| P | N / | | | | | 34-049-1020-04 / B, M, X, W, Y | F | C | 000 / | 09/11/2003 | N | M | W | R / A |
| P | N / | | | | | 34-049-1020-04 / B, X, W, Y | F | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 02 | D / | | | | | 34-049-1020-04 / W | E | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 05 | I / | | | | | 34-049-1020-04 / --- | A | A | / | 10/23/2003 | Y | F | W | A |
| P | N / | | | | | 34-049-1020-04 / B, M, W, X, Y | F | C | 000 / | 03/22/2004 | Y | M | W | R / A |
| 08 | K / D | | | | | 34-049-1020-04 / X | E | C | 000 / | 01/07/2004 | Y | F | B | R / A |
| 08 | K / | | | | | 34-049-1020-04 / A, D, G, M, T, V | J | C | 000 / | 08/12/2003 / X | 01/05/2004 / N | F | B | R / A |
| 02 | D / I | | | | | 34-049-1020-04 / M, W | F | C | 000 / | 08/21/2003 | Y | M | W | B / A |

H171



10/2/2007

ge 12 of 26

**Illinois State Bo... d of Education**

**Special Education - Grid Snapshot**

*** *School Year 2003-2004 Pupil Approval Data* ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Resident RCDT Instruction | Serving RCDT LRE | Rel./Othr. Serves | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprv'l Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | N / | | | | 34-049-1020-04 | F | --- B, M, W, X | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 02 | I / | | | | 34-049-1020-04 | A | --- | A | / | 08/21/2003 | Y | F | W | A |
| P | N / | | | | 34-049-1020-04 | F | --- B, M, X, W, Y | C | 000 / | 08/21/2003 | Y | M | W | B A |
| K | I / | | | | 34-049-1020-04 | A | --- M, B, Y, X | C | 000 / | 08/21/2003 | Y | F | W | B A |
| 03 | D / | | | | 34-049-1020-04 | A | --- | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 07 | D / | | | | 34-049-1020-04 | A | --- | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 04 | L / | | | | 34-049-1020-04 | | --- M, W | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 07 | D / I | | | | 34-049-1020-04 | E | --- X, W | C | 000 / | 11/25/2003 | Y | M | W | R A |
| 05 | K / | | | | 34-049-1020-04 | P | Y --- | B | 122 / | 09/02/2003 | Y | F | W | B A |
| 01 | A / I | | | | 34-049-1020-04 | F | --- | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 | L / D | | | | 34-049-1020-04 | E | --- W, X | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 03 | D / I | | | | 34-049-1020-04 | E | --- W | C | 000 / | 05/12/2004 | Y | M | W | R A |
| P | I / | | | | 34-049-1020-04 | A | --- | A | / | 08/21/2003 | Y | M | W | A |
| K | I / | | | | 34-049-1020-04 | F | --- B, Y, M, X | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 07 | D / | | | | 34-049-1020-04 | A | --- | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | K / | | | | 34-049-1020-04 | A | --- M, X, W | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 06 | K / | | | | 34-049-1020-04 | A | --- X | C | 000 / | 08/21/2003 | Y | F | W | R A |

H172

10/2/2007

e 13 of 26

# Illinois State B ) of Education
## Special Education - Grid Snapshot
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | D / I | | | | | 34-049-1020-04 ---- W, X | A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 04 | I / | | | | | 34-049-1020-04 ---- X | A | A | / | 08/21/2003 1 | 02/25/2004 Y | M | W | A |
| 06 | C / K | | | | | 34-049-1020-04 ---- C, A, M, S, W, H | E | C | 000 / | 08/21/2003 | Y | M | W | B A |
| 05 | K / I | | | | | 34-049-1020-04 ---- W, X | A | C | 000 / | 08/21/2003 | Y. | M | W | R A |
| 03 | I / | | | | | 34-049-1020-04 ---- | A | A | / | 08/21/2003 | Y | F | W | A |
| P | I / | | | | | 34-049-1020-04 ---- | A | A | / | 08/21/2003 | Y | M | W | A |
| 02 | D / I | | | | | 34-049-1020-04 ---- | E | C | 000 / | 08/21/2003 | Y | M | W | B A |
| P | I / | | | | | 34-049-1020-04 ---- B, Y | F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 01 | F / | | | | | 34-049-1020-04 ---- | A | C | 000 / | 08/21/2003 1 | 11/12/2003 Y | M | W | R A |
| 03 | I / | | | | | 34-049-1020-04 ---- | A | A | / | 08/21/2003 | Y | F | W | A |
| K | K / | | | | | 34-049-1020-04 ---- X, Y | F | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 02 | E / | | | | | 34-049-1020-04 ---- A, B, G, M, S, V | J | C | 000 / | 08/12/2003 | N | F | A | B A |
| 02 | I / | | | | | 34-049-1020-04 ---- | A | A | / | 08/21/2003 | Y | M | W | A |
| 04 | D / | | | | | 34-049-1020-04 ---- | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 ---- | A | A | / | 08/21/2003 | Y | M | W | A |
| 03 | D / | | | | | 34-049-1020-04 ---- | A | C | 000 / | 03/17/2004 | Y | M | W | R A |
| 05 | D / | | | | | 34-049-1020-04 ---- M, X | A | C | 000 / | 08/21/2003 | Y | M | W | R A |

H173



10/2/2007

Page 14 of 26

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT / LRE | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | D / | | | | | 34-049-1020-04 --- / X | E | C | 000 / | 08/26/2003 | Y | F | W | R A |
| 01 | D / I | | | | | 34-049-1020-04 --- / W | E | C | 000 / | 02/06/2004 | Y | M | W | R A |
| 02 | A / K | | | | | 34-049-1020-04 --- / A, D, G, M, T, V | J | C | 000 / | 08/13/2003 | N | F | W | B A |
| 03 | I / | | | | | 34-049-1020-04 --- / M | A | A | / | 08/21/2003 | Y | M | W | A |
| 07 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| P | N / | | | | | 34-049-1020-04 --- / M, X, W, B, Y | F | C | 000 / | 08/21/2003 | Y | F | W | B A |
| 05 | L / | | | | | 34-049-1020-04 --- / W, X, M, A, B, Y | A | C | 000 / | 08/21/2003 | Y | M | W | B A |
| K | I / | | | | | 34-049-1020-04 --- / M | A | A | / | 08/21/2003 | Y | M | W | A |
| 01 | I / | | | | | 34-049-1020-04 --- / M, X, B, Y | F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 06 | L / I | | | | | 34-049-1020-04 --- / X, W | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/21/2003 / 1 | 05/27/2004 / Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 --- / M | A | A | / | 08/21/2003 | Y | M | W | A |
| 03 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 01/28/2004 | Y | M | W | R A |
| 03 | D / | | | | | 34-049-1020-04 --- / X, W | E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 05 | D / | | | | | 34-049-1020-04 --- / M, X, W | A | C | 000 / | 01/08/2004 | Y | M | W | R A |
| 08 | L / I | | | | | 34-049-1020-04 --- / X, W | F | C | 000 / | 08/21/2003 | Y | M | A | R A |
| 07 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 08/21/2003 | Y | M | W | R A |

H174



10/2/2007

ge 15 of 26

## Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT | Rel./Othr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn | End Date Site Serv | Sex Antic. Serv | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | L / D | | | | | 34-049-1020-04 | --- X, W | F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | K / | | | | | 34-049-1020-04 | --- M, W, X, G, Y, C | P | B | 141 / | 08/21/2003 | | M | W | B A |
| 06 | D / I | | | | | 34-049-1020-04 | --- M, W, B, Y | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/21/2003 | Y | M | W | A |
| 03 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/21/2003 | Y | F | W | A |
| 02 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 01/14/2004 | Y | F | W | R A |
| 07 | D / | | | | | 34-049-1020-04 | --- X | A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- B, X, Y | F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | K / I | | | | | 34-049-1020-04 | --- M, W, X | A | C | 000 / | 08/21/2003 | Y | F | H | R A |
| 03 | D / I | | | | | 34-049-1020-04 | --- W | E | C | 000 / | 11/21/2003 | Y | F | W | R A |
| 02 | D / | | | | | 34-049-1020-04 | --- X, W | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| P | F / I | | | | | 34-049-1020-04 | --- W, E | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 07 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 05 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/21/2003 I | 12/10/2003 Y | F | W | A |
| 04 | D / | | | | | 34-049-1020-04 | --- M | E | C | 000 / | 01/12/2004 | Y | F | W | R A |
| 05 | L / | | | | | 34-049-1020-04 | --- B, X | E | C | 000 / | 08/21/2003 I | 05/21/2004 Y | M | W | R A |
| 03 | L / K | | | | | 34-049-1020-04 | --- X, W | E | C | 000 / | 03/17/2004 | Y | M | W | R A |

10/2/2007

age 16 of 26

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Servs | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | D / | | | | | 34-049-1020-04 M, X / --- | E | C | 000 / / | 01/26/2004 | Y | F | W | R A |
| 02 | D / I | | | | | 34-049-1020-04 W / --- | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 | D / | | | | | 34-049-1020-04 W / --- | E | C | 000 / | 08/12/2003 | Y | M | W | R A |
| 01 | O / | | | | | 34-049-1020-04 A, B, M, S, W, X / --- | F | C | 000 / | 08/12/2003 | N | M | W | R A |
| 03 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 05 | D / I | | | | | 34-049-1020-04 V, W, B, Y / --- | A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 06 | D / I | | | | | 34-049-1020-04 W, X / --- | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| P | N / | | | | | 34-049-1020-04 B, Y / --- | F | C | 000 / | 09/08/2003 | Y | M | W | R A |
| 01 | K / L | | | | | 34-049-1020-04 X / --- | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 W / --- | E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 03 | D / I | | | | | 34-049-1020-04 W / --- | E | C | 000 / | 08/21/2003 | Y | M | H | R A |
| P | I / | | | | | 34-049-1020-04 M / --- | A | A | / / | 08/21/2003 | Y | M | W | A |
| 03 | D / | | | | | 34-049-1020-04 X / --- | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 | K / | | | | | 34-049-1020-04 B, M, V, W, X, Y / --- | F | C | 000 / | 08/12/2003 | N | M | W | R A |
| 02 | I / | | | | | 34-049-1020-04 --- | A | A | / / | 08/21/2003 | Y | M | W | A |



H176

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction Resident RCDT Rel/Othr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | D / | | | | 34-049-1020-04 --- | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 02 | L / | | | | 34-049-1020-04 Y,M,X,W | F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | D / | | | | 34-049-1020-04 --- | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 04 | D / I | | | | 34-049-1020-04 W | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 04 | D / I | | | | 34-049-1020-04 W | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 02 | L / D | | | | 34-049-1020-04 X | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| P | I / | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | Y | M | W | A |
| 05 | K / D | | | | 34-049-1020-04 Y,X | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 | L / I | | | | 34-049-1020-04 X,W | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 06 | D / I | | | | 34-049-1020-04 W,X | A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| P | N / I | | | | 34-049-1020-04 B,M,S,W,X,Y | F | C | 000 / | 08/21/2003 | Y | F | W | B A |
| 01 | I / | | | | 34-049-1020-04 M,X | A | A | / | 08/21/2003 I | 12/10/2003 Y | M | W | A |
| 04 | I / | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 I | 12/15/2003 Y | M | W | A |
| 06 | D / I | | | | 34-049-1020-04 W | A | C | 000 / | 08/21/2003 J | 04/30/2004 Y | M | W | R A |
| 07 | I / | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | Y | M | W | A |
| 07 | L / | | | | 34-049-1020-04 --- | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | D / I | | | | 34-049-1020-04 W,X | E | C | 000 / | 08/21/2003 | Y | M | W | R A |

H177



10/2/2007

**Illinois State Board of Education**
**Special Education - Grid Snapshot**
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Resident RCDT / Instruction | Rel./Othr. Serves / Serving RCDT | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | D / | | | | 34-049-1020-04 | --- W | A | C | 000 / / | 08/21/2003 | Y | F | W | R A |
| 01 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/21/2003 | Y | F | W | A |
| 07 | K / | | | | 34-049-1020-04 | --- A,D,G,M,T,V | J | C | 000 / | 04/21/2004 | N | M | W | R A |
| 02 | D / I | | | | 34-049-1020-04 | --- W | A | C | 000 / | 08/21/2003 X | 04/13/2004 Y | M | W | R A |
| 07 | F / | | | | 34-049-1020-04 | E | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 08 | K / I | | | | 34-049-1020-04 | --- | E | C | 000 / | 01/05/2004 | | M | W | R A |
| 08 | K / | | | | 34-049-1020-04 | --- A,D,G,M,T,V | J | C | 000 / | 08/12/2003 X | 12/19/2003 N | M | W | R A |
| P | O / | | | | 34-049-1020-04 | --- B,W,Y | F | C | 000 / | 08/21/2003 | Y | M | W | B A |
| 06 | L / | | | | 34-049-1020-04 | --- W,M,X,Y | P | B | 084 / | 08/21/2003 | Y | F | W | B A |
| 03 | F / I | | | | 34-049-1020-04 | --- Y,E,W,P,K | P | B | 081 / | 08/25/2003 | | M | A | B A |
| 07 | L / I | | | | 34-049-1020-04 | --- M,W,X,B,Y | A | C | 000 / | 08/21/2003 H | 04/20/2004 Y | F | W | R A |
| 03 | D / I | | | | 34-049-1020-04 | --- W,X | E | C | 000 / | 01/07/2004 | Y | F | W | R A |
| P | O / | | | | 34-049-1020-04 | --- B,M,X,W,Y | F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 02 | L / I | | | | 34-049-1020-04 | --- Y,M,S,V,X,W | P | B | 005 / | 08/26/2003 | | F | W | B A |
| 04 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/21/2003 I | 01/29/2004 Y | F | W | A |
| 02 | D / I | | | | 34-049-1020-04 | --- W,Y,M | A | C | 000 / | 08/21/2003 | Y | M | W | R A |

10/2/2007

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2003-2004 Pupil Approval Data ***

| Grade Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic. Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 D / I | | | | | 34-049-1020-04 --- W, Y, M | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 03 D / I | | | | | 34-049-1020-04 X, W | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 L / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/21/2003 | Y | F | H | R A |
| 04 D / I | | | | | 34-049-1020-04 --- X, W | E | C | 000 / | 01/16/2004 | Y | F | W | B A |
| 05 I / | | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 X | 05/13/2004 Y | F | W | A |
| 05 D / | | | | | 34-049-1020-04 --- X | A | C | 000 / | 05/14/2004 | Y | F | W | R A |
| 04 D / I | | | | | 34-049-1020-04 --- W | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 08 D / I | | | | | 34-049-1020-04 --- W | E | C | 000 / | 02/17/2004 | Y | F | W | R A |
| 03 I / | | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | Y | F | W | A |
| P N / | | | | | 34-049-1020-04 --- B, M, S, X, W | F | C | 000 / | 12/10/2003 | Y | M | H | R A |
| 05 D / K | | | | | 34-049-1020-04 --- X | E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 06 K / | | | | | 34-049-1020-04 --- X | A | C | 000 / | 08/21/2003 I | 10/29/2003 Y | M | W | R A |
| 04 L / | | | | | 34-049-1020-04 --- X, W | E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 04 D / | | | | | 34-049-1020-04 --- W, X | A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 07 I / | | | | | 34-049-1020-04 --- X | A | A | / | 08/21/2003 | Y | M | W | A |
| 06 A / L | | | | | 34-049-1020-04 --- A, B, G, M, S, V | J | C | 000 / | 08/12/2003 | N | F | H | B A |
| 06 D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/21/2003 | Y | F | W | R A |

10/2/2007

**Illinois State B.**  **of Education**
**Special Education - Grid Snapshot**
*** *School Year 2003-2004 Pupil Approval Data* ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | | M | W | A |
| 04 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | Y | M | W | A |
| 02 | I / | | | | | 34-049-1020-04 --- M | A | A | / | 08/21/2003 | Y | M | W | A |
| P | I / | | | | | 34-049-1020-04 --- M | A | A | / | 08/21/2003 | Y | F | W | A |
| K | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | Y | M | W | A |
| 05 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | Y | M | W | A |
| 08 | K / | | | | | 34-049-1020-04 --- D, R, T, V, W, X | J | E | 000 D / A / C | 12/01/2003 | N | M | H | R A |
| 02 | I / | | | | | 34-049-1020-04 --- X, Y | F | A | / | 08/21/2003 | Y | M | W | A |
| 07 | L / I | | | | | 34-049-1020-04 W, B, Y | A | C | 000 / | 08/21/2003 F | 09/25/2003 Y | F | W | R A |
| 04 | K / | | | | | 34-049-1020-04 --- X | P | B | 091 / | 08/21/2003 X | 04/29/2004 | M | W | R A |
| 04 | K / | | | | | 34-049-1020-04 --- X | E | C | 000 / | 04/30/2004 | | M | W | R A |
| 01 | F / | | | | | 34-049-1020-04 --- M, W, E | A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 04 | L / I | | | | | 34-049-1020-04 --- B, M, W | F | C | 000 / | 08/21/2003 | Y | F | H | R A |
| P | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | Y | F | W | A |
| 05 | C / I | | | | | 34-049-1020-04 --- M, K, W | A | C | 000 / | 08/21/2003 X | 02/11/2004 Y | M | W | R A |
| 04 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/21/2003 | Y | F | W | A |
| 05 | L / I | | | | | 34-049-1020-04 --- W | A | C | 000 / | 08/21/2003 | Y | F | W | R A |

H180

# Illinois State B ) of Education
## Special Education – Grid Snapshot
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction Resident RCDT Rel./Othr. Serves | Serving RCDT Serves | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | D / | | | | 34-049-1020-04 | --- / X | E | C | 000 / / | 03/19/2004 | | M | W | R A |
| 02 | I / D | | | | 34-049-1020-04 | --- / M, X | E | C | 000 / / | 11/21/2003 | Y | M | W | R A |
| 03 | O / | | | | 34-049-1020-04 | --- / X, M | A | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| P | I / | | | | 34-049-1020-04 | --- / B, X, Y | F | C | 000 / / | 10/27/2003 | Y | M | W | R A |
| P | I / | | | | 34-049-1020-04 | --- / B, X, Y | F | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 02 | K / | | | | 34-049-1020-04 | --- / X | A | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 05 | A / I | | | | 34-049-1020-04 | --- / A, M, X, W, C | P | B | 005 / / | 08/26/2003 | Y | M | W | B A |
| 05 | D / | | | | 34-049-1020-04 | --- / | A | C | 000 / / | 08/21/2003 | Y | F | W | R A |
| 02 | A / I | | | | 34-049-1020-04 | --- / Y, M, X, W, A | A | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 03 | D / | | | | 34-049-1020-04 | --- / M | E | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 01 | D / I | | | | 34-049-1020-04 | --- / Y, S, M, X, W, B | F | C | 000 / / | 08/21/2003 | Y | F | W | R A |
| P | L / I | | | | 34-049-1020-04 | --- / B, M, W, Y | F | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 03 | K / L | | | | 34-049-1020-04 | --- / A, B, G, M, S, W | F | C | 000 / / | 08/12/2003 | Y | M | W | R A |
| 04 | D / | | | | 34-049-1020-04 | --- / W | E | C | 000 / / | 08/21/2003 | Y | M | W | R A |
| 04 | I / | | | | 34-049-1020-04 | --- / | A | A | | 08/21/2003 I | 12/04/2003 Y | M | W | A |
| 05 | D / | | | | 34-049-1020-04 | --- / | A | C | 000 / / | 12/04/2003 | Y | F | W | R A |
| 08 | D / | | | | 34-049-1020-04 | --- / X | E | C | 000 / / | 12/16/2003 | Y | M | W | R A |

H181



10/2/2007

Page 22 of 26

# Illinois State Board of Education
## Special Education - Grid Snapshot
*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE RB Payer | Fund | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | L / | | | | | 34-049-1020-04 M,X | --- E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 03 | D / | | | | | 34-049-1020-04 | --- E | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 05 | D / | | | | | 34-049-1020-04 | --- E | C | 000 / | 08/21/2003 | Y | M | A | R A |
| P | N / | | | | | 34-049-1020-04 B,M,S,X,W,Y | --- F | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 04 | L / 1 | | | | | 34-049-1020-04 M,X,W,B | --- E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 04 | D / | | | | | 34-049-1020-04 | --- E | C | 000 / | 02/03/2004 | Y | F | W | R A |
| 02 | D / K | | | | | 34-049-1020-04 X | --- E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| P | K / | | | | | 34-049-1020-04 B,X | --- F | C | 000 / | 11/04/2003 | Y | F | W | R A |
| P | N / | | | | | 34-049-1020-04 B,M,W,X,Y | --- F | C | 000 / | 09/22/2003 | Y | M | W | R A |
| 04 | O / 1 | | | | | 34-049-1020-04 W,X,M,Y,C | --- P | B | 005 / | 08/26/2003 | Y | M | W | B A |
| 06 | D / | | | | | 34-049-1020-04 | --- E | C | 000 / | 11/20/2003 | Y | F | W | R A |
| 05 | L / | | | | | 34-049-1020-04 | --- A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 03 | D / | | | | | 34-049-1020-04 | --- A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| K | K / | | | | | 34-049-1020-04 M,X,W,Y | --- F | C | 000 / | 08/21/2003 | Y | M | W | B A |
| 06 | D / 1 | | | | | 34-049-1020-04 W,X | --- A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 07 | D / 1 | | | | | 34-049-1020-04 W,X,V | --- A | C | 000 / | 08/21/2003 | Y | M | W | R A |
| 02 | I / | | | | | 34-049-1020-04 | --- A | A | / | 08/21/2003 | Y | F | W | A |

H1182

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT Serves | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Run. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Apr'vl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | M | W | A |
| 06 | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | M | W | A |
| 01 | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | M | W | A |
| 05 | D / | | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 08 | K / | | | | | 34-049-1020-04 D, R, T, V, W, X | --- | J | C | 000 / | 08/12/2003 | N | M | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | F | W | A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | F | W | A |
| P | I / | | | | | 34-049-1020-04 | --- | F | A | / / | 08/21/2003 | Y | F | W | A |
| 01 | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | M | W | A |
| K | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 1 | 01/14/2004 Y | M | W | A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | F | W | A |
| P | I / | | | | | 34-049-1020-04 M | --- | A | A | / / | 10/05/2003 | Y | M | W | A |
| K | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | F | W | A |
| 05 | I / D | | | | | 34-049-1020-04 X, E | --- | E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| 02 | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 1 | 12/11/2003 Y | F | W | A |
| 06 | L / I | | | | | 34-049-1020-04 W, X | --- | E | C | 000 / | 08/21/2003 | Y | F | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/21/2003 | Y | M | W | A |

10/2/2007

# Illinois State Board of Education
## Special Education – Grid Snapshot
### *** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. | Serving RCDT / Serves | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | I / | | | | | 34-049-1020-04 | --- | A | / | 08/21/2003 I | 01/29/2004 Y | F | W | A |
| 07 | D / I | | | | | 34-049-1020-04 | --- | C | 000 / | 08/21/2003 | Y | F | W | R / A |
| 08 | L / | | | | | 34-049-1020-04 | --- | C | 000 / | 08/21/2003 | Y | M | W | A |
| 02 | K / | | | | | 34-049-1020-04 / X | --- | C | 000 / | 08/21/2003 | Y | F | W | R / A |
| 02 | I / | | | | | 34-049-1020-04 | --- | A | / | 08/21/2003 | Y | F | W | A |
| 05 | D / | | | | | 34-049-1020-04 | --- | C | 000 / | 08/21/2003 | Y | F | W | R / A |
| 05 | I / | | | | | 34-049-1020-04 / X | --- | A | / | 08/21/2003 I | 12/04/2003 Y | F | W | A |
| 08 | D / I | | | | | 34-049-1020-04 / W | --- | C | 000 / | 02/03/2004 | Y | F | W | R / A |
| K | I / | | | | | 34-049-1020-04 | S, M | A | / | 08/21/2003 X | 01/09/2004 Y | M | W | A |
| K | D / I | | | | | 34-049-1020-04 | S, M | C | 000 / | 01/10/2004 | Y | M | W | R / A |
| 02 | I / | | | | | 34-049-1020-04 | --- | A | / | 08/21/2003 | Y | F | W | A |
| 07 | L / D | | | | | 34-049-1020-04 | --- | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 04 | D / I | | | | | 34-049-1020-04 / W | --- | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 05 | D / | | | | | 34-049-1020-04 | --- | C | 000 / | 08/21/2003 | Y | F | W | R / A |
| 07 | D / I | | | | | 34-049-1020-04 / W, X, M | --- | C | 000 / | 08/21/2003 H | 09/18/2003 Y | F | W | R / A |
| 06 | L / | | | | | 34-049-1020-04 | --- | C | 000 / | 08/21/2003 | Y | M | A | R / A |
| 01 | I / | | | | | 34-049-1020-04 | --- | A | / | 08/21/2003 | Y | M | W | A |

10/2/2007

**Illinois State Bs. ...d of Education**

**Special Education - Grid Snapshot**

*** School Year 2003-2004 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE RB Payer | Fund | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | I / | | | | | 34-049-1020-04 | --- / A | A | / / | 08/21/2003 | | M | W | A |
| 07 | D / | | | | | 34-049-1020-04 / W | --- / A | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 06 | I / | | | | | 34-049-1020-04 | --- / A | A | / / | 08/21/2003 | Y | M | W | A |
| 06 | D / | | | | | 34-049-1020-04 | --- / F | C | 000 / | 08/21/2003 | Y | F | W | R / A |
| 04 | I / | | | | | 34-049-1020-04 | --- / A | A | / / | 08/21/2003 / 1 | 12/11/2003 Y | M | W | A |
| 01 | L / I | | | | | 34-049-1020-04 / W, M, X, S, B, Y | --- / F | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| K | I / | | | | | 34-049-1020-04 | --- / A | A | / / | 08/21/2003 | Y | M | W | A |
| 05 | L / I | | | | | 34-049-1020-04 / M, W | --- / A | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| P | I / | | | | | 34-049-1020-04 / B, M, X, Y | --- / F | C | 000 / | 04/27/2004 | Y | M | W | B / A |
| P | I / | | | | | 34-049-1020-04 | --- / A | A | / / | 08/21/2003 | Y | M | W | A |
| 08 | D / | | | | | 34-049-1020-04 | --- / E | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 03 | I / | | | | | 34-049-1020-04 / X | --- / A | A | / / | 08/21/2003 | Y | M | W | A |
| 05 | L / K | | | | | 34-049-1020-04 / X | --- / E | C | 000 / | 08/21/2003 | Y | M | W | R / A |
| 06 | D / I | | | | | 34-049-1020-04 / W, X | --- / A | C | 000 / | 08/21/2003 | Y | F | W | R / A |
| P | I / | | | | | 34-049-1020-04 | --- / A | A | / / | 08/21/2003 | Y | F | W | A |
| 03 | I / | | | | | 34-049-1020-04 | --- / A | A | / / | 11/21/2003 | Y | F | W | A |
| 06 | D / | | | | | 34-049-1020-04 | --- / A | C | 000 / | 08/21/2003 | Y | F | W | R / A |

10/2/200.

Page 26 of 26

Illinois State Board of Education

**Special Education - Grid Snapshot**

*** *School Year 2003-2004 Pupil Approval Data* ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT / LRE / RB Payer | Fund | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | 1 / | | | | | 34-049-1020-04 --- / B, Y | F | C | 000 / / | 08/21/2003 | Y | M | W | R / A |
| 06 | D / I | | | | | 34-049-1020-04 --- / W, X | A | C | 000 / / | 08/21/2003 | Y | F | W | R / A |
| 02 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / / | 01/26/2004 | Y | M | W | R / A |
| 01 | I / | | | | | 34-049-1020-04 --- | A | A | / / | 08/21/2003 | Y | F | W | A |
| 03 | D / | | | | | 34-049-1020-04 --- / M | E | C | 000 / / | 08/21/2003 | Y | M | W | R / A |
| 07 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / / | 08/21/2003 | Y | F | W | R / A |
| K | 1 / | | | | | 34-049-1020-04 --- | A | A | / / | 08/21/2003 1 | 02/04/2004 Y | M | W | A |
| 02 | I / | | | | | 34-049-1020-04 --- | A | A | / / | 08/21/2003 | Y | F | W | A |
| P | I / | | | | | 34-049-1020-04 --- | A | A | / / | 08/21/2003 | Y | M | W | A |
| 06 | D / I | | | | | 34-049-1020-04 --- | A | C | 000 / / | 08/21/2003 J | 05/14/2004 Y | M | W | R / A |
| P | N / | | | | | 34-049-1020-04 --- / B, W, X, Y | F | C | 000 / / | 08/21/2003 1 | 12/19/2003 Y | M | W | R / A |

**Total Records on Report:**     438

H186

10/2/200?

Page 1 of 28

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT / LRE | RB Payer | Fund | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | D / | | | | | 34-049-1020-04 / --- | E | | C | 000 / | 08/22/2002 | | M | H | R / A |
| 07 | D / | | | | | 34-049-1020-04 / --- | E | | C | 000 / | 08/22/2002 | Y | M | H | R / A |
| 07 | O / | | | | | 34-049-1020-04 / --- | E | | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 01 | I / | | | | | 34-049-1020-04 / --- | A | | A | / | 08/22/2002 | 02/25/2003 / Y | F | W | A |
| 01 | D / | | | | | 34-049-1020-04 / W | E | | C | 000 / | 02/26/2003 / X | Y | F | W | R / A |
| 03 | D / I | | | | | 34-049-1020-04 / W | E | | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 05 | D / | | | | | 34-049-1020-04 / --- | A | | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 02 | I / | | | | | 34-049-1020-04 / --- | A | | A | / | 08/22/2002 | Y | M | W | A |
| 02 | D / I | | | | | 34-049-1020-04 / X, W | A | | C | 000 / | 05/07/2003 | Y | M | A | R / A |
| 08 | D / I | | | | | 34-049-1020-04 / W | A | | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 03 | I / | | | | | 34-049-1020-04 / --- | A | | A | / | 08/22/2002 | Y | F | W | A |
| 04 | L / K | | | | | 34-049-1020-04 / X | E | | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 03 | I / | | | | | 34-049-1020-04 / --- | A | | A | | 08/22/2002 | Y | M | W | A |
| 05 | D / I | | | | | 34-049-1020-04 / W | A | | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 01 | K / | | | | | 34-049-1020-04 / X | E | | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 07 | K / | | | | | 34-049-1020-04 / A, D, G, K, T, V | J | | C | 000 / | 02/10/2003 | N | F | W | R / A |
| 06 | K / | | | | | 34-049-1020-04 / X | A | | C | 000 / | 08/22/2002 | Y | F | W | R / A |

H187

10/2/200.

# Illinois State B... of Education
## Special Education - Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Resident RCDT Instruction | Rel./Othr. Serves | Serving RCDT Serves | LRE | Fund R&B Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | K / | | | | 34-049-1020-04 | X | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| K | I / | | | | 34-049-1020-04 | M, X, Y, B | --- | F | C | 000 / | 08/22/2002 | Y | M | W | R A |
| K | I / | | | | 34-049-1020-04 | | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| P | N / | | | | 34-049-1020-04 | B, X, Y | --- | F | C | 000 / | 08/22/2002 1 | 02/14/2003 Y | M | W | R A |
| 03 | I / | | | | 34-049-1020-04 | | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 02 | F / I | | | | 34-049-1020-04 | H | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 08 | L / | | | | 34-049-1020-04 | X | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| K | N / I | | | | 34-049-1020-04 | B, M, W, X, Y | --- | F | C | 000 / | 08/22/2002 X | 01/30/2003 Y | F | W | R A |
| K | D / | | | | 34-049-1020-04 | B, W, X, Y | --- | F | C | 000 / | 01/31/2003 | Y | F | W | R A |
| 03 | D / | | | | 34-049-1020-04 | | --- | E | C | 000 / | 03/26/2003 | Y | F | W | R A |
| 02 | I / | | | | 34-049-1020-04 | | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| K | N / | | | | 34-049-1020-04 | M, X, W | --- | F | C | 000 / | 08/22/2002 1 | 11/04/2002 Y | M | W | R A |
| 02 | I / | | | | 34-049-1020-04 | | --- | A | A | / | 08/22/2002 | Y | F | A | A |
| 04 | D / I | | | | 34-049-1020-04 | W | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 06 | L / I | | | | 34-049-1020-04 | W | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 05 | I / | | | | 34-049-1020-04 | | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| P | I / | | | | 34-049-1020-04 | | --- | A | A | / | 09/09/2002 | Y | M | W | A |

