10/2/200.

# Illinois State Board of Education

## Special Education - Grid Snapshot

*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction (Resident RCDT) | Rel./Othr. Serves | Serving RCDT / LRE | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Antic Serv. | Sex | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | O / | | | | 34-049-1020-04 | --- W, X, C, M | E | C | 000 / | 08/22/2002 | Y | | M | W | R / A |
| 04 | D / | | | | 34-049-1020-04 | --- M, W, X, B, Y | A | C | 000 / | 08/22/2002 | Y | | F | W | R / A |
| 08 | L / | | | | 34-049-1020-04 | --- X, W | A | C | 000 / | 08/22/2002 | Y | | M | W | R / A |
| 07 | L / | | | | 34-049-1020-04 | --- X | E | C | 000 / | 08/22/2002 | Y | | M | W | R / A |
| 08 | D / I | | | | 34-049-1020-04 | --- V, W | E | C | 000 / | 08/22/2002 | Y | | M | W | R / A |
| 06 | D / | | | | 34-049-1020-04 | --- X | A | C | 000 / | 08/22/2002 | Y | | F | W | R / A |
| P | I / | | | | 34-049-1020-04 | --- M, S | A | A | / | 08/22/2002  1 | 02/20/2003  Y | | F | W | R / A |
| 02 | A / | | | | 34-049-1020-04 | --- A, B, G, M, S, V | J | C | 000 / | 08/12/2002 | N | | M | A | R / A |
| 04 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | | F | A | A |
| 01 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | | M | W | R / A |
| 04 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | | M | W | R / A |
| 07 | D / | | | | 34-049-1020-04 | --- W | E | C | 000 / | 08/22/2002 | Y | | F | W | R / A |
| 07 | D / | | | | 34-049-1020-04 | --- W | E | C | 000 / | 08/22/2002 | Y | | M | H | R / A |
| P | L / I | | | | 34-049-1020-04 | --- B, M, S, W | P | B | 005 / | 06/16/2003 | Y | | F | W | B / A |
| P | L / I | | | | 34-049-1020-04 | --- B, M, S, W | F | C | 000 / | 08/22/2002  X | 06/09/2003  Y | | F | W | R / A |
| 08 | D / | | | | 34-049-1020-04 | --- X, W | E | C | 000 / | 08/22/2002 | Y | | M | W | R / A |
| P | I / | | | | 34-049-1020-04 | --- B, M, X, Y | F | C | 000 / | 08/22/2002 | Y | | M | W | R / A |

H189

Case 1:07-cv-07018    Document 28-6    Filed 03/20/2008    Page 2 of 25

# Illinois State Board of Education

## Special Education – Grid Snapshot

*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT / LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | K / I | | | | | 34-049-1020-04 --- W, X | E | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 07 | I / | | | | | 34-049-1020-04 --- X | E | A | / | 08/22/2002 | Y | F | W | R / A |
| 08 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 04 | D / I | | | | | 34-049-1020-04 --- A, W, X | A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 05 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 02 | D / I | | | | | 34-049-1020-04 --- W | E | C | 000 / | 01/21/2003 | Y | M | W | R / A |
| 03 | D / I | | | | | 34-049-1020-04 --- M, W, X | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| P | O / | | | | | 34-049-1020-04 --- B, H, M, W, X, Y | P | B | 005 / | 06/16/2003 | Y | M | W | B / A |
| P | N / I | | | | | 34-049-1020-04 --- B, H, M, W, X, Y | F | C | 000 / | 08/22/2002 X | 11/18/2002 Y | M | W | R / A |
| P | O / I | | | | | 34-049-1020-04 --- B, H, M, W, X, Y | F | C | 000 / | 11/19/2002 X | 06/09/2003 Y | M | W | R / A |
| 03 | D / L | | | | | 34-049-1020-04 --- X, W | E | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 04 | D / I | | | | | 34-049-1020-04 --- W | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 07 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 03/27/2003 | Y | M | W | R / A |
| 05 | D / I | | | | | 34-049-1020-04 --- W, X | E | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 01 | L / | | | | | 34-049-1020-04 --- Y, M, S, X, B | F | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| P | N / | | | | | 34-049-1020-04 --- B, M, S, X, W, Y | F | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 06 | A / | | | | | 34-049-1020-04 --- B, M, R, S, W, X | F | C | 000 / | 08/12/2002 G | 12/20/2002 N | M | W | R / A |
| 03 | L / I | | | | | 34-049-1020-04 --- W, X | E | C | 000 / | 08/22/2002 | Y | F | W | R / A |

10/2/2007

Page 5 of 28

**Illinois State Board of Education**
**Special Education - Grid Snapshot**
*** *School Year 2002-2003 Pupil Approval Data* ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction / Resident RCDT / Rel./Othr. | Serving RCDT / Serves | LRE | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsm. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | I / | | | | 34-049-1020-04 | --- | A | A | / / | 08/22/2002 | Y | M | W | A |
| 03 | L / | | | | 34-049-1020-04 / X | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| P | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| 05 | I / | | | | 34-049-1020-04 / X | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| P | I / | | | | 34-049-1020-04 | --- | A | A | / | 10/11/2002 | Y | F | W | A |
| P | L / I | | | | 34-049-1020-04 | --- / M, B, Y, S, X, W | F | C | 000 / | 08/22/2002 | Y | M | W | B / A |
| 04 | D / I | | | | 34-049-1020-04 / W | --- | E | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 07 | K / | | | | 34-049-1020-04 / X | --- | E | C | 000 / | 12/05/2002 | Y | M | W | R / A |
| 06 | F / I | | | | 34-049-1020-04 / W, Y | --- | P | B | 081 / | 08/22/2002 | Y | F | A | B / A |
| 03 | F / | | | | 34-049-1020-04 / W, Y | --- | P | B | 081 / | 08/22/2002 | Y | M | A | B / A |
| 06 | L / | | | | 34-049-1020-04 / W, X | --- | E | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 01 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| 04 | D / I | | | | 34-049-1020-04 / W | --- | E | C | 000 / | 08/22/2002 | Y | M | H | R / A |
| 02 | D / K | | | | 34-049-1020-04 / X, W | --- | E | C | 000 / | 04/25/2003 | Y | M | H | R / A |
| 08 | C / | | | | 34-049-1020-04 / A, C, K, M, S, Y | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 08 | D / L | | | | 34-049-1020-04 / X | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| P | I / | | | | 34-049-1020-04 / M | --- | A | A | / | 08/22/2002 | Y | F | W | A |

10/2/2007

Page 6 of 28

**Illinois State Board of Education**

**Special Education - Grid Snapshot**

*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction / Resident RCDT | Rel./Othr. Serves / Serving RCDT | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | L / K | | | | 34-049-1020-04 | --- X | E | C | 000 / / | 05/22/2003 | Y | M | W | R A |
| 08 | D / I | | | | 34-049-1020-04 | --- W | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 05 | I / | | | | 34-049-1020-04 | --- | A | A | / / | 08/22/2002 / 1 | 12/11/2002 Y | M | W | A |
| 06 | L / D | | | | 34-049-1020-04 | --- M, X, W, A | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| P | N / | | | | 34-049-1020-04 | --- B, M, X, W, Y | F | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 06 | D / I | | | | 34-049-1020-04 | --- W, X | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 02 | I / | | | | 34-049-1020-04 | --- M | A | A | / / | 08/22/2002 | Y | M | W | A |
| 05 | I / | | | | 34-049-1020-04 | --- | A | A | / / | 08/22/2002 | Y | F | A | A |
| 01 | L / | | | | 34-049-1020-04 | --- M, Y, X, B | F | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 05 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | D / I | | | | 34-049-1020-04 | --- M, W, X | A | C | 000 / | 08/22/2002 / 1 | 01/22/2003 Y | M | W | R A |
| 04 | I / | | | | 34-049-1020-04 | --- | A | A | / / | 08/22/2002 | Y | M | W | A |
| 07 | D / I | | | | 34-049-1020-04 | --- W | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 05 | L / | | | | 34-049-1020-04 | --- X | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 08 | D / K | | | | 34-049-1020-04 | --- W, X | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 05 | I / | | | | 34-049-1020-04 | --- M, X | A | A | / / | 08/22/2002 / X | 05/13/2003 Y | M | W | A |
| 05 | I / D | | | | 34-049-1020-04 | --- X | A | C | 000 / | 05/14/2003 | Y | M | W | R A |

10/2/200;

Page 7 of 28

# Illinois State Board of Education
## Special Education - Grid Snapshot
*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date / Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | D / | | | | | 34-049-1020-04 | --- | F | C | 000 / | 04/09/2003 | Y | M | W | R A |
| 07 | F / | | | | | 34-049-1020-04 E | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 03 | D / I | | | | | 34-049-1020-04 M,W,X | --- | E | C | 000 / | 08/22/2002 | Y | F | W | B A |
| 06 | D / I | | | | | 34-049-1020-04 W | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 07 | D / I | | | | | 34-049-1020-04 W | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 04 | L / D | | | | | 34-049-1020-04 M,X,W | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 01 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | H | A |
| 08 | D / I | | | | | 34-049-1020-04 W | --- | E | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 08 | D / | | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 07 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / | 09/09/2002 | Y | M | W | A |
| 04 | C / | | | | | 34-049-1020-04 C,M,S,W,K,A | --- | F | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 08 | D / I | | | | | 34-049-1020-04 X,W | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | D / L | | | | | 34-049-1020-04 M,X,W | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 07 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | D / I | | | | | 34-049-1020-04 W | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| K | D / | | | | | 34-049-1020-04 B,M,X,Y | --- | F | C | 000 / | 08/22/2002 | Y | M | W | R A |

H193



# Illinois State Board of Education
## Special Education – Grid Snapshot
*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE RB Payer | Fund Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | I / | | | | | 34-049-1020-04 --- | A | A | / / | 08/22/2002 | Y | F | W | A |
| P | I / | | | | | 34-049-1020-04 B, M, Y | F | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 07 | D / | | | | | 34-049-1020-04 X | E | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 01 | D / I | | | | | 34-049-1020-04 M, Y, B | F | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| P | I / | | | | | 34-049-1020-04 B, Y, M, X | F | C | 000 / | 09/17/2002 | Y | M | W | B / A |
| P | I / | | | | | 34-049-1020-04 --- | F | A | 000 / | 11/04/2002 | Y | M | W | A |
| P | I / | | | | | 34-049-1020-04 --- | F | C | 000 / | 08/22/2002 X | 10/31/2002 Y | M | W | R / A |
| 07 | F / I | | | | | 34-049-1020-04 E, W, K | A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 01 | K / | | | | | 34-049-1020-04 S, M, X | A | C | 000 / | 08/22/2002 1 | 11/13/2002 Y | F | W | R / A |
| 07 | F / I | | | | | 34-049-1020-04 W, E | A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 05 | D / | | | | | 34-049-1020-04 X | A | C | 000 / | 05/14/2003 | Y | M | W | R / A |
| 05 | D / I | | | | | 34-049-1020-04 W | E | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 08 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 04/17/2003 | Y | M | W | R / A |
| 03 | L / I | | | | | 34-049-1020-04 W, X | A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 06 | D / I | | | | | 34-049-1020-04 W, X | A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 04 | D / I | | | | | 34-049-1020-04 W | E | C | 000 / | 08/22/2002 1 | 09/04/2002 Y | M | W | R / A |
| P | N / | | | | | 34-049-1020-04 S, W, X, Y | Z | C | 000 / | 08/22/2002 | Y | M | W | R / A |

10/2/200

**Illinois State Board of Education**

**Special Education - Grid Snapshot**

*\*\*\* School Year 2002-2003 Pupil Approval Data \*\*\**

| Grade | Disabilities | Lang. | Severity | Achiev. | Resident RCDT Instruction | Rel/Othr. Servs | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | D / I | | | | 34-049-1020-04 | W | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 07 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 02 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 04 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 05 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| P | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 03 | L / | | | | 34-049-1020-04 | M, X | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 08 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 03 | D / I | | | | 34-049-1020-04 | M, X, A | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 07 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 04 | D / | | | | 34-049-1020-04 | X | E | A | 000 / | 08/22/2002 I | 02/26/2003 Y | M | W | R A |
| 02 | I / | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | F | W | A |
| 05 | L / | | | | 34-049-1020-04 | X | A | C | 000 / | 08/22/2002 | Y | M | H | R A |
| 04 | D / I | | | | 34-049-1020-04 | W, X | E | C | 000 / | 08/22/2002 | Y | M | H | B A |
| P | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 06 | D / | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/22/2002 | Y | F | W | R A |
| K | I / | | | | 34-049-1020-04 | B, Y, M, X | F | C | 000 / | 08/22/2002 | Y | M | W | R A |

H195

## Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Resident RCDT Instruction | Serving RCDT Rel./Othr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term | Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | I / | | | | 34-049-1020-04 / M | --- | A | A | / | 08/22/2002 | Y | M | W | | A |
| 06 | D / I | | | | 34-049-1020-04 / W | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R | A |
| 07 | E / | | | | 34-049-1020-04 / A, B, F | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R | A |
| 04 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | | A |
| 06 | F / | | | | 34-049-1020-04 / E, K, W | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R | A |
| 02 | D / I | | | | 34-049-1020-04 / M, X, W, Y | --- | F | C | 000 / | 08/22/2002 | Y | M | W | R | A |
| P | I / | | | | 34-049-1020-04 | --- | A | A | / | 09/09/2002 | Y | M | W | | A |
| P | L / I | | | | 34-049-1020-04 / B, M, S, X, Y, W | --- | F | C | 000 / | 08/22/2002 | Y | M | W | B | A |
| 01 | K / | | | | 34-049-1020-04 / M, X, Y, B | --- | P | B | 091 / | 09/03/2002 | | M | W | B | A |
| 06 | D / | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/22/2002 | Y | M | H | R | A |
| 07 | K / | | | | 34-049-1020-04 / W, X | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R | A |
| 02 | D / | | | | 34-049-1020-04 / X | --- | E | C | 000 / | 08/22/2002 F | 10/11/2002 Y | M | W | R | A |
| 06 | D / I | | | | 34-049-1020-04 / W, B, Y | --- | F | C | 000 / | 08/22/2002 | Y | F | W | R | A |
| 07 | D / | | | | 34-049-1020-04 / W | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R | A |
| 04 | D / I | | | | 34-049-1020-04 / W | --- | A | C | 000 / | 01/13/2003 | Y | M | W | R | A |
| 04 | D / I | | | | 34-049-1020-04 / W | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R | A |
| 03 | L / I | | | | 34-049-1020-04 / M, X, W | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R | A |

H196



**Illinois State B__ __d of Education**

**Special Education – Grid Snapshot**

*** *School Year 2002-2003 Pupil Approval Data* ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Ohr. | Serving RCDT Serves | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | K / D | | | | | 34-049-1020-04 | --- D,G,M,R,T,V | J | C | 000 / / | 08/12/2002 | N | M | W | R / A |
| 03 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / / | 08/22/2002 | Y | F | W | R / A |
| 08 | K / | | | | | 34-049-1020-04 | --- X | A | C | 000 / / | 08/22/2002 | 11/22/2002 Y | M | W | R / A |
| 08 | K / | | | | | 34-049-1020-04 | --- A,D,G,R,T,V | J | C | 000 / / | 12/02/2002 X | N | M | W | R / A |
| P | O / I | | | | | 34-049-1020-04 | --- W,X,Y,B | F | C | 000 / / | 08/22/2002 | Y | F | W | R / A |
| 04 | K / | | | | | 34-049-1020-04 | --- W,X | A | C | 000 / / | 08/22/2002 | Y | M | W | R / A |
| 07 | A / L | | | | | 34-049-1020-04 | --- A,B,G,R,W,Y | F | C | 000 / / | 08/13/2002 | N | M | W | R / A |
| 08 | L / | | | | | 34-049-1020-04 | --- V,X | A | C | 000 / / | 08/22/2002 | Y | M | W | R / A |
| 06 | D / I | | | | | 34-049-1020-04 | --- W | A | C | 000 / / | 08/22/2002 | Y | M | W | R / A |
| 05 | D / I | | | | | 34-049-1020-04 | --- W | E | C | 000 / / | 08/22/2002 | Y | M | W | R / A |
| 05 | L / D | | | | | 34-049-1020-04 | --- | F | C | 000 / / | 03/19/2003 | Y | F | W | R / A |
| 04 | D / I | | | | | 34-049-1020-04 | --- W | A | C | 000 / / | 08/22/2002 | Y | F | W | R / A |
| 02 | I / | | | | | 34-049-1020-04 | --- X,M,Y | F | A | / / | 08/22/2002 | Y | M | W | A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/22/2002 | Y | F | W | A |
| P | N / I | | | | | 34-049-1020-04 | --- B,Y,M,X,W | F | C | 000 / / | 08/22/2002 X | 06/22/2003 Y | M | W | R / A |
| 03 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / / | 09/25/2002 | Y | M | W | R / A |
| 03 | I / | | | | | 34-049-1020-04 | --- | A | A | / / | 08/22/2002 | Y | M | W | A |

10/2/200.

# Illinois State Board of Education
## Special Education - Grid Snapshot
*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Resident RCDT / Instruction | Rel./Othr. Serves | Serving RCDT / LRE | Serves | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | L / I | | | | 34-049-1020-04 | --- | F | W,X,Y,B,M | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 03 | D / I | | | | 34-049-1020-04 | --- | E | W,X | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 01 | K / | | | | 34-049-1020-04 | --- | E | X | C | 000 / | 12/04/2002 | Y | M | A | R / A |
| 06 | K / | | | | 34-049-1020-04 | --- | A | X | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| P | I / | | | | 34-049-1020-04 | --- | E | --- | A | 000 / | 08/22/2002 | Y | M | W | A |
| 03 | D / | | | | 34-049-1020-04 | --- | A | W,X,M | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 06 | K / | | | | 34-049-1020-04 | --- | A | X | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| P | N / | | | | 34-049-1020-04 | --- | F | B,X,W,Y | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| P | I / | | | | 34-049-1020-04 | --- | A | --- | A | 000 / | 08/22/2002 | Y | F | W | A |
| 08 | L / | | | | 34-049-1020-04 | --- | A | W | C | 000 / | 08/22/2002 / I | 01/18/2003 Y | F | W | R / A |
| 03 | I / | | | | 34-049-1020-04 | --- | J | A,D,G,M,T,V | A | 000 / | 09/03/2002 | N | F | B | R / A |
| 07 | K / | | | | 34-049-1020-04 | --- | E | W,X,V | C | 000 / | 08/22/2002 / I | 04/17/2003 Y | M | W | R / A |
| 08 | D / I | | | | 34-049-1020-04 | --- | A | --- | A | 000 / | 08/22/2002 | Y | F | W | A |
| 02 | I / | | | | 34-049-1020-04 | --- | F | --- | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| P | N / | | | | 34-049-1020-04 | --- | F | B,M,X,W,Y | C | 000 / | 08/22/2002 | Y | F | W | B / A |
| K | I / | | | | 34-049-1020-04 | --- | F | M,B,Y,X | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 03 | D / | | | | 34-049-1020-04 | --- | A | --- | C | 000 / | 08/22/2002 | Y | M | W | R / A |



10/2/200.

Page 13 of 28

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT / LRE | RB Payer | Fund Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic | Term / AprvlCd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | D / | | | | | 34-049-1020-04 --- | A | | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 04 | L / | | | | | 34-049-1020-04 M, W | A | | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 05 | I / | | | | | 34-049-1020-04 --- | A | | A | / | 08/22/2002 | Y | M | W | A |
| 08 | L / | | | | | 34-049-1020-04 C, M, S | A | | C | 000 / | 08/22/2002 1 | 12/20/2002 Y | F | W | R A |
| 06 | I / | | | | | 34-049-1020-04 --- | A | | A | / | 08/22/2002 | Y | F | W | A |
| 05 | K / | | | | | 34-049-1020-04 Y | P | | B | 122 / | 09/03/2002 | | M | W | B A |
| 01 | A / I | | | | | 34-049-1020-04 --- | F | | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 05 | L / D | | | | | 34-049-1020-04 W, X | E | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| K | I / | | | | | 34-049-1020-04 B, Y, M, X | F | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 07 | D / | | | | | 34-049-1020-04 --- | A | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 03 | K / | | | | | 34-049-1020-04 M, X, W | A | | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 06 | K / | | | | | 34-049-1020-04 X | A | | C | 000 / | 02/07/2003 | Y | F | W | R A |
| 08 | D / | | | | | 34-049-1020-04 W | A | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 05 | D / I | | | | | 34-049-1020-04 W, X | A | | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 04 | I / | | | | | 34-049-1020-04 X | A | | A | / | 08/22/2002 | Y | M | W | A |
| 06 | C / K | | | | | 34-049-1020-04 C, A, M, S, W, H | E | | C | 000 / | 08/22/2002 | Y | M | W | B A |
| 05 | K / I | | | | | 34-049-1020-04 W, X | A | | C | 000 / | 08/22/2002 | Y | M | W | R A |



H199

10/2/200?

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT | Rel./Othr. Serves | Serving RCDT | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Ran. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | I / | | | | | 34-049-1020-04 | | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 02 | D / I | | | | | 34-049-1020-04 | | --- | E | C | 000 / | 04/07/2003 | Y | M | W | B / A |
| P | I / | | | | | 34-049-1020-04 | B, Y | --- | F | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| P | I / | | | | | 34-049-1020-04 | | --- | A | A | / | 11/18/2002 | Y | M | W | A |
| 01 | F / | | | | | 34-049-1020-04 | | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 03 | I / | | | | | 34-049-1020-04 | | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| K | K / | | | | | 34-049-1020-04 | X, Y | --- | F | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 01 | E / | | | | | 34-049-1020-04 | A, B, G, M, S, V | --- | J | C | 000 / | 08/13/2002 | N | F | A | B / A |
| 02 | I / | | | | | 34-049-1020-04 | | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| K | K / | | | | | 34-049-1020-04 | B, M, X, Y | --- | F | C | 000 / | 08/22/2002 I | 05/14/2003 Y | M | W | R / A |
| 04 | D / | | | | | 34-049-1020-04 | | --- | E | C | 000 / | 01/08/2003 | Y | M | W | R / A |
| 05 | D / | | | | | 34-049-1020-04 | M, X | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 01 | A / K | | | | | 34-049-1020-04 | M, B, Y, S, W, X | --- | F | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 03 | I / | | | | | 34-049-1020-04 | M | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 07 | D / | | | | | 34-049-1020-04 | | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 05 | L / | | | | | 34-049-1020-04 | W, X, M, A, B, Y | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| P | I / | | | | | 34-049-1020-04 | | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |

10/2/200.

Illinois State Board of Education

## Special Education - Grid Snapshot

*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT / LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 03/06/2003 | Y | M | W | R A |
| 01 | I / | | | | | 34-049-1020-04 --- M, X, B, Y | F | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 06 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 X | 05/19/2003 Y | M | W | A |
| 06 | L / I | | | | | 34-049-1020-04 --- X, W | E | C | 000 / | 05/20/2003 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 03 | D / | | | | | 34-049-1020-04 --- X, W | E | C | 000 / | 05/07/2003 | Y | F | W | R A |
| 08 | D / I | | | | | 34-049-1020-04 --- W | E | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 05 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 1 | 01/14/2003 Y | M | W | A |
| 08 | D / | | | | | 34-049-1020-04 --- W | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 07 | D / | | | | | 34-049-1020-04 --- | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 08 | A / I | | | | | 34-049-1020-04 --- B, M, R, S, W, X | F | C | 000 / | 08/12/2002 | N | M | W | R A |
| 07 | L / D | | | | | 34-049-1020-04 --- X, W | F | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 03 | K / | | | | | 34-049-1020-04 --- M, W, X, G, Y, C | P | B | 141 / | 08/22/2002 | | M | W | B A |
| 06 | D / I | | | | | 34-049-1020-04 --- M, W, B, Y | A | C | 000 / | 08/22/2002 | Y | M | W | B A |
| P | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 03 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | F | W | A |
| 08 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/22/2002 | Y | M | H | R A |

10/2/200.

Page 16 of 28

# Illinois State Bd. of Education

## Special Education - Grid Snapshot

### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction / Resident RCDT Rel./Ohr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | D / | | | | 34-049-1020-04 --- | E | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 07 | D / | | | | 34-049-1020-04 --- X | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| P | I / | | | | 34-049-1020-04 --- | A | A | / | 11/12/2002 X | 12/19/2002 Y | M | W | A |
| P | I / | | | | 34-049-1020-04 --- B, X, Y | F | C | 000 / | 01/06/2003 | Y | M | W | R A |
| 03 | K / I | | | | 34-049-1020-04 --- M, W, X | A | C | 000 / | 08/22/2002 | Y | F | H | R A |
| 04 | D / K | | | | 34-049-1020-04 --- | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 08 | L / D | | | | 34-049-1020-04 --- W, X | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 03 | D / | | | | 34-049-1020-04 --- | A | C | 000 / | 05/01/2003 | Y | M | W | R A |
| 08 | D / | | | | 34-049-1020-04 --- V | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 02 | D / | | | | 34-049-1020-04 --- X, W | E | C | 000 / | 05/19/2003 | Y | M | W | R A |
| P | I / | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 X | 02/06/2003 Y | M | W | A |
| P | F / I | | | | 34-049-1020-04 --- W, E | A | C | 000 / | 02/07/2003 | Y | M | W | R A |
| 07 | D / | | | | 34-049-1020-04 --- | E | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 07 | I / | | | | 34-049-1020-04 --- X | A | A | / | 08/22/2002 1 | 03/06/2003 Y | M | W | A |
| 05 | I / | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | F | W | A |
| 05 | L / | | | | 34-049-1020-04 --- B, X | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 02 | F / | | | | 34-049-1020-04 --- E, J, K, R, V, W, | F | C | 000 / | 08/12/2002 | N | M | W | R A |
| 08 | K / | | | | 34-049-1020-04 --- W | E | C | 000 / | 08/22/2002 | Y | M | W | R A |

# Illinois State B ) of Education
## Special Education - Grid Snapshot
*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT Serves | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | D / I | | | | | 34-049-1020-04 | --- / W | A | C | 000 / | 03/20/2003 | . | M | W | R A |
| 02 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| K | O / | | | | | 34-049-1020-04 | --- / A,B,M,S,W,X | F | C | 000 / | 08/12/2002 | N | M | W | B A |
| 03 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 05 | D / I | | | | | 34-049-1020-04 | --- / V,W,B,Y | A | C | 000 / | 08/22/2002 | Y | F | W | B A |
| 06 | D / I | | | | | 34-049-1020-04 | --- / W,X | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 05/14/2003 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 | --- / M | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 01 | K / L | | | | | 34-049-1020-04 | --- / X | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | D / | | | | | 34-049-1020-04 | --- / W | E | C | 000 / | 03/28/2003 | Y | F | W | R A |
| 03 | D / I | | | | | 34-049-1020-04 | --- / M | E | C | 000 / | 08/22/2002 | Y | M | H | R A |
| P | I / | | | | | 34-049-1020-04 | --- / M | A | A | / | 08/22/2002 | Y | M | W | A |
| 03 | D / | | | | | 34-049-1020-04 | --- / X | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | K / | | | | | 34-049-1020-04 | --- / B,M,V,W,X,Y | F | C | 000 / | 08/12/2002 | N | M | W | R A |
| 02 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 07 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R A |

10/2/2007

10/2/200:

Page 18 of 28

## Illinois State Board of Education
## Special Education – Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT Serves | LRE | RB Payer | Fund | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | L / | | | | | 34-049-1020-04 / --- | Y, M, X, W | F | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 08 | K / | | | | | 34-049-1020-04 / --- | A, D, G, M, T, V | J | | C | 000 / | 09/05/2002 | N | M | B | R A |
| 03 | D / | | | | | 34-049-1020-04 / --- | | E | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 07 | D / I | | | | | 34-049-1020-04 / --- W | | A | | C | 000 / | 08/22/2002 / 1 | 03/27/2003 Y | F | W | R A |
| 04 | D / I | | | | | 34-049-1020-04 / --- W | | E | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 03 | D / I | | | | | 34-049-1020-04 / --- W | | E | | C | 000 / | 01/16/2003 | Y | M | W | R A |
| 03 | I / | | | | | 34-049-1020-04 / --- | | A | | A | / | 08/22/2002 | Y | M | W | A |
| 02 | L / D | | | | | 34-049-1020-04 / --- X | | A | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 08 | K / D | | | | | 34-049-1020-04 / --- | | E | | C | 000 / | 08/22/2002 / 1 | 04/17/2003 Y | F | W | R A |
| 01 | K / | | | | | 34-049-1020-04 / --- M, W | | E | | C | 000 / | 08/22/2002 | Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 / --- | | A | | A | / | 10/21/2002 | Y | M | W | A |
| 05 | K / D | | | | | 34-049-1020-04 / --- Y, X | | E | | C | 000 / | 08/22/2002 | Y | M | W | B A |
| 08 | L / | | | | | 34-049-1020-04 / --- M, S, X, A, C, Y | | F | | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 05 | L / I | | | | | 34-049-1020-04 / --- X, W | | E | | C | 000 / | 11/11/2002 | Y | M | W | R A |
| 06 | D / I | | | | | 34-049-1020-04 / --- W, X | | A | | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 07 | K / | | | | | 34-049-1020-04 / --- A, D, G, K, T, V | | J | | C | 000 / | 08/12/2002 | N | F | W | R A |
| P | N / I | | | | | 34-049-1020-04 / --- B, M, S, W, X, Y | | F | | C | 000 / | 03/25/2003 | Y | F | W | B A |

H204

10/2/2007

# Illinois State Board of Education
## Special Education – Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction / Resident RCDT | Rel./Othr. Serves / Serving RCDT | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term | Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | I / | | | | 34-049-1020-04 | --- M,X | A | A | / / | 08/22/2002 | | M | W | | A |
| 08 | D / I | | | | 34-049-1020-04 | --- W | F | C | 000 / / | 08/22/2002 H | 03/28/2003 Y | M | W | R | A |
| 04 | I / | | | | 34-049-1020-04 | --- | A | A | / / | 08/22/2002 | Y | M | W | | A |
| 06 | D / I | | | | 34-049-1020-04 | --- W | A | C | 000 / / | 08/22/2002 | Y | M | W | R | A |
| 07 | L / | | | | 34-049-1020-04 | --- | E | C | 000 / / | 03/27/2003 | Y | M | W | R | A |
| 03 | D / I | | | | 34-049-1020-04 | --- W,X | E | C | 000 / / | 08/22/2002 | Y | M | W | R | A |
| 08 | L / | | | | 34-049-1020-04 | --- V,X | E | C | 000 / / | 08/22/2002 | Y | M | H | R | A |
| 07 | D / I | | | | 34-049-1020-04 | --- W | A | C | 000 / / | 08/22/2002 | Y | F | W | R | A |
| 08 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / / | 08/22/2002 I | 11/21/2002 Y | F | W | R | A |
| 06 | K / | | | | 34-049-1020-04 | --- A, D, G, M, T, V | J | C | 000 / / | 08/12/2002 | N | M | W | B | A |
| 02 | D / I | | | | 34-049-1020-04 | --- W | A | C | 000 / / | 08/22/2002 | Y | M | W | R | A |
| 07 | F / | | | | 34-049-1020-04 | --- E | A | C | 000 / / | 08/22/2002 | Y | M | W | R | A |
| 03 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / / | 08/22/2002 | Y | M | W | R | A |
| 08 | D / I | | | | 34-049-1020-04 | --- W | E | C | 000 / / | 08/22/2002 | Y | M | W | R | A |
| 08 | D / I | | | | 34-049-1020-04 | --- W | F | C | 000 / / | 08/22/2002 | Y | M | W | R | A |
| 07 | K / | | | | 34-049-1020-04 | --- A, D, G, M, T, V | J | C | 000 / / | 08/12/2002 | N | M | W | R | A |

H205

10/2/2007

Page 20 of 28

## Illinois State B... of Education
## Special Education - Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel./Othr. Serves | Serving RCDT / LRE / RB Payer | Fund | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Apryl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | O / | | | | | 34-049-1020-04 --- | S | A | / / | 08/22/2002  X | 12/20/2002 | M | W | A |
| P | O / | | | | | 34-049-1020-04 --- B, W, Y | F | C | 000 / | 01/06/2003 | Y | M | W | B  A |
| 08 | L / | | | | | 34-049-1020-04 --- W | A | C | 000 / | 08/22/2002  I | 12/12/2002  Y | F | W | R  A |
| 06 | L / | | | | | 34-049-1020-04 --- W, M, X, Y | P | B | 084 / | 08/22/2002 | | F | W | B  A |
| 03 | F / I | | | | | 34-049-1020-04 Y, E, W, P, K | P | B | 081 / | 08/22/2002 | | M | A | B  A |
| 07 | L / I | | | | | 34-049-1020-04 --- M, W, X, B, Y | A | C | 000 / | 08/22/2002 | Y | F | W | B  A |
| P | O / | | | | | 34-049-1020-04 --- B, M, X, W, Y | F | C | 000 / | 08/22/2002 | Y | M | W | R  A |
| 02 | L / I | | | | | 34-049-1020-04 --- Y, M, S, V, X, W | P | B | 005 / | 08/27/2002 | | F | W | B  A |
| 04 | I / | | | | | 34-049-1020-04 --- | A | A | / / | 08/22/2002 | Y | F | W | A |
| 02 | D / I | | | | | 34-049-1020-04 --- W, Y, M | A | C | 000 / | 08/22/2002 | Y | M | W | R  A |
| 02 | D / I | | | | | 34-049-1020-04 --- W, Y, M | A | C | 000 / | 08/22/2002 | Y | M | W | R  A |
| 03 | D / I | | | | | 34-049-1020-04 --- X, W | A | C | 000 / | 12/05/2002 | Y | M | W | R  A |
| 08 | K / | | | | | 34-049-1020-04 X | A | C | 000 / | 08/22/2002  H | 01/24/2003  Y | M | W | R  A |
| 05 | L / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/22/2002 | Y | F | H | R  A |
| 05 | I / | | | | | 34-049-1020-04 --- | A | A | / / | 08/22/2002 | Y | F | W | A |
| 04 | D / I | | | | | 34-049-1020-04 --- W | A | C | 000 / | 08/22/2002 | Y | M | W | R  A |
| 03 | I / | | | | | 34-049-1020-04 --- | A | A | / / | 08/22/2002 | Y | F | W | A |

H206



# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel/Othr. Serves | Serving RCDT / LRE | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsm. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | K / | | | | | 34-049-1020-04 / X | --- / A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 04 | L / | | | | | 34-049-1020-04 / X, W | --- / E | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 08 | L / | | | | | 34-049-1020-04 / V, X | --- / E | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 04 | D / | | | | | 34-049-1020-04 / W, X | --- / A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 07 | I / | | | | | 34-049-1020-04 / X | --- / A | A | / | 08/22/2002 | Y | M | W | / A |
| 05 | L / | | | | | 34-049-1020-04 / A, B, M, S, V, W | --- / F | C | 000 / | 08/12/2002 | N | F | H | B / A |
| 06 | D / | | | | | 34-049-1020-04 / --- | --- / A | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| P | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / | 08/22/2002 | Y | M | W | / A |
| 04 | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / | 08/22/2002 | Y | M | W | / A |
| 02 | I / | | | | | 34-049-1020-04 / M --- | --- / A | A | / | 08/22/2002 | Y | M | W | / A |
| P | I / | | | | | 34-049-1020-04 / M --- | --- / A | A | / | 10/15/2002 | Y | F | W | / A |
| 01 | I / | | | | | 34-049-1020-04 / M, Y, B, X | --- / F | A | / | 08/22/2002 | Y | F | W | / A |
| K | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / | 08/22/2002 | Y | M | W | / A |
| 05 | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / | 08/22/2002 | Y | M | W | / A |
| P | I / | | | | | 34-049-1020-04 / --- | --- / A | A | / | 10/16/2002 | Y | M | W | / A |
| P | I / | | | | | 34-049-1020-04 / M --- | --- / A | A | / | 10/03/2002 | Y | M | W | / A |
| 02 | I / | | | | | 34-049-1020-04 / X, Y --- | --- / F | A | / | 08/22/2002 | Y | M | W | / A |

H207


Illinois State Board of Education

## Special Education - Grid Snapshot

*** School Year 2002-2003 Pupil Approval Data ***

10/2/200.

Page 22 of 28

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | L / I | | | | | 34-049-1020-04 --- W, B, Y | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 04 | K / | | | | | 34-049-1020-04 X | P | B | 091 / | 08/22/2002 | | M | W | R A |
| 01 | F / | | | | | 34-049-1020-04 M, W, E | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | L / I | | | | | 34-049-1020-04 B, M, W | F | C | 000 / | 08/22/2002 | Y | F | H | B A |
| P | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | F | W | A |
| 08 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 05 | C / I | | | | | 34-049-1020-04 M, K, W | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 05 | L / I | | | | | 34-049-1020-04 W | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 08 | C / I | | | | | 34-049-1020-04 A, C, K, M, S, W | F | C | 000 / | 08/22/2002 H | 07/04/2003 Y | M | W | R A |
| 02 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 03 | O / | | | | | 34-049-1020-04 X, M | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 B, X, Y | F | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 02 | K / | | | | | 34-049-1020-04 X | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | A / I | | | | | 34-049-1020-04 M, S, X, Y, C, W | A | C | 000 / | 08/22/2002 | Y | M | W | B A |
| 05 | D / | | | | | 34-049-1020-04 --- | A | C | 000 / | 11/13/2002 | Y | F | W | R A |
| 02 | A / I | | | | | 34-049-1020-04 Y, M, X, W, A | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | L / | | | | | 34-049-1020-04 B, M, X | A | C | 000 / | 04/23/2003 | N | M | W | R A |

H208

10/2/2007 — Page 23 of 28

# Illinois State Board of Education
## Special Education - Grid Snapshot
*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction / Resident RCDT | Rel./Othr. Serves | Serving RCDT | LRE | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | D / | | | | 34-049-1020-04 | M | --- | E | C | 000 / | 01/22/2003 | / Y | M | W | R / A |
| 01 | I / | | | | 34-049-1020-04 | M, X | --- | A | A | / | 08/22/2002 / I | 02/05/2003 / Y | M | W | / A |
| 01 | D / I | | | | 34-049-1020-04 | Y, S, M, X, W, B | --- | F | C | 000 / | 08/22/2002 | / Y | F | W | R / A |
| P | N / | | | | 34-049-1020-04 | B, M, W, Y | --- | F | C | 000 / | 01/21/2003 | / Y | M | W | R / A |
| P | K / | | | | 34-049-1020-04 | A, B, D, G, T, V | --- | J | C | 000 / | 08/12/2002 | / N | F | W | R / A |
| 02 | K / L | | | | 34-049-1020-04 | A, B, G, M, S, W | --- | F | C | 000 / | 08/12/2002 | / Y | M | W | R / A |
| 04 | D / | | | | 34-049-1020-04 | W | --- | E | C | 000 / | 08/22/2002 | / Y | M | W | R / A |
| 04 | I / | | | | 34-049-1020-04 | --- | --- | A | A | / | 08/22/2002 | / Y | M | W | / A |
| 08 | D / I | | | | 34-049-1020-04 | W, X | --- | A | C | 000 / | 08/22/2002 | / Y | M | A | R / A |
| 07 | L / | | | | 34-049-1020-04 | M, X | --- | E | C | 000 / | 08/22/2002 | / Y | F | W | R / A |
| 03 | D / | | | | 34-049-1020-04 | --- | --- | E | C | 000 / | 08/22/2002 | / Y | M | W | R / A |
| 08 | D / | | | | 34-049-1020-04 | X | --- | E | C | 000 / | 08/22/2002 | / Y | M | W | R / A |
| 05 | D / | | | | 34-049-1020-04 | --- | --- | E | C | 000 / | 08/22/2002 | / Y | M | A | R / A |
| 01 | I / | | | | 34-049-1020-04 | --- | --- | A | A | / | 08/22/2002 | / Y | M | A | / A |
| P | N / | | | | 34-049-1020-04 | B, M, S, X, Y | --- | F | C | 000 / | 08/22/2002 | / Y | M | W | B / A |
| 04 | L / I | | | | 34-049-1020-04 | M, X, W, B | --- | E | C | 000 / | 08/22/2002 | / Y | F | W | R / A |
| 08 | A / | | | | 34-049-1020-04 | X, W | --- | F | C | 000 / | 08/22/2002 / H | 11/06/2002 / Y | M | W | R / A |

H209

10/2/2007

**Illinois State Board of Education**
**Special Education - Grid Snapshot**
*** *School Year 2002-2003 Pupil Approval Data* ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Resident RCDT Instruction | Serving RCDT Rel./Othr. Serves | LRE / RB Payer | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Apryl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | D / K | | | | 34-049-1020-04 | --- X | E | C | 000 / | 05/23/2003 | Y | F | W | R A |
| 04 | O / I | | | | 34-049-1020-04 | --- W, X, M, Y, C | P | B | 005 / | 08/22/2002 | | M | W | B A |
| 08 | I / | | | | 34-049-1020-04 | --- X | A | A | / | 08/22/2002 | Y | M | A | A |
| P | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 08 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 04 | D / I | | | | 34-049-1020-04 | --- W, B, Y | F | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 03 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| K | K / | | | | 34-049-1020-04 | --- M, X, W, Y | F | C | 000 / | 01/06/2003 | Y | M | W | R A |
| K | K / | | | | 34-049-1020-04 | --- A, B, D, G, T, V | J | C | 000 / | 08/12/2002 X | 12/20/2002 N | M | W | R A |
| 06 | D / I | | | | 34-049-1020-04 | --- W, X | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 07 | D / I | | | | 34-049-1020-04 | --- W, X, V | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 02 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| 03 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 06 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 01 | I / | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 08 | D / | | | | 34-049-1020-04 | --- X | E | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 05 | D / | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R A |



H210

**Illinois State E   ) of Education**
**Special Education - Grid Snapshot**
*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT Serves | LRE | RB Payer | Fund | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | D / I | | | | | 34-049-1020-04 | W, X, V, B, Y | F | | C | 000   / | 08/22/2002 S | 12/09/2002 Y | M | W | R A |
| 07 | K / | | | | | 34-049-1020-04 | A, D, G, M, T, V | J | | C | 000   / | 12/10/2002 | N | M | W | B A |
| P | I / | | | | | 34-049-1020-04 | M, X, B, Y | F | | C | 000   / | 08/22/2002 | Y | M | W | R A |
| 08 | D / | | | | | 34-049-1020-04 | --- | A | | C | 000   / | 08/22/2002 | Y | F | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- | A | | A | /   / | 08/22/2002 | Y | F | W | A |
| P | I / | | | | | 34-049-1020-04 | B, M, X | F | | C | 000   / | 08/22/2002 1 | 04/07/2003 Y | F | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- | F | | A | /   / | 08/22/2002 | Y | F | W | A |
| 08 | K / | | | | | 34-049-1020-04 | W, X | A | | C | 000   / | 08/22/2002 | Y | M | W | R A |
| K | I / | | | | | 34-049-1020-04 | --- | A | | A | /   / | 08/22/2002 | Y | M | W | A |
| P | I / | | | | | 34-049-1020-04 | --- | A | | A | /   / | 08/22/2002 | Y | F | W | A |
| K | I / | | | | | 34-049-1020-04 | --- | A | | A | /   / | 08/22/2002 | Y | F | W | A |
| 05 | I / D | | | | | 34-049-1020-04 | X, E | E | | C | 000   / | 08/22/2002 | Y | F | W | R A |
| 06 | L / I | | | | | 34-049-1020-04 | W, X | E | | C | 000   / | 08/22/2002 | Y | F | W | R A |
| 04 | I / | | | | | 34-049-1020-04 | --- | A | | A | /   / | 08/22/2002 | Y | F | W | A |
| 07 | D / I | | | | | 34-049-1020-04 | --- | E | | C | 000   / | 08/22/2002 | Y | F | W | R A |
| 08 | D / | | | | | 34-049-1020-04 | --- | A | | C | 000   / | 08/22/2002 | Y | F | W | R A |
| 08 | K / | | | | | 34-049-1020-04 | W | E | | C | 000   / | 08/22/2002 | Y | M | W | R A |

10/2/2007

**Illinois State Board of Education**

**Special Education - Grid Snapshot**

*** *School Year 2002-2003 Pupil Approval Data* ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT / Rel/Othr. Serves | Serving RCDT / Serves | LRE | Fund / RB Payer | Fac. Cd / Eligibility | Begin Date / Exit Rsn. | End Date / Site Serv. | Sex / Antic Serv. | Ethnic Serv. | Term / Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | K / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 06 | K / I | | | | | 34-049-1020-04 / W, X | --- | A | C | 000 / | 08/22/2002 / F | 03/12/2003 / Y | M | W | R / A |
| 02 | K / | | | | | 34-049-1020-04 / X | --- | E | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 05 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 02/19/2003 | Y | F | W | R / A |
| 05 | I / | | | | | 34-049-1020-04 / X | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| K | I / | | | | | 34-049-1020-04 / S, M | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 02 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | F | W | A |
| 07 | L / D | | | | | 34-049-1020-04 / W | --- | E | C | 000 / | 08/29/2002 | Y | M | W | R / A |
| 04 | D / I | | | | | 34-049-1020-04 / W | --- | E | C | 000 / | 08/22/2002 | Y | M | A | R / A |
| 08 | D / I | | | | | 34-049-1020-04 / W, X | --- | E | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 08 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 08/22/2002 | Y | F | W | R / A |
| 05 | D / | | | | | 34-049-1020-04 | --- | E | C | 000 / | 04/23/2003 | Y | F | W | R / A |
| 07 | D / I | | | | | 34-049-1020-04 / W, X, M | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |
| 06 | L / | | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | M | A | R / A |
| 01 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 07 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 07 | D / | | | | | 34-049-1020-04 / W | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R / A |

H 212

10/2/200.

Page 27 of 28

# Illinois State Board of Education
## Special Education - Grid Snapshot
### *** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel./Othr. Serves | Serving RCDT LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 06 | D / | | | | | 34-049-1020-04 --- | F | C | 000 | 04/22/2003 | Y | F | W | R A |
| 04 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 01 | L / I | | | | | 34-049-1020-04 --- W,M,X,S,B,Y | F | C | 000 | 08/22/2002 | Y | M | W | R A |
| P | O / I | | | | | 34-049-1020-04 --- X,Q,W,M,Y | P | B | 052 | 09/03/2002 F | 06/30/2003 Y | M | W | R A |
| K | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 05 | L / I | | | | | 34-049-1020-04 --- M,W | A | C | 000 | 08/22/2002 | Y | M | W | R A |
| P | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 08 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | F | W | A |
| 03 | I / | | | | | 34-049-1020-04 --- X | A | A | / | 08/22/2002 | Y | M | W | A |
| 05 | L / K | | | | | 34-049-1020-04 --- X | E | C | 000 | 02/12/2003 | Y | M | W | R A |
| 06 | D / I | | | | | 34-049-1020-04 --- W,X | A | C | 000 | 08/22/2002 | Y | F | W | R A |
| P | I / | | | | | 34-049-1020-04 --- | A | A | / | 10/21/2002 | Y | F | W | A |
| 06 | D / | | | | | 34-049-1020-04 --- | A | C | 000 | 08/22/2002 | Y | F | W | A |
| 05 | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 F | 01/24/2003 Y | M | W | A |
| P | I / | | | | | 34-049-1020-04 --- B,Y | F | C | 000 | 09/09/2002 | Y | M | W | R A |
| K | I / | | | | | 34-049-1020-04 --- | A | A | / | 08/22/2002 | Y | M | W | A |