10/2/2007

# Illinois State Board of Education

## Special Education - Grid Snapshot

*** School Year 2002-2003 Pupil Approval Data ***

| Grade | Disabilities | Lang. | Severity | Achiev. | Instruction | Resident RCDT Rel/Othr. Serves | Serving RCDT Serves | LRE | Fund RB Payer | Fac. Cd Eligibility | Begin Date Exit Rsn. | End Date Site Serv. | Sex Antic Serv. | Ethnic Serv. | Term Aprvl Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | D / I | | | | | 34-049-1020-04 | --- W.X | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| 03 | D / | | | | | 34-049-1020-04 | --- M | E | C | 000 / | 08/22/2002 | Y | M | W | R A |
| P | O / | | | | | 34-049-1020-04 | --- B | F | C | 000 / | 08/22/2002 | Y | M | W | R A |
| 07 | D / | | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | F | W | R A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| K | K / | | | | | 34-049-1020-04 | --- Y | P | B | 091 / | 01/06/2003 | | M | W | B A |
| K | K / | | | | | 34-049-1020-04 | --- | F | C | 000 / | 11/07/2002 X | 12/20/2002 Y | M | W | R A |
| K | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 04 | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 I | 01/21/2003 Y | F | W | A |
| 06 | O / | | | | | 34-049-1020-04 | --- A, B, G, M, W, Y | F | C | 000 / | 08/12/2002 H | 06/09/2003 N | F | W | R A |
| 03 | I / | L | 1 | N | A | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | A | A |
| P | I / | | | | | 34-049-1020-04 | --- | A | A | / | 08/22/2002 | Y | M | W | A |
| 06 | D / I | | | | | 34-049-1020-04 | --- | A | C | 000 / | 08/22/2002 | Y | M | W | R A |
| P | N / | | | | | 34-049-1020-04 | --- B, W, X, Y | F | C | 000 / | 08/22/2002 | Y | M | W | R A |

**Total Records on Report:**  474

H214

# SPECIAL EDUCATION

# FUNDING AND CHILD TRACKING SYSTEM (FACTS)

# APPROVAL PROCEDURES

## --- 2007-08 School Year ---
### (September 2007)

For use with *iePoint>2008*
and *NetCheck*

This is a compilation of procedures and instructions,

supported by rules and regulations, to assist local

education agencies in approving special needs pupils.

## ILLINOIS STATE BOARD OF EDUCATION
Division of Funding and Disbursement Services
100 North First Street
Springfield, Illinois 62777

## Phone: (217) 782-5256
## FAX: (217) 782-3910

H215

# TABLE OF CONTENTS

| **SPECIAL EDUCATION FUNDING AND CHILD TRACKING SYSTEM INSTRUCTIONS** | **Page #** |
|---|---|
| General Instructions | 1 |
| Electronic Transmission & Additional Data Reports | 2 |
| Questions – ISBE Contact Information | 3 |
| Specific Instructions | |
| Resident and Serving District and School | 4-5 |
| Fund Codes (IDEA, State Reimb & Students NOT Receiving Services) | 6-11 |
| Serving District and School Table | 12 |
| Private Facility Code, Birth Date and Name | 13 |
| SIS ID, Gender, Ethnic Codes, Disability Codes & Grade Level | 14-17 |
| Limited English Proficient Information and Language Codes | 18-20 |
| Bilingual Information | 21 |
| Related Services Information and Codes | 21-28 |
| Educational Environment Narrative, Codes & % Time Inside General Ed | |
| Early Childhood (Ages 3-5) and Ages 6-21 | 28-36 |
| Room and Board Payer Codes | 36 |
| 14-7.03 Eligibility Instructions and Codes | 36-37 |
| Term and Begin and End Dates | 38 |
| Reasons for Exit | 39-40 |
| State Performance Plan Indicators 8, 11 and 13 | 41-44 |
| Transition Services Needed Upon High School Completion | 45-47 |
| Indicator 13 Transition Services | 48 |
| Non-Public Proportionate Share Calculation | 49 |
| FACTS File Format for NetCheck Users | 50-52 |

## INSTRUCTIONS FOR THE SPECIAL EDUCATION
## FUNDING AND CHILD TRACKING SYSTEM
## (FACTS)

### 2007-08 SCHOOL YEAR
### GENERAL INSTRUCTIONS

"Special Education Funding and Child Tracking System (FACTS)" serves as the primary approval process for children with disabilities who are eligible for state pupil categorical reimbursements under Sections 14-7.02 (Private), 14-7.02b (Funding for Children Requiring Special Education Services), 14-7.03 (Orphanage) and 14-13.01b (Special Transportation) of the School Code. **Each student eligible for state reimbursement, even if only for part of the school year, must be listed and approved on FACTS in order for funding to be claimed.** The level of payment is dependent upon amounts appropriated by the General Assembly.

Per Section 2-3.30 of the School Code, FACTS is also the system for collecting all students with disabilities who are reported to the federal government. Students reported must be eligible to receive services or be in a special education program receiving direct or related services approved by a public school district on December 3, 2007, be at least age three through age 21, inclusive (i.e., through the day before the student's 22nd birthday) (see 34 CFR 300.101(a)), and have an individualized education program (IEP) or individualized services plan (ISP) in place. It is critical that all special education students who are receiving services as of December 3 each year are reported accurately in order for the state to receive the proper amount of funding authorized under the Individuals with Disabilities Education Act (IDEA).

Age 22 Rule of Application
Changes to Part 226 went into effect June 28, 2007. Per Part 226.50 if the student aged-out under the old rule (i.e., the "age-out" occurred on or before June 27, 2007), the student is no longer eligible for services, even if the student's age might allow for further eligibility under the new rule.

Examples
a) Student A turned 21 on October 15, 2006 and completed the school year on June 5, 2007. This student would NOT be eligible to receive further services during the 2007-08 school year

b) Student A turned 21 on October 15, 2006 but, by virtue of extended school year, this student's school year did not end until July 10, 2007. This student would be eligible to receive services until October 14, 2007

**A FACTS record should be created for every student who has had initial eligibility determined whether or not he or she subsequently receives direct or related services. Every student who does not receive direct or related services should be reported as FUND Code N or U by the serving district.**

There will be four required transmissions of FACTS and five optional transmissions for the purpose of reporting all students eligible for state reimbursement and those eligible only for the December 3 child count.

1

H217

## ELECTRONIC TRANSMISSION

Data for completing FACTS must be transmitted electronically via Harrisburg Project using either *iPoint>2008* or locally developed software.

*iPoint>2008* is software designed to allow special education cooperatives/districts to manage, analyze and transmit special education data. Additionally, for those with computer software other than *iPoint>2008*, *NetCheck* must be used to ensure data validity and facilitate data transmission. Harrisburg Project provides instructions for transmitting data. If you have any questions contact Harrisburg Project at 1-800-635-5274 or by email at support@hbug.k12.il.us.

The Special Education Authorization (Harrisburg Project) application, located in the Illinois State Board of Education's (ISBE) Web Application Security (IWAS) system, is the electronic authorization system that all districts must complete to authorize the electronic transmission of special education pupil and personnel approval and claim data. IWAS authorization is required for all districts each year based on resident district only. ISBE will NOT accept a file transmission containing districts without IWAS Authorization.

## ADDITIONAL DATA REPORTS

### PRIVATE RESIDENTIAL PLACEMENTS

When a school district needs to place a student in a private residential facility, pre-approval is required if the district will be paying the room and board costs. ISBE Form 34-37, *Application for Approval of Private Residential Placement Room and Board Reimbursement*, must be completed and submitted annually for approval. If you have questions specific to this approval process, please contact Boyd Ferguson of the Special Education Services Division by phone at (217) 782-5589 or by FAX at (217) 782-0372.

### ORPHANAGE ACT ELIGIBILITY

Students reported under Fund Codes D, E and F must clear eligibility checks to qualify for reimbursement under Section 14-7.03 Orphanage. For students not clearing initial eligibility checks, a printout (ISBE Form 34-75, *Section 14-7.03 Student Eligibility Verification*) based upon data entered on the Type of Residence, Placing Agent and Guardianship Codes of FACTS will be sent to obtain clarification of information reported and/or additional information.

H218

## QUESTIONS

Questions pertaining to the completion of FACTS should be directed to the person(s) listed in the memo regarding the most recent transmission or contact:

> Illinois State Board of Education
> Division of Funding and Disbursement Services
> 100 North First Street
> Springfield, Illinois 62777-0001
> Attn: Kathy Joyce
> Phone: (217) 782-5256
> FAX: (217) 782-3910

Questions pertaining to State Performance Plan Indicators 8, 11 and 13 should contact:

> Mr. Scott Beever
> Illinois State Board of Education
> Division of Special Education
> 100 North First Street
> Springfield, Illinois 62777-0001
> Phone: (217) 782-5589
> FAX: (217) 782-9224

Questions pertaining to the operation of *iiPoint>2008* or *NetCheck* should contact:

> Harrisburg Project
> 512 North Main
> Harrisburg, Illinois 62946
> Phone: (800) 635-5274
> FAX: (618) 252-0704
> eMail: support@hbug.k12.il.us

3

## SPECIFIC INSTRUCTIONS FOR COMPLETION OF FACTS

You must select the student's resident district and school. For selected Fund Codes, you must also select the student's serving district and school. In general, the resident district and/or the special education cooperative to which that district belongs are authorized to report student data. However, for non-public students that are being served outside their resident district, the serving district must report these students (Fund Code L only) as long as they are not dually enrolled.

For a complete listing of all school districts and schools in Illinois please refer to the Data Analysis and Progress Reporting website at http://www.isbe.net/research/htmls/directories.htm

If a student has changed resident districts, but will be claimed for a portion of the 2007-08 school year in the reporting district, add the student's end date on FACTS and complete the Reason for Exit.

### Resident District
For every FACTS record, indicate the unique eleven-digit number assigned by the Illinois State Board of Education for public school district of residence. Section 14-1.11 defines residency for the parent of a special education student and Section 14-1.11(a) defines residency for a special education student.

Section 14-1.11(a) Resident District; Student
The resident district is the school district in which the student resides when:
    (1) the parent has legal guardianship but the location of the parent is unknown; or
    (2) an individual guardian has been appointed but the location of the guardian is
        unknown; or
    (3) the student is 18 years of age or older and no legal guardian has been appointed; or
    (4) the student is legally an emancipated minor; or
    (5) an Illinois public agency has legal guardianship and has placed the student
        residentially outside of the school district in which the parent lives.

In cases where an Illinois public agency has legal guardianship and has placed the student residentially outside of Illinois, the last school district that provided at least 45 days of educational service to the student shall continue to be the district of residence until the student is no longer under guardianship of an Illinois public agency or until the student is returned to Illinois.

The resident district of a homeless student is the Illinois district in which the student enrolls for educational services. Homeless students include individuals as defined in the Stewart B. McKinney Homeless Assistance Act [42 U.S.C. § 11361 et seq.].

Any student served by the Department of Human Services may only be reported by the Resident District. Any student served by Prairie Crossing Charter School may only be reported by Prairie Crossing Charter School and must indicate the student's Resident District and Prairie Crossing Charter School as the Serving District.

4

For Fund Code L and N students who reside outside of Illinois and attend a non-public school in Illinois, enter the Category Y (out-of-state) district. Note that *iPoint*2008 clients must check the box "Out-of-State Resident District" on the FACTS record to get access to Category Y districts. If the Category Y (out-of-state) district is not found, visit the Harrisburg Project web site (www.hbug.k12.il.us). Under 'Tools & Services, click the link to 'iLEAF' (Internet LEA Finder). Using iLEAF, complete an online form to request the new Category Y LEA.

## Resident School
For every FACTS record, indicate the four-digit number assigned by the Illinois State Board of Education for a public school within the Resident District. The Resident School represents the school in the district where the student either attends for educational instruction or where he/she would attend if he/she were educated at a school in his/her resident district. The resident school can only be a public school attendance center.

## Serving District
Indicate the unique eleven-digit number assigned by the Illinois State Board of Education for the Serving District. The Serving District represents the local education agency that operates the program. This may be the same as the resident district or can be another public school district in Illinois. For certain Fund Codes, the serving district may be a special education cooperative, a regional office alternative learning program, a state agency (e.g. Dept of Human Services) or other state funded school (e.g. Laboratory School).

For Fund Codes L, N, and P, if the Serving District is not a Category 2 Public School District, a Category 2 Public School District must be entered in the parentally placed non-public (PPNP) proportionate share set aside district field indicating where the non-public school is physically located.

## Serving School
Indicate the unique fifteen-digit number (Region-County-District-Type-School) assigned by the Illinois State Board of Education for the Serving School. The Serving School represents the school or location where the student receives his/her educational instruction. This may or may not be a school in the serving district. For certain Fund Codes, the serving school may be a state approved special education program operated by a special education cooperative, a regional office alternative program, a state agency funded school (e.g. Illinois School For The Deaf), or a non-public parochial school.

It may also be an unlisted Non-Public School or other location. In the case of an unlisted location, indicate the Category X serving location. If the Category X serving location is not found, visit the Harrisburg Project web site (www.hbug.k12.il.us). Under 'Tools & Services', click the link to 'iLEAF' (Internet LEA Finder). Using iLEAF, complete an online form to request the new Category X LEA.

If a student is identified as being educated in a Home/Hospital setting (i.e. EE Codes 11, 12, or 26), you may indicate the name of the location by typing it in the available field. In these cases, report all sevens as the Serving School number.

## Fund

Indicate the one appropriate code letter for the type of program funding for which application is being made. Students ages 3-21 may be reported under any of the fund codes for which they are eligible. Generally, a student may only be entered once in a particular fund code and/or private facility code during each period of time indicated with a begin and end date.

If a student is placed in one private facility for tuition purposes and a different facility for the school district's payment of room and board, the student must be entered twice in the same time period. To allow this, the records must be distinguished by entering the word "dual" or the letters "am" or "pm" after the first name **in the tuition entry only.** Likewise, if a student is placed in a private school program by the school district for part of the day and in a public school program part of the day necessitating the reporting of the student in both funds B and A or X, "dual," "am" or "pm" should follow the first name in one entry.

If a student's fund code has been changed but the student will be claimed for a portion of the school year under both the first and second fund code designations, add an end date and <u>Exit Code 20</u> in the entry for the first fund code. Reenter the student's data with the second fund code, with a begin date that <u>follows</u> the end date listed on the FACTS entry for the first fund code.

**If a student has been discontinued from a district program and at a later date during the school year reenters the same district under the same fund code, <u>reenter</u> the student's data on FACTS with the new begin date for the second or subsequent entries.**

## Fund Codes

Only students in programs on December 3 are to be reported in Fund Codes A, K, L and P.

## IDEA Fund Codes

A       **IDEA Child Count.** Eligible students are enrolled, have an appropriately developed IEP and are receiving special education and related services in public school district programs.

             Select the serving district and serving school as appropriate. <u>Students who are placed in a state operated school (e.g. Illinois School For The Deaf) must be reported by the resident district.</u>

K       **IDEA Child Count—Nonpublic Dually Enrolled.** These students are home-schooled or enrolled by the parent/guardian in a nonpublic (e.g., parochial) school for general education and are also enrolled, have an IEP and are receiving special education and/or related services in the public school district.

             Select the serving district and serving school as appropriate. The serving school may be either a public school attendance center or a non-public school depending on where services are provided.

L       **IDEA Child Count--Nonpublic--Not Enrolled.** These students are enrolled by the parent/guardian in a nonpublic (e.g., parochial) school for general education and are <u>not</u> enrolled in the public school district but are receiving special

6

H222

education and/or related services specified on an individualized services plan (ISP) and are provided by the public school district.

Select the serving district and serving school as appropriate. The serving school may be either a public school or a non-public school depending on where services are provided.

**P**     **IDEA Child Count--Home-Schooled--Not Enrolled.** These students are home-schooled for general education and are not enrolled in the public school district but are receiving special education and/or related services specified on an individualized services plan (ISP) and are provided by the public school district.

Select the serving district and serving school as appropriate. The serving school may be either a public school or a non-public school depending on where services are provided.

## State Reimbursement Fund Codes

**B**     **Section 14-7.02 (Private Day and Residential Facilities and Out-of-State Public Schools)** -- Provides reimbursement for students placed in approved nonpublic facilities and in out-of-state public schools, and includes both tuition and room and board. The tuition formula is specified in the School Code, i.e., the school district pays the first district per capita tuition rate (per cap); the state reimburses the difference between the first per cap and $4,500; the school district pays a second per cap above $4,500; and the state pays the remainder above $4,500 plus the second per cap or the sum of two per caps, whichever is greater. This funding is paid quarterly during the school year after service is provided.

When a residential placement is necessary, no other agency has agreed to pay room and board, and approval has been given on ISBE Form 34-37, *Application for Approval of Private Residential Placement Room and Board Reimbursement*, payment of room and board costs based on rate approvals and dependent upon funding availability may be made on a current basis during the school year in which service is provided. Select the Private Facility where the student is being educated.

**D**     **Section 14-7.03 (Orphanage Act)** -- Provides full tuition reimbursement for eligible students who attend public school educational programs and are placed in a residence for the purpose of care/custody, welfare, medical/mental health treatment, rehabilitation or protection by an Illinois public agency with authority over and responsibility for the students. **This fund code may only be used with written authorization from the Illinois State Board of Education.**

Use of this fund code requires the completion of Type of Residence, Placing Agency and Guardianship Codes. An eligibility check is conducted for each child reported for this fund source with additional information required for students who cannot be verified as wards of the Department of Children and Family Services. ISBE Form 34-75, *Section 14-7.03 Eligibility Verification*, is the data collection instrument for this additional information. Please note that, in order to

7

H223

be eligible for reimbursement under Section 14-7.03, the student's residence must be located in a district other than the district of residence of a parent or court-appointed individual guardian per the requirements of 23 Illinois Administrative Code 226.770(e). Estimated funding is paid quarterly during the school year in which service is provided. Select the serving district and serving school as appropriate.

E       **Section 14-7.03 (Orphanage Act--Individual Programs)** -- Provides full tuition reimbursement for eligible students who attend public school educational programs and who are placed in a residence for the purpose of care/custody, welfare, medical/mental health treatment, rehabilitation or protection by an Illinois public agency with authority over and responsibility for the student(s). Please note that, in order to be eligible for reimbursement under Section 14-7.03, the student's residence must be located in a district other than the district of residence of a parent or court-appointed individual guardian per the requirements of 23 Illinois Administrative Code 226.770(e). Use of this fund code requires the completion of Type of Residence, Placing Agency and Guardianship Codes. An eligibility check is conducted for each child reported for this fund source with additional information required for students who cannot be verified as wards of the Department of Children and Family Services. ISBE Form 34-75, *Section 14-7.03 Eligibility Verification*, is the data collection instrument for this additional information. Estimated funding is paid quarterly during the school year in which service is provided. Select the serving district and serving school as appropriate.

F       **Section 14-7.03 (Private Facilities/Orphanage Act)** -- Provides full tuition reimbursement for eligible students who attend nonpublic school educational programs and who are placed in a residence for the purpose of care/custody, welfare, medical/mental health treatment, rehabilitation or protection by an Illinois public agency with authority over and responsibility for the student(s). Please note that, in order to be eligible for reimbursement under Section 14-7.03, the student must reside in and be placed into the nonpublic educational program by a district other than the district of residence of a parent or court-appointed individual guardian per the requirements of 23 Illinois Administrative Code 226.770(e). The nonpublic educational program must meet the approval requirements of Section 14-7.02 of the School Code and 23 Illinois Administrative Code 401. Use of this fund code requires the completion of Type of Residence, Placing Agency and Guardianship Codes. Eligibility verification is also conducted for these students via ISBE Form 34-75 if they cannot be verified as wards of the Department of Children and Family Services. Estimated funding is paid quarterly during the school year in which service is provided.

H       **Phillip J. Rock Center and School** – Allows for any student attending this facility, located in Glen Ellyn, Illinois, to be <u>reported by the resident school district</u>. This facility should not be confused with the Illinois School for the Visually Impaired or the Illinois School for the Deaf, both located in Jacksonville, Illinois.

H224

Select the resident school which indicates the public school where the student would attend if he or she were served in the resident district. The serving school must be the Philip J Rock Center and School.

**J**        **Section 14-7.02 and Section 14-7.02b (Private Residential Facility/Public School District Education Program/Funding for Children Requiring Special Education Services)** – Provides reimbursement for students placed by a school district into a private residential program who attend a public school educational program. The student is residentially placed in an approved nonpublic facility by the public school district of residence. The residential component is provided by the facility with room and board costs reimbursed to the district under the provisions of Section 14-7.02 (see Fund Code B). Students placed in private residential placements for whom room and board will be claimed must be pre-approved annually through the submission of ISBE Form 34-37, *Application for Approval of Private Residential Placement Room and Board Reimbursement*.
Education is provided by the local school district/joint agreement operating a program for students residing at the facility. Tuition is paid by the district of residence to the serving district under the provisions of Section 14-7.01 and 23 IAC Part 130 Determining Special Education Per Capita Tuition Charge.

Select the serving district as appropriate. Select the Private Facility which indicates the private facility where the student resides. The serving school may be either a public school or special education private facility approved by the Illinois Purchased Care Review Board depending on where services are provided

**X**        **Section 14-7.02b (Funding for Children With Excess Costs)** - Provides tuition reimbursement for students placed in Illinois public school programs whose educational costs exceed four district per capita tuition charges. The difference between the actual student cost and the four district per capita tuition charges will be reimbursed from unexpended federal room and board funds. Select the serving district and serving school as appropriate.

## Fund Codes for Students NOT Receiving Services

**N**        **Non-Public School Students NOT Receiving Services** – This code must be used for all non-public, including home-schooled students, who have been evaluated, and have had their eligibility determined to either receive or not receive special education services. The *Reason for Not Receiving Services* must be entered. Please be advised, for Indicator 11 reporting purposes, students that are evaluated and have had their eligibility determined must be reported with this Fund Code on the approval file (FACTS).

If a change is made to the condition of a Fund Code N student (e.g., the student begins receiving services) a change of Fund Code is necessary. However, if no change in the condition of a Fund Code N student occurs, then the student must be continued on the approval file (FACTS) for 3 years from the date of the initial

H225

evaluation that determined his or her eligibility to receive special education services. In order to ease the burden, *iPoint 2008* will automatically carry over a Fund Code N student and pre-populate a begin date to mirror the school year beginning date when the Start New Year process is initiated.

As a reminder, these students that have 02, 03, or 04 indicated as the *Reason for Not Receiving Services*, <u>will</u> be included in the serving district's Non-Public Proportionate Share for 3 years from the initial evaluation date that determined their eligibility.

**NOTE:** It is imperative that the initial date of eligibility is entered correctly for a Fund Code N student record.

### Examples of Fund Code N Students

### Example 1 Student Eligible For Services-No Program Available
A school district receives parental consent on November 1 to evaluate a student that is enrolled in a parochial school within the district's boundary. The student is evaluated and determined eligible to receive special education services on November 10. The type of services the student needs is not offered by the district.

This student would be entered on FACTS as a Fund Code N, with a begin date of November 10 and a *Reason for Not Receiving Services* of '03'. If no program becomes available for this student then he or she would remain on FACTS as a Fund Code N, Reason '03' for 3 years from the date of November 10 and will be included in the Non-Public Proportionate Share.

### Example 2 Student Receiving Services-Condition Change To Not Receiving Services
A school district receives parental consent on February 15 to evaluate a non-public student. The student is evaluated and determined eligible to receive special education services on February 20. The student begins ISP services on March 1, is entered on FACTS as a Fund Code L record and continues to receive services into the next school year. On October 1, the parents decide they no longer want their student to receive special education services.

The student in this instance would be entered on FACTS as a Fund Code L with a begin date of March 1. The student would be carried into the following school year as a Fund Code L. On October 1 the Fund Code L record would be ended with Exit Code 12 and reentered as a Fund Code N record with a begin date of October 2 and *Reason for Not Receiving Services* of '02'. Assuming that no change is made to the condition of this student, he or she would remain on the approval file as a Fund Code N record for 3 years from February 20 (date of initial evaluation) and will be included in the Non-Public Proportionate Share.

H226

**Example 3 Student Not Eligible For Services**

A school district receives parental consent on September 1 to evaluate a student that is enrolled in a parochial school within the district's boundary. The student is evaluated on September 10 and is determined not eligible for special education services.

This student would be entered on FACTS as a Fund Code N record with a begin date of September 10 and *Reason for Not Receiving Services* of '01'. This student will not be carried over to the following school year and will not be included in the Non-Public Proportionate Share.

U        **Public School Students NOT Receiving Services** – This code must be used for all <u>public</u> school students who have been initially evaluated, have had their eligibility determined, and are NOT receiving special education services this school year. Fund U students will only be reported on the approval file (FACTS) for the school year of initial evaluation. The reason the student is not receiving services must be indicated.

<u>Reasons for Not Receiving Services</u>

| | |
|---|---|
| **01** | Student is NOT eligible |
| **02** | Student is eligible but parent refuses services |
| **03** | Student is eligible but no program available (Fund N only) |
| **04** | Student is eligible - pending placement |
| **05** | Student is not of eligible age (2 years old) |

11

H227

## Serving District & School by Fund Code Table

| Fund | Fund Description | Local Education Agency Category | |
|------|------------------|-----------------|------------------|
| | | **Serving District** | **Serving School** |
| A | IDEA Child Count | For  2<br>6<br>8<br>A<br>0<br>B (Prairie Crossing) | Use  4, X<br>7, 4, X<br>8, X<br>A, X<br>A, X<br>B (Prairie Crossing) |
| X | Excess Cost (4 times per cap) | 2<br>6<br>8<br>A<br>0<br>B (Prairie Crossing) | 4, X<br>7, 4, X<br>8, X<br>A, X<br>A, X<br>B (Prairie Crossing) |
| B | Private Day Residential Facs Out-of-State Public | | |
| E | Orphanage Act Individual Programs | 2<br>6<br>8<br>A<br>0<br>B (Prairie Crossing) | 4, X<br>7, 4, X<br>8, X<br>A, X<br>A, X<br>B (Prairie Crossing) |
| K | IDEA Child Count Public & Non-Public | 2<br>6<br>8<br>A<br>B | 4, 3, X<br>7, 3, 4, X<br>8, 3, X<br>A, 3, X<br>B, 3, X |
| L | IDEA Child Count Non-Public Not Enrolled | 2<br>6<br>8<br>A<br>B | 4, 3, X<br>7, 3, 4, X<br>8, 3, X<br>A, 3, X<br>3, X |
| F | Private Facilities Orphanage Act | | |
| D | Orphanage Act Group Programs | Three 6's Provided by ISBE | 7 within Serving District X |
| J | Private Res Facility Public District Extraordinary | 2<br>6<br>8<br>A | 4, 3, X<br>7, 4, 3, X<br>8, 3, X<br>A, 3, X |
| H | Phillip J. Rock | | 7 |
| P | Home School | 2<br>6<br>A | 4, 3, X<br>7, 3, 4, X<br>A, 3, X |

| Fund | Fund Description | Local Education Agency Category | |
|------|------------------|-----------------|------------------|
| | | **Serving District** | **Serving School** |
| N | Non-Public School Students NOT Receiving Services | For  2<br>6<br>8<br>A<br>0<br>B (Prairie Crossing) | |
| U | Public School Students NOT Receiving Services | For  2<br>6<br>8<br>A<br>0<br>B (Prairie Crossing) | |

## Local Education Agency

0  Public: Intermediate Service Centers
2  Public: Districts
3  Nonpublic Schools
4  Public: Schools
6  Public: Sp. Ed. Coop Districts
7  Public: Sp. Ed. Coop Schools
8  Public: Other State Funded Districts & Schools
A  Public: Regional Programs Districts & Schools
B  Charter Schools
X  Additional Serving Locations
Y  Out-of-state Resident Districts

H228

## Private Facility Code -- Fund Codes B, F and J Only

If funding is requested under Fund Codes B, F or J, provide the appropriate three-digit number (code) assigned for the private facility and program of attendance. Refer to the **current** list of Approved Eligible Nonpublic Facilities with Allowable Costs. Approval is considered only if the student's primary disability and age match the approved primary disability(ies) and age range served by the private facility or out-of-state public school.

Some private facilities have multiple rates, and a separate code has been assigned for each rate. Additionally, facilities approved in prior years may not be approved for the current year. **It is extremely important that the correct private facility code be used as this code determines the amount of reimbursement available for the student's placement.**

If a student changes private facilities during the school year and will be claimed for a portion of the current school year in both the first and second facilities, add an end date and Exit Code 20. Reenter the student with the second private facility code, completing FACTS information as needed. Be sure that the begin date in the second facility is after the end date listed on the FACTS entry for the first private facility code.

## Birth Date

Indicate the birth date as it appears on official school records, using numerals. *NetCheck* sites should enter a four-digit year followed by a two-digit month and two-digit day (ex: YYYYMMDD). *iPoint>2008* users should enter all dates normally. The ISBE student ID code includes the first two letters of the last name, the first letter of the first name, the birth date and a two-digit number assigned by the Illinois State Board of Education.

## Last Name/First Name/Middle Name

Provide the student's last name as it appears on official school records. Space for only 15 letters is provided. Do not leave spaces within the name, i.e., Mc Call should be typed as McCall. Do not use punctuation.

Indicate the student's full first name as it appears on official records. Do not use nicknames. Space for only 12 letters is provided.

Indicate the student's full middle name as it appears on official records. Do not use nicknames. Space for only 12 letters is provided. Do not use punctuation. You are required to enter a middle name or initial when reporting a special needs student if it is available. This will help reduce the number of duplicate student records. If the student does not have a middle name, indicate so by completing the "No middle name" field. Note that a missing middle name will generate a *WARNING* through the October 2007 transmission but will result in an *ERROR* beginning with the December 2007 transmission.

If a child is adopted mid-year, you should end the current FACTS record on the day before the name change and enter Exit Code 20. Start a new FACTS record with the new name on the date of the name change. Note that *iPoint>2008* users will also be creating a new student General record with the new name.

H229

**Student Information System (SIS) Id Number**

Enter the 9-digit SIS Id.

**Gender**

Enter M for male, F for female.

**Ethnic Code**

Using the following characterizations, enter one code to indicate the student's ethnic designation. For the purposes of this report, a student may be included in the group for which they identify or appear to belong. The new codes are being used to align FACTS with SIS although 06 Multi-racial is not available.

| Code | Ethnic Groups | |
|------|---------------|---|
| 01 | American Indian or Alaskan Native | A person having origins in any of the original peoples of North and South America (including Central America) and who maintains tribal affiliation or community attachment. |
| 02 | Asian or Pacific Islander | A person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Sub-continent, or the Pacific Islands. The area includes, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand and Vietnam. The Pacific Islands include Hawaii, Guam and Samoa |
| 03 | Black or African American | A person having origins in any of the Black racial groups of Africa.. |
| 04 | Hispanic | A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race. |
| 05 | White | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa |

14

H230

## Student's Identified Disability(ies) (Maximum of 2 Allowed)

Sequence each disability <u>as it impacts the student's general education</u>. The primary disability should be listed first and the secondary disability (if identified) listed second.

Code            Disabilities

A            COGNITIVE DISABILITY  (MR):  <u>Note: Due to the fact that the federal report</u>
             <u>requires student records to be reported under the code of "MR" the abbreviation</u>
             <u>will not change for students with this disability</u>.  The child exhibits significantly
             sub-average general intellectual functioning, existing concurrently with deficits
             in adaptive behavior and manifested during the developmental period, that
             adversely affects a child's educational performance.  If this disability is listed,
             specific learning disability cannot be entered for the student.

C            ORTHOPEDIC IMPAIRMENT (PI): The child exhibits a severe orthopedic
             impairment that adversely affects a child's educational performance; includes
             impairments caused by congenital anomaly (e.g., clubfoot, absence of some
             member, etc.), impairments caused by disease (e.g., poliomyelitis, bone
             tuberculosis, etc.), and impairments from other causes (e.g., cerebral palsy,
             amputations, and fractures or burns that cause contractures).

D            SPECIFIC LEARNING DISABILITY (SLD): The child exhibits a disorder in
             one or more of the basic psychological processes involved in understanding or
             in using language, spoken or written, that may manifest itself in an imperfect
             ability to listen, think, speak, read, write, spell or do mathematical calculations.
             The term includes such conditions as perceptual disabilities, brain injury,
             minimal brain dysfunction, dyslexia and developmental aphasia. The term does
             not include children who have learning problems that are primarily the result of
             visual, hearing or motor disabilities, of mental impairment, of emotional
             disability, or of environmental, cultural or economic disadvantage.  If this
             disability is listed, cognitive disability cannot be entered for the student.

E            VISUAL IMPAIRMENT (VI): The child has an impairment in vision that even
             with correction, adversely affects the child's educational performance.  If this
             disability is listed, deaf-blindness cannot also be listed.

F            HEARING IMPAIRMENT (HI): The child has an impairment in hearing,
             whether permanent or fluctuating, that adversely affects the child's educational
             performance. If this disability is listed, deaf-blindness cannot be listed.

G            DEAFNESS (D):  A hearing impairment that is so severe that the child is
             impaired in processing linguistic information through hearing, with or without
             amplification, that adversely affects a child's educational performance. If this
             disability is listed, neither hearing impairment nor deaf-blindness can be listed.

H231

H          DEAF-BLINDNESS (D-B): The child has concomitant hearing and visual impairments, the combination of which causes such severe communication and other developmental and educational needs that he/she cannot be accommodated in special education programs solely for children with hearing impairment or children with visual impairment.

I           SPEECH OR LANGUAGE IMPAIRMENT (S/L): The child exhibits a communication disorder, such as stuttering, impaired articulation, a language impairment, or a voice impairment, that adversely affects the child's educational performance.

K         EMOTIONAL DISABILITY (ED): The child exhibits one or more of the following characteristics over an extended period of time and to a marked degree, that adversely affects educational performance 1) an inability to learn that cannot be explained by intellectual, sensory or health factors; 2) an inability to build or maintain satisfactory interpersonal relationships with peers and teachers; 3) inappropriate types of behavior or feelings under normal circumstances; 4) a general pervasive mood of anxiety, unhappiness or depression; or 5) a tendency to develop physical symptoms or fears associated with personal or school problems.

L          OTHER HEALTH IMPAIRMENT (OHI): The child exhibits limited strength, vitality or alertness, including a heightened sensitivity to environmental stimuli, that 1) results in limited alertness with respect to the educational environment; 2) is due to chronic or acute health problems such as asthma, attention deficit disorder or attention deficit hyperactivity disorder, diabetes, epilepsy, a heart condition, hemophilia, lead poisoning, leukemia, nephritis, rheumatic fever, and sickle cell anemia; and 3) adversely affects a child's educational performance.

M        MULTIPLE DISABILITIES (MD): The child has concomitant impairments (such as cognitive disability-blindness, cognitive disability-orthopedic impairment, etc.), the combination of which causes such severe educational needs that they cannot be accommodated in special education programs solely for one of the impairments (does not include deaf-blindness).

N         DEVELOPMENTAL DELAY (DD): This code may be used only for children ages three through nine who are experiencing delay in physical development, cognitive development, communication development, social or emotional development, or adaptive development. When the child becomes 10 years old, this code becomes an error. DO NOT change the disability code in the current FACTS record. Enter an End Date the day before the birth date and create a new FACTS record with the new disability code. This is accomplished in iPoint>2008 by performing an End/Add.

H232

O       AUTISM (AUT): The child has a developmental disability significantly affecting verbal and nonverbal communication and social interaction, generally evident before age three, that adversely affects a child's educational performance. Other characteristics often associated with autism are engagement in repetitive activities and stereotyped movements, resistance to environmental change or change in daily routines, and unusual responses to sensory experiences. The term does not apply if a child's educational performance is adversely affected primarily because the child has an emotional disability.

P       TRAUMATIC BRAIN INJURY (TBI): The child has an acquired injury to the brain caused by an external physical force, resulting in total or partial functional disability or psychosocial impairment, or both that adversely affects the child's educational performance. The term applies to open or closed head injuries resulting in impairments in one or more areas, such as cognition; language; memory; attention; reasoning; abstract thinking; judgment; problem-solving; sensory, perceptual, and motor abilities; psychosocial behavior; physical functions; information processing; and speech. The term does not apply to brain injuries that are congenital or degenerative or to brain injuries induced by birth trauma.

## Grade Level

The grade level must be reported for each student and should reflect the grade in which the student is enrolled. If a student is not already assigned to a grade level, please report the grade to which the student would generally be assigned based upon the student's chronological age. The new codes are being used to align FACTS with SIS.

The codes to be used are:

| Code | Grade Level |
|------|-------------|
| 13 | P1: Pre-K-1 Early Childhood education and care; Pre-Kindergarten 1 (first year attendance) |
| 14 | P2: Pre-K-2 Pre-kindergarten 2 (second and third year attendance in an early childhood program). |
| 15 | KG: Kindergarten |
| 01-12 | Grades 1 through 12 as appropriate |

17

H233

**Limited English Proficient Information**

New students are to be identified as Limited English Proficient (LEP) within four weeks of enrollment according to provisions in 23 Illinois Administrative Code Section 228.15 and all identified LEP students are to be reported annually on the Public School Bilingual Census (23 Illinois Administrative Code Section 228.20.

Limited English Proficient (LEP)

Y       Yes, this student is LEP.
N       No, this student is not LEP.

LIMITED ENGLISH PROFICIENT- The term limited English proficient, when used with respect to an individual, means an individual —
(A)     who is aged 3 through 21; and

(B)     who is enrolled or preparing to enroll in an elementary school or secondary school; and

(C)     (i) who was not born in the United States or whose native language is a language other than English;

        (ii)(I) who is a Native American or Alaska Native, or a native resident of the outlying areas; and

        (II) who comes from an environment where a language other than English has had a significant impact on the individual's level of English language proficiency; or

        (iii) who is migratory, whose native language is a language other than English, and who comes from an environment where a language other than English is dominant; and

(D) whose difficulties in speaking, reading, writing, or understanding the English language **(as determined by the State approved English language proficiency test)** may be sufficient to deny the individual —

        (i) the ability to meet the State's proficient level of achievement on State assessments described in section 1111(b)(3);

        (ii) the ability to successfully achieve in classrooms where the language of instruction is English; or

        (iii) the opportunity to participate fully in society.

H234

## Language Code

Please enter the language the student speaks at school. English (000) will be defaulted. The new codes are being used to align FACTS with SIS.

| | | | | |
|---|---|---|---|---|
| 076 | Afrikaans (Taal) | | 098 | Crow |
| 103 | Akan (Fante, Asante) | | 020 | Czech |
| 042 | Albanian, Gheg (Kosovo/Macedon) | | 041 | Danish |
| 153 | Albanian, Tosk (Albania) | | 157 | Dinlea (Turkish) |
| 006 | Algonquin | | 028 | Dutch/Flemish |
| 165 | American Sign Language | | 144 | Efik |
| 105 | Amharic | | 000 | English |
| 056 | Apache | | 111 | Eskimo |
| 010 | Arabic | | 064 | Estonian |
| 026 | Armenian | | 052 | Ewe |
| 110 | Assamese | | 031 | Farsi (Persian) |
| 025 | Assyrian (Syriac, Aramaic) | | 044 | Finnish |
| 112 | Bagheli | | 012 | French |
| 107 | Balinese | | 148 | Fukien/Hokkien (Chinese) |
| 054 | Bemba | | 071 | Ga |
| 067 | Bengali | | 102 | Gaelic (Irish) |
| 116 | Bisaya (Malaysia) | | 057 | Gaelic (Scottish) |
| 152 | Bosnian | | 051 | Gbaya |
| 055 | Bulgarian | | 005 | German |
| 015 | Burmese | | 002 | Greek |
| 073 | Cambodian (Khmer) | | 037 | Gujarati |
| 021 | Cantonese (Chinese) | | 115 | Guyanese |
| 036 | Cebuano (Visayan) | | 149 | Hainanese (Chinese) |
| 158 | Chaldean | | 049 | Haitian-Creole |
| 108 | Chamorro | | 113 | Hakka (Chinese) |
| 147 | Chaochow/Teochiu (Chinese) | | 080 | Hausa |
| 117 | Chechen | | 161 | Hawaiian |
| 097 | Cherokee | | 029 | Hebrew |
| 065 | Chichewa (Nyanja) | | 081 | Hemba |
| 050 | Chippewa/ Ojibawa/ Ottawa | | 014 | Hindi |
| 087 | Choctaw | | 068 | Hmong |
| 043 | Comanche | | 095 | Hopi |
| 048 | Creek | | 019 | Hungarian |
| 151 | Croatian | | 085 | Ibo/Igbo |

H235

## Language Code (Continued)

| | | | | | |
|---|---|---|---|---|---|
| 070 | Icelandic | 146 | Mien (Yao) | 047 | Taiwanese/Formosan/Min Nan |
| 130 | Ilocano | 140 | Mina (Geser-Goram) | 094 | Tamil |
| 143 | Ilonggo (Hiligaynon) | 141 | Mongolian | 086 | Telugu (Telegu) |
| 062 | Indonesian | 061 | Navajo | 022 | Thai |
| 083 | Isoko | 077 | Nepali | 137 | Tibetan |
| 003 | Italian | 040 | Norwegian | 109 | Tigrinya (Tigrigna) |
| 156 | Jamaican | 127 | Okinawan | 154 | Tongan |
| 011 | Japanese | 079 | Oneida | 104 | Tuluau |
| 139 | Kache (Kaje, Jju) | 128 | Oriya | 032 | Turkish |
| 159 | Kanjobal | 129 | Orri (Oring) | 018 | Ukrainian |
| 063 | Kannada (Kanarese) | 099 | Other | 033 | Urdu |
| 069 | Kanuri | 106 | Oulof (Wolof) | 155 | Uzbek |
| 136 | Kashi (Uyghur) | 160 | Palauan | 034 | Vietnamese |
| 066 | Kashmiri | 118 | Pampangan | 114 | Welsh |
| 089 | Kikamba (Kamba) | 053 | Panjabi (Punjabi) | 088 | Winnebago |
| 119 | Konkani | 131 | Pashto (Pushto) | 016 | Yiddish |
| 008 | Korean | 009 | Pilipino (Tagalog) | 126 | Yombe |
| 142 | Kpelle | 082 | Pima | 090 | Yoruba |
| 163 | Krahn (Liberia, Cote 'de Ivoire) | 004 | Polish | | |
| 120 | Krio | 023 | Portuguese | | |
| 121 | Kurdish | 084 | Pueblo | | |
| 074 | Lao | 027 | Romanian | | |
| 038 | Latvian | 093 | Romany (Gypsy) | | |
| 122 | Lingala | 035 | Russian | | |
| 017 | Lithuanian | 013 | Samoan | | |
| 123 | Luganda | 007 | Serbian | | |
| 125 | Lunda | 150 | Shanghai (Chinese) | | |
| 092 | Luo | 075 | Shona | | |
| 124 | Luyia (Luhya) | 132 | Sikkimese | | |
| 162 | Maay or Mai Mai | 133 | Sindhi | | |
| 058 | Macedonian | 134 | Sinhalese | | |
| 059 | Malay | 039 | Sioux (Dakota) | | |
| 060 | Malayalam | 045 | Slovak | | |
| 091 | Maltese | 096 | Slovenian | | |
| 030 | Mandarin (Chinese) | 164 | Somali | | |
| 100 | Mandingo (Mandinka) | 135 | Sotho | | |
| 138 | Maori | 145 | Sourashtra (Saurashtra) | | |
| 078 | Marathi | 001 | Spanish | | |
| 101 | Mende | 046 | Swahili | | |
| 072 | Menominee | 024 | Swedish | | |

## Bilingual Special Education, Severity of Disability

Complete this item only if student's primary or home language is other than English.  The severity level of the primary disability is described by the categories of:

| | |
|---|---|
| 1 | Mild |
| 2 | Moderate |
| 3 | Severe |
| 4 | Profound |

Locally determined definitions of these terms as applied in multidisciplinary conferences should be used in deciding which level is appropriate.

## Bilingual Special Education, Achievement

Complete this item only if student's primary or home language is other than English.  Has this student taken the Illinois Measure of Annual Growth in English (IMAGE) test?

| | |
|---|---|
| Y | Yes |
| N | No |

## Related and Other Services (Maximum of 8)

IF SPECIAL TRANSPORTATION IS A RELATED SERVICE PROVIDED AND NOTED ON THE STUDENT'S IEP IN ACCORDANCE WITH SECTION 14-13.01(b) OF THE SCHOOL CODE, IT MUST BE INCLUDED IN THIS ITEM.  This related service is also used for approving claims for special transportation under Section 14-7.03. (Fund Code D, E and F). Only include the special transportation if it is provided on a regularly scheduled basis or for students in private residential placement.

Using the following list, state the related services provided to each student in accordance with the student's IEP.  A maximum of eight (8) services may be listed.  If more than eight are provided, list those that are most important and/or consume the most time, being certain to include special transportation if provided.

The service listed must be:  1) a service that is other than diagnostic or evaluative and 2) different in amount or kind from services provided to general education students.  These parameters are especially applicable to such services as counseling services, school health services, psychological services, social work services, psychiatric services, and career and technical education.

Speech/language services should not be listed as a related service for a student who has speech and/or language impairment (Code I) listed as the primary disability because speech and language services are a part of his or her instructional program and are not a related service. Adapted physical education, adapted driver education, career and technical education are listed under related services for reporting purposes, but they are considered to be part of the

21

instructional program as defined by The Illinois Program for Evaluation, Supervision and Recognition of Schools, (23 Ill. Adm. Code Part 1). Transition services, depending upon specific services provided, may be either related or instructional services, but are also listed here for reporting purposes.

| Code | Related and Other Services |
|---|---|
| 01 | **Adapted Physical Education** |

Physical education services, specially designed if necessary, shall be made available to every child receiving FAPE. Each child with a disability shall participate in a regular physical education program available to nondisabled children unless the child is receiving services full time in a separate facility or needs specially designed physical education, as prescribed in the child's IEP. If a child is receiving services full time in a separate facility, the school district shall ensure that he or she receives physical education services appropriate to his or her needs (34 CFR §300.108).

02          **Aide-Class**

The list of related services is not exhaustive and may include other developmental, corrective, or supportive services if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.156(b)(2)(iii)).

03          **Aide-Individual Student**

The list of related services is not exhaustive and may include other developmental, corrective, or supportive services if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.156(b)(2)(iii)).

04          **Art Therapy**

The list of related services is not exhaustive and may include other developmental, corrective, or supportive services (such as artistic and cultural programs, art, music, and dance therapy) if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.156(b)(2)(iii).

05          **Audiology**

Audiology includes such services as: 1) Identification of children with hearing loss; 2) Determination of the range, nature, and degree of hearing loss, including referral for medical or other professional attention for the habilitation of hearing; 3) Provision of habilitative activities such as language habilitation, auditory training, speech reading (lip-reading), hearing evaluation, and speech conservation; 4) Creation and administration of programs for the prevention of hearing loss; 5) Counseling and guidance for pupils, parents, and teachers regarding hearing loss; and 6) Determination of a child's need for group and individual amplification, selecting and fitting an appropriate aid, and evaluating the effectiveness of amplification (CFR 34 §300.34(c)(1)).

H238