**06**

**Braillest/Reader**

In the case of a child who is blind or visually impaired, provide for instruction in Braille and the use of Braille unless the IEP team determines, after an evaluation of the child's reading and writing skills, needs, and appropriate reading and writing media (including an evaluation of the child's future needs for instruction in Braille or the use of Braille), that instruction in Braille or the use of Braille is not appropriate for the child (§300.324(a)(2)(iii)).

**07**

**Counseling Services** (including supports needed for transition to post-secondary education)

The list of related services is not exhaustive and may include other developmental, corrective, or supportive services (such as artistic and cultural programs, art, music, and dance therapy) if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.34(c)(2)).

**08**

**Consultant Services**

The list of related services is not exhaustive and may include other developmental, corrective, or supportive services if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.34(c)(2)).

**09**

**Adapted Driver Education (student must be at least 15 years of age)**

The list of related services is not exhaustive and may include other developmental, corrective, or supportive services if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.349(a)).

**10**

**Interpreter Services**

The following, when used with respect to children who are deaf or hard of hearing: Oral transliteration services, cued language transliteration services, sign language transliteration and interpreting services, and transcription services, such as communication access real-time translation (CART), C-Print, and TypeWell; and Special interpreting services for children who are deaf-blind. (CFR 34 §300.34(c)(4)).

**11**

**Assistive Device**

Any service that directly assists a child with a disability in the selection, acquisition, or use of an assistive technology device as defined in CFR 34 §300.5. Examples include: 1) The evaluation of the needs of a child with a disability, including a functional evaluation of the child in the child's customary environment; 2) Purchasing, leasing, or otherwise providing for the acquisition of assistive technology devices for children with disabilities; 3) Selecting, designing, fitting, customizing, adapting, applying, maintaining, repairing, or replacing assistive technology devices; 4) Coordinating and using other therapies, interventions, or services with assistive technology devices, such as those

23

H239

associated with existing education and rehabilitation plans and programs; 5) Training or technical assistance for a child with a disability or, if appropriate, that child's family; and 6) Training or technical assistance for individuals providing education or rehabilitation services, employers, or other individuals who provide services to, employ, or are otherwise substantially involved in the major life functions of a student with a disability (CFR 34 §300.5).

12      **Music Therapy**
The list of related services is not exhaustive and may include other developmental, corrective, or supportive services (such as artistic and cultural programs, art, music, and dance therapy) if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.34).

13      **Occupational Therapy**
Includes services needed for 1) Improving, developing or restoring functions impaired or lost through illness, injury, or deprivation; 2) Improving ability to perform tasks for independent functioning; 3) Preventing, through early intervention, initial or further impairment or loss of function
(CFR 34 §300.34(c)(6)).

14      **Outdoor Education**
The list of related services is not exhaustive and may include other developmental, corrective, or supportive services (such as artistic and cultural programs, art, music, and dance therapy) if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.34).

15      **Orientation and Mobility**
Services provided to a blind or visually impaired child to enable the child to attain systematic orientation to and safe movement within the environments in school, home, and community. Includes teaching a child:
1) Spatial and environmental concepts and the use of information received by the senses (such as sound, temperature and vibrations) to establish, maintain, or regain orientation and line of travel (for example, using sound at a traffic light to cross the street);
2) The use of the long cane to supplement visual travel skills or as a tool for safely negotiating the environment;
3) The use of remaining vision and low vision aids; and
4) Other concepts, techniques, and tools deemed appropriate for the child
(CFR 34 §300.34(c)(7)).

H240

16    **Other Related Services**
The list of related services is not exhaustive and may include other developmental, corrective, or supportive services (such as artistic and cultural programs, art, music, and dance therapy) if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.34).

17    **Parent Counseling**
Services to assist parents in understanding the special needs of their child, provide parents with information about child development, and help parents to acquire the skills that will allow them to support the implementation of their child's IEP or ISP (CFR 34 §300.34(c)(8)).

18    **Psychological Services**
May include such activities as: 1) Administering psychological and educational tests and other assessment procedures; 2) Interpreting assessment results; 3) Obtaining, integrating, and interpreting information about children's behavior and conditions relating to learning; 4) Consulting with other staff members in planning school programs to meet the special educational needs of children as indicated by psychological tests, interviews, direct observation and behavioral evaluations; 5) Planning, managing, and providing a program of psychological services, including psychological counseling for children and parents; and 6) Assisting in completing a functional behavioral assessment, as well as assisting in the development of positive behavioral intervention strategies
(CFR 34 §300.34(c)(10)).

19    **Physical Therapy**
Services provided by a qualified physical therapist (CFR 34 §300.34(c)(9)).

20    **Psychiatric Services**
The list of related services is not exhaustive and may include other developmental, corrective, or supportive services if they are required to assist a child with a disability to benefit from special education in order for the child to receive FAPE (CFR 34 §300.34).

21    **Recreation**
Services such as: 1) Assessment of leisure function; 2) Therapeutic recreation services; 3) Recreation programs in schools and community agencies; and 4) Leisure education (CFR 34 §300.34(c)(11)).

22    **School Health Services**
Health services that are designed to enable a child with a disability to receive FAPE as described in the child's IEP. School nurse services are services provided by a qualified school nurse. School health services are services that may be provided by either a qualified school nurse or other qualified person. .Services include such activities as: 1) Preparing a health assessment by conducting

25

interviews with a child's parents and teachers, reviewing the Certificate of Child Health Examination, reviewing the vision and hearing screening results and other pertinent health information, and recommending additional medical evaluations as indicated; 2) Interpreting health assessment results; 3) Obtaining, integrating, and interpreting pertinent health information about a child as it applies to learning; 4) Consulting with other staff members in planning school programs to meet the needs of children who require the provision of special health services at school; 5) Planning and managing a program of school health services to meet the specific needs of all children; 6) Identifying and mobilizing community health resources to enable children to learn as effectively as possible in the educational program; and 7) Administering medication (CFR 34 §300.34(c)(13)).

23    **Speech/Language Services**
Services encompass such activities as: 1) Screening, diagnosis and appraisal of specific speech and language impairments; 2) Identification of children with speech and/or language impairments; 3) Referral and follow-up for medical or other professional attention necessary for the habilitation of speech and language impairments; 4) Planning and developing interventions and programs for children or youth with speech and language impairments; 5) Provision of services for the habilitation and prevention of speech and language impairments; and
6) Counseling and guidance of parents, children, and teachers regarding speech and language impairments (CFR 34 §300.34(c)(15)).

24    **Social Work Services**
Services may include activities such as: 1) Preparing a social developmental study on a child with a disability; 2) Group and individual counseling with a child and his or her family; 3) Working with parents and others on those problems in a child's living situation (home, school, and community) that affect the child's adjustment in school; 4) Mobilizing school and community resources to enable the child to learn as effectively as possible in his or her educational program; and 5) Assisting in completing a functional behavioral assessment, as well as assisting in the development of positive behavioral intervention strategies (CFR 34 §300.34(c)(14)).

25    **Transportation (Special)**
Services required because of the child's disability or the location of the special education program or related services, and which are in addition to the regular transportation services provided by the local school district, [to include:] 1) Travel to and from school and between schools; 2) Travel in and around school buildings; [and] 3) Specialized vehicles, specialized equipment (such as lifts and ramps, whether provided on regular, adapted, or special buses), and personnel who provide assistance to students in the course of transportation (CFR 34 §300.34(c)(16)).

26    **Career and Technical Education**
Services designed to support a student in career development, occupational preparation, academic improvement and postsecondary education/training. (CFR 34 §300.34(c)(12)

27   **Transition/STEP by Division of Rehabilitation Services (DRS)**
DRS works in partnership with people with disabilities and their families to assist them in making informed choices to achieve full community participation through employment, education, and independent living opportunities. STEP is a training/placement program that prepares [eligible] students with disabilities for transition to employment and community participation during and after high school.

28   **Behavioral Intervention Plan**
The IEP of a student who requires a behavioral intervention plan shall: 1) Summarize the findings of the functional behavioral assessment; 2) summarize prior intervention(s) implemented; 3) Describe any behavioral intervention(s) to be used, including those aimed at developing or strengthening alternative or more appropriate behaviors; 4) Identify the measurable behavioral changes expected and method(s) of evaluation; 5) Identify a schedule for a review of the intervention's effectiveness; and 6) Identify provisions for communicating with the parents about their child's behavior and coordinating school-based and home-based interventions (23 IAC 226.230(b)).

29   **Competitive Employment**
Paid employment at a job in the regular business community without support or with support that will not exceed six months. Examples of supports that might be required for six months or less include job-finding assistance, on-the-job training, and social skills training to access and/or make initial adjustment to employment.

30   **Travel Training**
Providing instruction, as appropriate, to children with significant cognitive disabilities, and any other children with disabilities who require this instruction, to enable them to: 1) Develop an awareness of the environment in which they live, and 2) Learn the skills necessary to move effectively and safely from place to place within that environment (e.g., in school, in the home, at work, and in the community).

31   **Acquisition of Daily Living Skills**
Training to acquire skills in performing everyday activities such as preparing meals, doing laundry, using public transportation, paying bills, etc.

32   **Supported Employment**
Paid employment at a job in the regular business community that involves intensive or long-term support services matched to the individuals' needs to remain employed. Examples of support include job coaching, social skills training, situational assessment, vocational or other training.

33          **Supports for Transition to Post-secondary Education**
            Included but is not limited to, Assistance in applying to college/university and/or
            for financial aid and/or scholarships.  Training to teach students to advocate for
            themselves in post-secondary settings.

34          **Interagency Linkages**
            Includes, but is not limited to, DHS Home based services, respite care, DSCC,
            other non-educational service providers.

## Educational Environment

Due to requirements from the federal Office of Special Education Programs (OSEP), all EE
codes 1- 19 are invalid for early childhood special education students ages 3 through 5. Students
3 through 5 years old reported on FACTS must have a valid early childhood EE Code of 20-27.

For children who have turned six during this school year, a FACTS record must exist containing
the appropriate early childhood EE code that covers the timeframe prior to their sixth birthday.
For example, a child who turned six on February 14, 2008 would need a FACTS record for the
timeframe of August 28, 2007 (or the Begin Date of services) through February 13, 2008
containing the appropriate early childhood EE code (20-27).  This child would also need a
FACTS record with a Begin Date of February 14, 2008 with the appropriate EE code for ages
6-21.

Failure to do this will result in *errors* during data validity checks and will prevent you from
transmitting your file to ISBE.

When a child turns six years old, Educational Environment Codes (EE) 20-27 become errors.  At
this time, do not edit the EE code in the current FACTS record.  Instead enter an End Date the
day before the sixth birthday and create a new FACTS record with the appropriate EE code for
ages 6-21.

### Early Childhood Educational Environment Codes

When reporting educational environments for children ages 3 through 5, use the following
guidance to determine which environment to choose.  Please note that the order of the categories
for children with disabilities ages 3 through 5 does *not* reflect a continuum from least to most
restrictive.

H244

**Definition of an early childhood program – a program that includes at least 50 percent nondisabled children.[1]  Early childhood programs include, but are not limited to:**

- **Head Start**
- **Kindergarten**
- **Private preschools**
- **Early Childhood Block Grant/Preschool for All programs**
- **Blended classrooms**
- **Reverse mainstream classrooms**
- **Group child care**

**Attendance at an early childhood program need not be funded by IDEA, Part B funds.**

1.  The first factor to consider is whether the child is attending a general education early childhood program as defined above.  If so, report the child under Codes 20, 21, or 22. Report the child in one of these environments even if the child receives special education services in other environments.

    Use early childhood program codes 20, 21, or 22 when:

    - District sends itinerant staff to child care center, Head Start, private preschool or Preschool for All sites.
    - Child comes to an elementary school for speech therapy (walk-in) and district *knows* that the child spends remainder of the day in child care, Head Start, preschool, etc.
    - Child spends ½ day in an ECSE class and then attends child care center for remainder of the day.

    Refer to the instructions in the section below to determine which percent of time category is appropriate.

2.  If the child does not attend a general education early childhood program or kindergarten, the next factor to consider is whether the child attends a special education program, as defined below.  If so, report the child under Code 23, 24, 25 according to the location of the special education program.  Report the child in one of these environments even if the child also receives special education at home or in a service provider location.

---

[1] The Illinois State Board of Education (ISBE) recognizes this definition does not align with that given in Section 226.730 of the rules for special education; however, this agency (ISBE) does not have the authority to alter federal reporting requirements.  Therefore, for collection purposes we must report Early Childhood educational environment data in accordance with the federal requirements.

H245

**Definition of a special education program – a program that includes less than 50 percent nondisabled children.**[2]    Special education programs include, but are not limited to, special education and related services provided in:

- Special education classrooms in
    - regular school buildings;
    - trailers or portables outside regular school buildings;
    - child care facilities;
    - hospital facilities on an outpatient basis;
    - other community-based settings
- Separate schools; and
- Residential facilities

3. Home.  If the child does not attend a general education early childhood program or a special education program, the next factor to consider is whether the child receives some or all of his/her special education services in the home.  If the child receives any of his/her special education services in the home, report the child under Code 26.

4. Service provider location.  Use Code 27 when the child receives all special education instructional and/or related services from a service provider, and who did not attend an early childhood program or a special education program provided in a separate class, separate school, or residential facility.  For example, speech instruction provided in: private clinicians' offices, clinicians' offices located in school buildings, hospital facilities on an outpatient basis, and libraries and other public locations.  Do not include children who also received special education at home.

---

[2] The Illinois State Board of Education (ISBE) recognizes this definition contradicts the 23 Illinois Administrative Code 226.730; however, this agency (ISBE) does not have the authority to alter federal reporting requirements. Therefore, for collection purposes we must report Early Childhood educational environment data in accordance with the federal requirements.

H246

| Code | Educational Environment (Ages 3-5): |
|------|-------------------------------------|

20    Early Childhood Program at least 80% of time:   Child receives all special
      education instructional and/or related services in a general education early
      childhood or kindergarten program for 80% or more of time.
      (Fund Codes A, E, J, K, L, P, and X)

21    Early Childhood Program 40%-79% of time:   child receives special education
      instructional and/or related services in the general education early childhood or
      kindergarten program for no more than 79% but no less than 40% of time.
      (Fund Codes A, E, J, K, L, P, and X)

22    Early Childhood Program less than 40% of time:   child receives special education
      instructional and/or related services in the general education early childhood or
      kindergarten program less than 40% of time.
      (Fund Codes A, E, J, K, L, P, and X)

23    Separate Class:   child receives all special education instructional and/or related
      services in a program with less than 50 percent non-disabled children.   (Do not
      include children who also attended a general education early childhood program.
      These children should be reported under Codes 20, 21 or 22.)
      (Fund Codes A, E, J, and X)

24    Separate School:   child receives all special education instructional and/or related
      services in a public or private day school designed specifically for children with
      disabilities.   (Do not include children who also attended a general education early
      childhood program.   These children should be reported under Codes 20, 21 or 22.)
      (Fund Codes A, E, J, X, and for Fund Codes B and F only with facility code
      number 001-399 or 600-699 or 950-999)

25    Residential facility:   child receives all special education instructional and/or
      related services in a publicly or privately operated residential school or residential
      medical facility on an inpatient basis.   (Do not include children who also attended
      a general education early childhood program.   These children should be reported
      under Codes 20, 21 or 22.)
      (Fund Codes H, and Fund Codes B and F only with facility code number 400-599
      or 700-949 as well as Fund Codes A and E that are placed in a hospital or
      Department of Human Services (DHS) facility, i.e. School for the Deaf)

26    Home:   child receives all special education instructional and/or related services in
      the principal residence of the child's family or caregivers (including babysitters),
      and who did not attend an early childhood program or a special education
      program provided in a separate class, separate school or residential facility.
      Include children who receive special education both at home and in a service
      provider location.
      (Fund Codes A, E, K, P, and X)

31

27          Service provider location: Child receives all special education instructional and/or related services from a service provider, and who did not attend an early childhood program or a special education program provided in a separate class, separate school, or residential facility. For example, speech instruction provided in: private clinicians' offices, clinicians' offices located in school buildings, hospital facilities on an outpatient basis, and libraries and other public locations. Do not include children who also received special education at home. Children who received special education both in a service provider location and at home should be reported in the home category.
(Fund Codes A, E, K, L, and X)

**Percent Time in General Education Early Childhood Programs**
This field is required for students ages 3 through 5 reported with the educational environment codes of **20, 21, or 22**. If this field is not completed you will receive a fatal error. When determining whether to report a child under Code 20, 21 or 22, you must calculate the percentage of time the child spends in a general education early childhood program. The numerator for this calculation is the amount of time per week the child spends in a general education early childhood program. In cases where the district knows the child is in day care but does not know the exact scheduled time, use normal elementary school day (bell-to-bell). The denominator for this calculation is the total number of hours the child spends in a regular early childhood program PLUS any time the child spent receiving special education and related services outside of a regular early childhood program. The result is multiplied by 100. For example,

- If the child attends a general education early childhood program 6 hours a week and receives special education and related services in a special education program for an additional 4 hours a week, report the child under Code 21, in the regular early childhood program 40% to 79% of time (6 divided by 10 =.60*100=60%). Include in the denominator any time spent receiving special education in the special education in the early childhood program. This is true even if the child receives little or no special education in the early childhood program.

- If the child attends a general education early childhood program 6 hours a week and receives 1 hour of special education and related services at home and an additional half hour of special education and related services at a service provider location, report the child under Code 20, in the regular early childhood program at least 80% of time (6 divided by 7.5=0.8*100=80%).

- If a child is pulled out of the general education early childhood program to receive special education, this is considered time *outside* the general education early childhood program. Include this time in the denominator but not the numerator of the calculation. For example, if a child attends a general education early childhood program for 6 hours a week, and is pulled out of that environment for 2 hours each week to receive speech instruction, report the child under Code 21, in the general education early childhood program 40% to 79% of time
(4 divided by 6=.67*100=67%).

32

**Educational Environment (Ages 6-21)**

Using the following table, enter the one code that best describes the student's educational placement in the least restrictive environment as identified on the IEP. **Please note that a student should always be reported in Educational Environment Code 01 (inside general education 80% or more) unless the student's needs identified in the IEP require services to be delivered in a more restrictive placement.** A general education classroom is one that is composed of students of whom at least 70 percent are without identified special education eligibility, that utilizes the general curriculum, that is taught by an instructor certified for general education, and that is not designated as a general remedial classroom. (23 Illinois Administrative Code 226.731)

Students who dually enrolled and are receiving special education and/or related services in the public school (Fund Code K), should be reported in the Educational Environment category that most closely reflects the percentage of time that the student receives special education and related services **inside** the general education classroom. For example, a student who is dually enrolled in a parochial school and the school district would be considered inside the general education classroom while at the parochial and public school. The only time that would be considered outside the general education classroom would be the amount of time each week the student is receiving special education services outside the general education parochial and public classroom.

| Code | Educational Environment (Ages 6-21) |
|------|-------------------------------------|
| 01   | A student that is **inside** the general education classroom for 80% or more of the school day. (This child received special education and related services outside the general education classroom for less than 21% of the school day.) This may include children with disabilities placed in: <br>• The general education classroom with special education/related services provided within general education classes; <br>• The general education classroom with special education/related services provided outside general education classes; or <br>• The general education classroom with special education/related services provided in resources rooms. <br>(Fund Codes A, D, E, J, K, and X). <br>You must also enter the % Time inside the general education classroom for ages 6-21 (See next section). |
| 02   | A student that is inside the general education classroom no more than 79% of the school day and no less than 40% of the school day. (This child received special education and related services outside the general education classroom for at least 21% but no more than 60 % of the school day.) This may include special education children in: <br>• Resource rooms with special education/related services provided within the resources room; or <br>• Resource rooms with part-time instruction in a general education class. <br>(Fund Codes A, D, E, J, K, and X) |

H249

You must also enter the % Time inside the general education classroom for ages 6-21 (See next section).

03        A student that is inside the general education classroom less than 40% of the school day. (This child received special education and related services outside the general education classroom for more than 60% of the school day.) This may include children with disabilities placed in:
- Self-contained special classrooms with part-time instruction in a general education class; or
- Self-contained special classrooms with full-time special education instruction on a school campus.

(Fund Codes A, D, E, J, K, and X)
You must also enter the percent time inside the general education classroom for ages 6-21 (See next section).

04        Full-time special education class in a separate public day school that does not house programs for students without disabilities. (Fund Codes A, D, E, J, K, and X)

05        Full-time special education class in a separate **public** day school that does not house programs for students without disabilities in conjunction with a student's placement in a residential facility. Residential and educational components can be separate facilities, but the educational component is always operated by the public school while the residential component may be operated by public or private entities. The student must be approved annually through the ISBE Form 34-37, _Application for Approval of Private Residential Placement Room and Board Reimbursement_ process since **the school district is paying room and board** for these students. (Fund Code J; private facility code numbers 400-599)

06        Philip J. Rock Center and School. (Fund Code H)

07        Students who are receiving special education services in a county or municipal detention center, state correctional facility or jail. (Fund Code A or E)

08        Private day school program or out-of-state public day school program. (Fund Codes B or F; private facility code numbers 001-399, 600-699 and 950-999)

09        Private residential facility, in-state. This student must also be approved annually through the ISBE Form 34-37, _Application for Approval of Private Residential Placement Room and Board Reimbursement_ process _if_ the school district is paying room and board. The school district may not pay room and board costs for students reported under Fund Code F. (Fund Codes B or F; private facility code numbers 400-599)

10        Private residential facility, out-of-state. This student must also be approved annually through the ISBE Form 34-37, _Application for Approval of Private Residential Placement Room and Board Reimbursement_ process _if_ the school

34

district is paying room and board. The school district may not pay room and board costs for students reported under Fund Code F. (Fund Codes B or F; private facility code numbers 700-949)

11    Homebound instructional program. Information regarding eligibility for these pupils can be found in 23 Illinois Administrative Code 226.300(d). (Fund Codes A, E, and K)

12    Hospital instructional program.. Information regarding eligibility for these pupils can be found in 23 Ill Administrative Code 226.300(d). (Fund Codes A, E, and K)

13    Illinois School for the Deaf -- to be used only by the Resident District when reporting students served in a Department of Human Services facility. Serving District must be the Department of Human Services.

14    Illinois School for the Visually Impaired -- to be used only by the Resident District when reporting students served in a Department of Human Services facility. Serving District must be the Department of Human Services.

15    Illinois Center for Rehabilitation and Education -- to be used only by the Resident District when reporting students served in a Department of Human Services facility. Serving District must be the Department of Human Services.

16    Department of Human Services operated facility -- to be used only by the Resident District when reporting students served in a Department of Human Services facility. Serving District must be the Department of Human Services.

28    Parentally Placed in Nonpublic Schools and Home-Schooled. Students who have been enrolled by their parents/guardian in a nonpublic (e.g., parochial) school for general education and are not enrolled in the public school district but are receiving special education and/or related services specified on an individualized services plan (ISP) and are provided by the public school district. Also include children whose parents chose to home-school for general education and are not enrolled in the public school district but are receiving special education and/or related services specified on an ISP and are provided by the public school district. (Children 6 – 21 for fund codes L and P only.)

## Percent Time Inside General Education Classroom: Ages 6-21

This field is required for students ages 6 through 21 reported with the educational environment codes of **01, 02 and 03.** If this field is not completed you will receive a fatal error. A general education classroom is one that is composed of students of whom at least 70 percent are without identified special education eligibility, that utilizes the general curriculum, that is taught by an instructor certified for general education, and that is not designated as a general remedial classroom. (23 Illinois Administrative Code 226.730).

35

To determine the percentage of time INSIDE the general education classroom, divide the time (in minutes or hours) that the student is INSIDE the general education classroom each week by the total time in the school week. Also please note that time spent outside the general education classroom receiving services unrelated to the student's disability (e.g. time receiving LEP services) should be considered time inside the general education classroom.

**EXAMPLE**

Johnny is in a school that has a bell to bell week with 1950 minutes.
He is *outside* the general education environment for 300 minutes per week.
Bell to Bell Minutes per Week – Minutes Outside General education Environment

**(1950 – 300 = 1650)**

Therefore, he is *inside* the general education environment for 1650 minutes per week.

(Minutes *inside general education environment* / Minutes *Bell to Bell week) * 100*

**(1650 / 1950 = .85) * 100 = 85%**

**85% Inside** the general education environment
**15% Outside** the general education environment

**Room and Board Payer**
This item is to be completed to identify which agency is paying room and board for all students reported under Fund Code B, F or J with private facility region-county-district-type codes with school code numbers indicating residential placement (private facility codes 400-599 and 700-949), Educational Environment Codes 09 or 10 for 6-21 year olds and Code 25 for 3-5 year olds.

| Code | Room and Board Payer |
|------|----------------------|
| A | School district* |
| B | Department of Human Services |
| C | Department of Public Aid |
| D | Governor's Youth Services Initiative |
| E | Department of Children and Family Services |
| F | Court |
| G | Other Third Party Payer |
| H | Other |
| I | None |

\*   Residential placements in which the school district is paying room and board require preapproval on ISBE Form 34-37, *Application for Approval of Private Residential Placement Room and Board Reimbursement*. If Code A is entered on FACTS, the ISBE Form 34-37 will be checked before the student is approved on FACTS. All data reported on FACTS must exactly match the data on ISBE Form 34-37 in order to obtain approval.

H252

## Section 14-7.03 Eligibility, Type of Residence

This item must be completed for all students with Fund Code D, E or F to identify the type of residence in which the student lives. Please note that, in order to be eligible for reimbursement under Section 14-7.03, the student's residence must be located in a district other than the district of residence of a parent or court-appointed individual guardian per the requirements of 23 Illinois Administrative Code 226.770(e).

| Code | Type of Residence |
|------|-------------------|
| A | Department of Human Services or Department of Children and Family Services--state-owned institution or facility |
| B | City or county jail |
| C | City or county detention center |
| D | Foster family home licensed by the Department of Children and Family Services |
| E | Group home operated by a public or private agency |
| F | Private facility |
| G | County-operated facility |

## Section 14-7.03 Eligibility, Placing Agent

This item must be completed for all students with Fund Code D, E or F to identify the agency or person that placed the student in the Type of Residence indicated.

| Code | Placing Agent |
|------|---------------|
| A | Department of Children and Family Services |
| B | Department of Human Services |
| C | Other state agency |
| G | Court or probation department |
| I | Department of Corrections |

## Section 14-7.03 Eligibility, Guardianship

This item must be completed for all students with Fund Code D, E or F to identify who has guardianship of the student.

| Code | Guardian |
|------|----------|
| A | Parent |
| B | Court-appointed individual guardian |
| C | Department of Children and Family Services |
| D | Office of State Guardian |
| E | Court or probation department |
| F | Student is 18 or older with no guardian appointed or is an emancipated minor |

37

H253

If Code E is used to indicate that the student is a ward of the court, a copy of the court order is required and may be submitted at the time the student is added to FACTS. If the court order indicates continued parent responsibility, the district of parent residence is responsible for tuition costs.

### Term
A term code is required for Fund Codes B, D, E, F, H, J and X. The term code is optional for Fund Codes A, K, L and P.

Enter R for regular school term only, S for summer school term only, or B for both regular and summer terms.

### Begin and End Dates
Using numerals, report month, day and year for begin and end dates for students in all fund codes. *NetCheck* clients should enter a four-digit year, two-digit month, and two-digit day (YYYYMMDD). *iPoint2008* clients should enter all dates normally.

A begin date must be entered for this current school year. For reporting purposes on FACTS, the school year is defined as beginning no earlier than August 1, and ending no later than July 31. Do not enter a begin date prior to August 1. A student listed on FACTS for all fund codes must be at least 3 and no more than 22 on that student's begin date.

### PLEASE NOTE:
For Fund Code U students only, the begin date will be the same as the initial eligibility determination date.

For Fund Code N students only, the begin date will be the same as the initial eligibility determination date only on the initial record because these students must be continued on the approval file for 3 years. The following two years, Fund Code N students will have a new begin date assigned when the file is carried over after completing the Start New Year process in *iPoint*.

### End Dates
An end date should only be entered to reflect the student's last day of enrollment in a school district, fund code, private facility or program.

Students who exit from special education or who change resident district, fund code, and/or private facility code during the school year, but who will be claimed for reimbursement for a part of the school year in the reported program, should not be deleted from FACTS. If the student's name is deleted, the student will not be eligible for state reimbursement or the federal counts. Instead, an end date should be entered for the student for that program; exit information should be entered.

H254

If a student has been discontinued from a district program and at a later date during the school year reenters the <u>same</u> district under the same fund code, reenter the data for the student as a new entry on FACTS using the new begin date. Also, reenter the student on FACTS if: 1) the student is to be claimed by a different district; 2) the student is in a different private facility; or 3) the student is to be listed with a different funding source.

**PLEASE NOTE**: End dates for **Fund Codes** N with Reason for Not Receiving Services code '01' and Fund Code U will automatically be inserted by *iPoint2008* at the end of the school year.

**<u>Reason for Exit</u>**

Enter the code listed below that most accurately describes the reason that an end date has been entered for the student. **Note: Codes 01, 02, 03, and 04 are intended for high school age students only. Elementary districts may not use these codes.**

<u>High School Only</u>

01    Graduated from high school with diploma.

02    Graduated from high school through certificate of completion/fulfillment of IEP requirements.

03    Reached maximum age for special education service, i.e., the student reached the age of 21 prior to the beginning of the current school year.

04    Dropped out (age 17 or older). This code includes students, who are not attending the schools of the district as expected, i.e., most districts have a policy of dropping a student from the roles after a certain number of days of nonattendance. This code should also be used for students ages 14 – 16 who are truant.

**Note:** Per SB 2918 (P.A. 93-858) the compulsory attendance age was raised from age 16 to 17.

<u>All Schools</u>

05    Deceased.

06    Moved out of district; known to be enrolled in another district. This code should be used only if the student is known to have moved out of the district and if records have been requested or the district is otherwise certain that the student is enrolled in another district.

07    Moved out of district; unknown if enrolled in another district. This code should be used **ONLY** if the student is known to have moved out of the district, but records have not been requested or the district is not certain if the student enrolled in another district. Every effort should be made to determine the status of a student before this exit code is used. **CAUTION:  The use of this exit code will be reported as a drop out on the federal report.**

H255

08   Moved from an elementary district to a high school district. This code is to be used for students who have either graduated from the elementary district or who have reached age 15 and become the responsibility of a high school district.

09   Returned to general education program full-time; no longer in need of special education services. (Not valid for Funds N & U)

10   Withdrawn by parent/guardian from public school program and placed independently. Placement by the parent/guardian may include options such as home schooling, military school, parochial or other private school, etc. (Not valid for Fund N)

11   Placed in a Department of Human Services school (See Educational Environment Codes 13, 14 or 15) or a Department of Corrections facility or a county-operated jail or detention center.

12   Refused service. This code should be used when special education services have been offered then subsequently refused by the parent or child. If the record you are ending is a Fund Code L or P, a new Fund N FACTS record should be created. (Not valid for Funds N & U)

13   Completed the requirements for a GED.

14   Ran away.

15   Attending alternative educational setting, e.g., a Regional Safe School Program. (Not valid for Fund N)

16   Attending interim alternative educational setting for a maximum of 45 days (23 Illinois Administrative Code 226.400(f)). (Not valid for Fund N)

17   Suspended for 10 or fewer days. (Not valid for Fund N)

18   Suspended for more than 10 days during the school year and services provided (23 Illinois Administrative Code 226.400(a)). (Not valid for Fund N)

19   Expelled; special education services provided in alternative setting (23 Illinois Administrative Code 226.400(k)). (Not valid for Fund N)

20   Changed spelling of name; changed fund code, private facility code, birth date, begin date or any item in the student data.

21   No funds available. Since the child is still eligible but no longer receiving services, a new Fund N FACTS record should be created (Only valid for Funds L and P).

22   Prevent Fund Code N with *Reason for Not Receiving Services* Code '01' and Fund Code U from being continued into next school year (Only valid for Fund Codes N and U).

H256

## STATE PERFORMANCE PLAN INDICATOR 8

The Illinois State Performance Plan Indicator 8 requires ISBE to conduct a survey of parents of students with disabilities. Annually, ISBE will be sending this survey to a randomized sample of parents of children with disabilities. While districts will not be required to conduct these parent surveys, the following fields are required components for student FACTS records:

- Resident Address
- Resident City
- Resident State
- Resident Zip Code

This address should be the address of the parent/guardian who makes the educational decisions on behalf of the student. These fields are not required for FACTS records using Fund Codes N or U.

41

## STATE PERFORMANCE PLAN INDICATOR 11

Indicator 11 measures the percent of children with initial parental consent to evaluate, who were evaluated and had initial eligibility determined within 60 days for this school year.

Collection of this data has been incorporated into *iPoint>2008* at the top of each student's FACTS record.

Indicator 11 data is required for all students. FACTS records without Indicator 11 data will result in errors.

For students who had initial eligibility determinations after August 1, 2006, the following information is required:

- Date initial parental consent for evaluation signed, i.e. the date that the parents sign the consent form.
- Date initial eligibility determination completed, i.e. the date of the eligibility determination meeting.

For students whose initial eligibility determination was prior to August 1, 2006, the Indicator 11 reporting requirement can be fulfilled by one of the following methods:

1. Providing the same information as those students who had initial eligibility determinations after August 1, 2006 (i.e. the date initial parental consent for evaluation signed and the date initial eligibility determination completed, as seen above).

OR

2. Indicating that the initial eligibility determination was prior to August 1, 2006. For *iPoint>2008* users, a check box is available at the top of each student's FACTS record to indicate that the initial eligibility determination occurred prior to August 1, 2006.

Please note:
*Previously OSEP asked for information concerning both evaluation and reevaluation timelines. Even though this has changed, ISBE is not asking districts to retroactively correct or delete any reevaluation dates that have been entered. However, only initial parental consent and eligibility determination dates should be reported in the future.*

42

H258

## STATE PERFORMANCE PLAN INDICATOR 13

Indicator 13 measures the percent of youth age 14 ½ and above with an IEP that includes coordinated, measurable annual IEP goals and transition services that will reasonably enable the student to meet the post-secondary goals. Indicator 13 information is not required for Fund Codes L, P, N and U and will not be transmitted to ISBE, but *iPoint2008* clients may still enter this data if they wish to track it locally.

The collection of this data has been incorporated into *iPoint2008* under the *Transition* tab. *iPoint2008* will produce warnings for all children who are 14 ½ or older with transition data that do not meet the requirements of Indicator 13.

In the memo concerning this data collection dated August 29, 2006, it was stated that in order for a student's IEP to meet the requirements of Indicator 13 the IEP needed to have a measurable post-secondary goal in each of the following areas: education, training, employment, and independent living (if applicable). Upon further clarification from the Office of Special Education Programs (OSEP), a student's IEP <u>may</u> meet the requirements of Indicator 13 if:

1. There is a measurable post-secondary goal stated for each of the following post-secondary goal areas:
   a. Employment (required)
   b. Education AND/OR Training (required)
   c. Independent Living (if applicable)
2. There is at least one IEP goal listed for each applicable post-secondary goal area.
3. There is at least one transition service listed for each post-secondary goal area.
4. There is evidence of coordination between the LEA and other post-secondary services for each post-secondary goal area.
5. There is evidence that age-appropriate transition assessments were used for each post-secondary goal area.
6. A course of study is indicated which is aligned to all of the student's post-secondary goals.

In order for an IEP to meet the requirements of *State Performance Plan Indicator 13* and to prevent a ***WARNING*** in the file being transmitted to ISBE, the following must be entered in the transition data for students (with reported FACTS records) ages 14 ½ or older:

1. All *Employment* questions are marked Yes

2. All *Education* and *Training* questions are marked Yes
   **OR** All *Education* questions are marked Yes and *Training* is N/A
   **OR** *Education* is N/A and all *Training* questions are marked Yes

3. *Independent Living* questions are marked Yes or N/A
4. *Course of Study* question is marked Yes
5. *Employment* has one or more transition service(s) selected
6. *Education* has one or more transition service(s) selected (unless N/A)
7. *Training* has one or more transition service(s) selected (unless N/A)
8. *Independent Living* has one or more transition service(s) selected (unless N/A)

H259

A **WARNING** will not prevent the file from being transmitted to ISBE. This simply is an alert to the client that the IEP is not in compliance with *State Performance Plan Indicator 13* and that the IEP should be revised to be in compliance.

---

Note:   In the following context 'complete' means that Yes, No, or N/A must be marked for "Is a measurable post-secondary goal stated for this area?" for each post-secondary goal area.
- *If Yes is marked for this question, each of the remaining questions for this post-secondary goal area must be answered Yes or No.*
- *If No or N/A is marked for this question, each of the remaining questions for this post-secondary goal should be blank.*

To prevent an **ERROR** for *State Performance Plan Indicator 13* in the file being transmitted to ISBE, the following must be entered in the transition data for students (with reported FACTS records) ages 14 ½ or older:

9. *Employment* is complete
10. *Education* is complete
11. *Training* is complete
12. *Independent Living* is complete
13. *Course of Study* question is complete
14. *Employment* has one or more transition service(s) selected (unless N)
15. *Education* has one or more transition service(s) selected (unless N or N/A)
16. *Training* has one or more transition service(s) selected (unless N or N/A)
17. *Independent Living* has one or more transition service(s) selected (unless N or N/A)

An **ERROR** will prevent the file from being transmitted to ISBE. Clients must complete steps 9 – 17 in order for the **ERROR** to be removed and to allow a successful file transmission to ISBE.

H260

## Transition Services Needed Upon High School Completion

This item should be completed whenever a student reaches age 14½. Based upon the documented needs of the student, <u>enter up to three</u> of the codes listed below for each post-secondary goal area.

01  **Vocational Assessment** for determining vocational rehabilitation needs by qualified personnel, including, if appropriate, an assessment by personnel skilled in rehabilitation technology.

02  **Counseling and guidance** including, but not necessarily limited to, vocational, rehabilitation, social work, and psychological counseling and referrals necessary to help individuals with disabilities secure needed services from other agencies and to assist individuals in exercising informed choice.

03  **Vocational and other training services** including personal and vocational adjustment training, books, tools, and other training materials.

04  **Transportation**, including necessary travel and related expenses including, subsistence during travel (or per diem payments in lieu of subsistence) in connection with transporting individuals with disabilities and their attendants or escorts for the purpose of employment, post-secondary education and or training, daily living needs, community recreation, and deriving the full benefit of other services being provided.

05  **Services to family members** when necessary to the rehabilitation of that individual, including, but not limited to, respite care, parent training and information, child care for the children of the individual with a disability, legal advice.

06  **Deaf/hard of hearing services** including interpreter services, closed captioning and note-taking services for individuals who are deaf or hard of hearing, including tactile interpreting for individuals who are deaf-blind.

07  **Blind/visual impairment services** including but not limited to, reader services, rehabilitation teaching services, note-taking services and orientation and mobility.

08  **Assistive technology** including telecommunication, sensory and other technological aids and devices.

09  **Job-related services**, including job search and placement assistance, job retention services, follow-up services, and follow-along services.

10  **Low intensity competitive employ support:** Intermittent and/or time limited job coaching support in full-time or part-time paid community employment.

11  **High intensity competitive employ support:** Daily and/or long term job coaching support in full-time or part-time community employment.

H261

12    **Adult independent living support** provided in the person's home, including but not limited to, services that will assist persons with disabilities to perform daily living activities, home maker services, health care management, self advocacy training and assistance managing finances.

13    **Adult 24 hour residential care** including those services necessary to maintain individuals in residential facilities.

14    **Day Training** a program of day habilitation that focuses on the development of and enhancement of daily adaptive living skills and economic self-sufficiency. Typical activities should be functional and performed at the natural time and in the natural environment, properly sequenced, and be developmentally and age appropriate. Such activities include fine and gross motor development, attention span development, safety, problem solving, grooming, dressing skills, toileting, eating, communications, reduction of maladaptive behavior and promotion of adaptive behavior, quantitative skills, and capacity for independent living. Developmental training also enhances an individual's ability to engage in productive work activities through a focus on professional development, which includes such habilitative goals as cooperation, attendance, productive capacity, and task completion.

15    **Sheltered Employment** provides long-term employment in a sheltered environment for individuals whose functional levels require supervision but are not precluded from future movement into a Supported Employment position or a competitive employment position. Sheltered Employment provides general work supervision, including direction and on-the-job training in such areas as work expectations, workplace behavior, compliance to workplace safety standards, and production and task completion. This program provides the opportunity to participate in productive work and to be compensated for that work in accordance with the Fair Labor Act of 1938 (29 U.S.C. 208).

16    **Military Enlistment**

17    **Case management**, person centered planning, provision of linkages to needed supports and services, assistance in learning and exercising self-advocacy.

18    **Recreational services** including but not limited to, socialization with peers, YMCA sponsored activities, and park district activities

19    **Post-secondary education/training supports** such as appropriate disability documentation, DRS status, the student's identified need for: ADL support personnel, accessible transportation, interpreter services, CART or captioning services, readers/scribes, assistive technology, conversion of textual/graphical information to accessible alternative format, social and/or recreational programming supports, a service animal, a manual wheelchair, a motorized wheelchair, priority registration/preferential course scheduling, reduced course load/extended graduation schedule, testing under non-standardized conditions, course substitutions, specific environmental access requirements, AT/IT assessment and/or training, disability management counseling/training, ongoing personal counseling related to the student's disability, improved self-advocacy skills, and improved interpersonal communication skills and strategies.

H262

20    **Health and Related Services** of a type or amount beyond that required by young adults generally including an increased frequency of medical appointments, needed supports for medication administration, reminders to take medications, obtaining prescriptions, arranging medical appointments administering daily/weekly/monthly medical treatments (e.g. urinary cauterization, tracheotomy care and suctioning, gastrostomy feedings, respiratory treatments, dialysis, blood transfusions and physical therapy), ventilator support, health care skilled nursing, and health emergency plan.

21    **Monetary support for living expenses** such as food, shelter, health care and other subsistence expenses necessary to derive the full benefit of other services. May include income maintenance programs and public assistance.

22    **Other** Any other adult or community services that might be needed upon exiting high school.

23    **Accessible Environment** Reassignment of classrooms, meetings and/or other college/university sponsored events scheduled to occur in inaccessible spaces.

24    **Information Technology Assessment and Training** necessary to ensure proficiency in the use of web-based information technologies.

25    **College/University On-campus Aides** to assist students with activities of daily living and/or to facilitate safe, efficient campus travel. Examples of the latter on campus aide need would include a student with severe Asperger's Syndrome who may require an attendant to facilitate safe pedestrian travel around campus; or a student with a cervical spinal injury who may require restroom assistance throughout the day; or a student on a ventilator who requires an attendant to ensure that assistance is immediately available in the event of an emergency.

26    **Competitive Employment without Support** Paid employment at a job in the regular business community without any support

H263

**Indicator 13 Transition Services**

The following chart denotes what transition services are appropriate for each post-secondary goal area.

| Transition Service | Employment | Education | Training | Independent Living |
|---|:---:|:---:|:---:|:---:|
| 01 - Vocational Assessment | X | | X | |
| 02 - Counseling and Guidance | X | X | X | X |
| 03 - Vocational and Other Training Services | X | X | X | |
| 04 - Transportation | X | X | X | X |
| 05 - Services to Family Members | X | X | X | X |
| 06 - Deaf/Hard of Hearing Services | X | X | X | X |
| 07 - Blind/Visual Impairment Services | X | X | X | X |
| 08 - Assistive Technology | X | X | X | X |
| 09 - Job-related Services | X | | | |
| 10 - Low Intensity Competitive Employ Support | X | | | |
| 11 - High Intensity Competitive Employ Support | X | | | |
| 12 - Adult Independent Living Support | | | | X |
| 13 - Adult 24 Hour Residential Care | | | | X |
| 14 - Day Training | X | | X | X |
| 15 - Sheltered Employment | X | | | |
| 16 - Military Enlistment | X | X | X | |
| 17 - Case Management | X | X | X | X |
| 18 - Recreational Services | | | | X |
| 19 - Post-secondary Education/Training Supports | | X | X | X |
| 20 - Health and Related Services | X | X | X | X |
| 21 - Monetary Support for Living Expenses | X | X | X | X |
| 22 - Other | X | X | X | X |
| 23 - Accessible Environment | | X | X | |
| 24 - Information Technology Assessment & Training | X | X | X | |
| 25 - College/University On-campus Aides | | X | | X |
| 26 - Competitive Employment without Support | X | | X | |

H264

## Non-public Proportionate Share Calculation

All public school districts are required to utilize a portion of its Federal IDEA Part B special education funds in order to provide students with disabilities who attend private schools, including home schools, in the district the opportunity to equitably participate in special education and services offered by the district. All non-public students who may be eligible for services must be evaluated by the public district where the non-public school is located. If services are provided via an Individualized Services Plan (ISP), the student must be reported utilizing Fund Code L – Non-public-Not Enrolled or Fund Code P – Home School-Not Enrolled.

Non-public students who are evaluated and determined eligible but are not receiving services will be identified with a new Fund Code N - Non-Public School Students NOT Receiving Services. These three Fund Codes (L, N & P) are critical variables to calculating the non-public proportionate share for each district. Finally, the total special education child count taken on December 3 each year for each district **plus** all the aforementioned Fund Codes identified with the Serving District is the final variable to percent calculation for each district.

Separate non-public proportionate amounts will be calculated for IDEA Part B Flow Through (ages 3-21) as well as for IDEA Preschool (ages 3-5). An example of the non-public proportionate share calculation for IDEA Part B Flow Through is provided below.

### IDEA Part B Flow Through Example – District 1:
Final IDEA Part B Flow Through Amount = $100,000

Serving District Information
Total number of Fund Code L students being served and reported as of December 1 = **10**
+
Total number of Fund Code P students being served and reported as of December 1 = **5**
+
Total number of Fund Code N students with *Reason for Not Receiving Services* codes 02-04 with an eligibility date indicated on or before December 1 = **5**

$$(10 + 5 + 5 = 20)$$

Total number of special education students on FACTS as of December 1 = **95**
+
Total number of Fund Code N students with *Reason for Not Receiving Services* codes 02-04 with an eligibility date indicated on or before December 1 = **5**

$$(95 + 5 = 100)$$

Percent Calculation:  20/100 = 20%

Non-Public Proportionate Share Amount:  20% X $100,000 = $20,000

**NOTE:** If zero is calculated as a non-public proportionate share amount, districts are not obligated to provide services to Fund Code L, N, and P students. Proportionate share allocations may not be used to evaluate and/or determine eligibility.

H265

# Student FACTS Combined Approval/Claim  2007-08

*Effective September 2007 for ʼPoint>2008 and NetCheck*

| Positions | Description | Size | Comments |
|---|---|---|---|
| 1-9 | **ISBE Student ID Code** | 9 | **LLFMMDDYY** |
| 10-11 | *ISBE Accession Code* | 2 | *ISBE use only – fill with spaces* |
| 12-20 | SIS Id | 9 | **Enter the 9-digit SIS Id**<br>*Optional for this school year* |
| 21-50 | **Student's Residential Address Line 1** | 30 | |
| 51-80 | **Student's Residential Address Line 2** | 30 | **Optional** |
| 81-110 | **Student's Residential City** | 30 | |
| 111-112 | **Student's Residential State** | 2 | |
| 113-117 | **Student's Residential Zip Code** | 5 | |
| 118-128 | **Resident District  (Region County District Type)** | 11 | **Must be a Public School District** |
| 129-132 | **Resident School Number** | 4 | **Must be a Public School located within the Resident District – enter the 4-digit Public School Number** |
| 133-143 | **Serving District**<br>**(Region County District Type)** | 11 | **RCDT of District providing services – refer to ISBE instructions, varies based on Fund Code** |
| 144-158 | **Serving School**<br>**(Region County District Type School)** | 15 | **RCDTS of School providing services – refer to ISBE instructions, varies based on Fund Code** |
| 159-198 | **Unlisted Serving Location** | 40 | **Optional - if the Serving School is an Unlisted Serving Location, enter the Serving Location** |
| 199-209 | **PPNP Proportionate Share Set aside District**<br>**(Region County District Type)** | 11 | **Only applicable for Funds L, P, N when a non-category 2 entity is listed as the serving district** |
| 210 | **Fund Code** | 1 | |
| 211-213 | **Private Facility** | 3 | **Use 000 if unknown** |
| 214-221 | **Beginning Date (YYYYMMDD)** | 8 | |
| 222-229 | **Ending Date      (YYYYMMDD)** | 8 | **Use 00000000 if unknown** |
| 230-244 | **Student Last Name** | 15 | |
| 245-256 | **Student First Name** | 12 | |
| 257-268 | **Student Middle Name** | 12 | |
| 269 | Student does NOT have a legal middle name | 1 | Y=Yes, N=No |
| 270 | **Gender** | 1 | |
| 271-272 | **Ethnic Code** | 2 | **SIS Codes (01-05)** |
| 273-274 | **Disability** | 2 | **Max of 2 can be listed** |
| 275 | **Limited English Proficient (LEP)** | 1 | **"Y" if true; "N" if false or not applicable** |
| 276-278 | **Language** | 3 | **SIS Codes (000-165) – 000=English** |
| 279 | **Severity of Disability** | 1 | **Only for Bilingual Students** |
| 280 | **Achievement** | 1 | **Only for Bilingual Students** |
| 281-296 | **Related and Other Services** | 16 | |
| 297-298 | **Educational Environment** | 2 | |

H266

# Student FACTS Combined Approval/Claim  2007-08

## (continued)

### Effective September 2007 for iPoint>2008 and NetCheck

| Positions | Description | Size | Comments |
|---|---|---|---|
| 299-301 | **Percent Time Inside General education classroom** | 3 | **Left fill with 0** |
| 302 | **Room And Board Payer** | 1 | |
| 303 | **03 Eligibility Type** | 1 | |
| 304 | **03 Eligibility Placing Agent** | 1 | |
| 305 | **03 Eligibility Guardianship** | 1 | |
| 306 | **Term** | 1 | |
| 307-308 | **Reason For Exit** | 2 | |
| 309-313 | *Distribution Code* | 5 | *ISBE use only – fill with spaces* |
| 314-315 | *Age As Of December 3* | 2 | *ISBE use only – fill with spaces* |
| 316 | *Approval Code* | 1 | *ISBE use only – fill with spaces* |
| 317-322 | **Record Id** | 6 | **NetCheck users – fill with spaces** |
| 323-328 | **Site Id** | 6 | **Obtain from Harrisburg Project** |
| 329-336 | **Birth Date** | 8 | **YYYYMMDD** |
| 337-338 | **Grade Level** | 2 | **SIS Codes - 01, 02, 03 … 11, 12 13 – P1: EC & Pre-K year 1 14 – P2: Pre-K years 2 & 3 15 – KG: Kindergarten** |
| 339-346 | **Local District Id** | 8 | |
| 347-354 | **Indicator 11 – Date of Initial Parental Consent to Evaluate** | 8 | |
| 355-362 | **Indicator 11 – Date of Initial Eligibility Determination** | 8 | |
| 363 | **Indicator 11 - Initial Eligibility Determination was prior to August 1, 2006** | 1 | **Y=Yes, N=No** |
| 364-365 | **Reason for not being served – used with Indicator 11 to get students determined ineligible/eligible who are not receiving services** | 2 | **Only for Fund Codes N & U.** |
| 366-383 | **Indicator 13 – Post-secondary Goals Checklist Positional field (Y=Yes, N=No, A=Not Applicable) Position 1 = Employment Q1 Position 2 = Employment Q2 Position 3 = Employment Q3 Position 4 = Employment Q4 Position 5 = Education Q1 Position 6 = Education Q2 Position 7 = Education Q3 Position 8 = Education Q4 Position 9 = Training Q1 Position 10 = Training Q2 Position 11 = Training Q3 Position 12 = Training Q4 Position 13 = Independent Living Q1 Position 14 = Independent Living Q2 Position 15 = Independent Living Q3 Position 16 = Independent Living Q4 Position 17 = Course of Study Position 18= Does IEP meet Indicator 13?** | 18 | **For Age 14 ½ and older** |

H267

# Student FACTS Combined Approval/Claim  2007-08
## (continued)
### Effective September 2007 for iPoint>2008 and NetCheck

| Positions | Description | Size | Comments |
|---|---|---|---|
| 384-389 | **Employment Transition Services** | 6 | **For Age 14 ½ and older** |
| 390-395 | **Education Transition Services** | 6 | **For Age 14 ½ and older** |
| 396-401 | **Training Transition Services** | 6 | **For Age 14 ½ and older** |
| 402-407 | **Independent Living Transition Services** | 6 | **For Age 14 ½ and older** |
| 408-410 | **Regular Days Enrolled** | 3 | *Required for Claim Only* Left pad with 0 |
| 411-413 | **Summer Days Enrolled** | 3 | *Required for Claim Only* Left pad with 0 |
| 414-416 | *Filler – Total Days Enrolled* | 3 | *Required for Claim Only* ISBE use only – fill with 000 |
| 417-419 | **Regular Days In Session** | 3 | *Required for Claim Only* Left pad with 0 |
| 420-422 | **Summer Days In Session** | 3 | *Required for Claim Only* Left pad with 0 |
| 423-425 | *Filler – Total Days in Session* | 3 | *Required for Claim Only* ISBE use only – fill with 000 |
| 426-429 | *Filler – ADE* | 4 | *Required for Claim Only* ISBE use only – fill with 0000 |
| 430-435 | **1.0 ADE Education Cost** | 6 | *Required for Claim Only* Enter whole dollars - Left pad with 0 |
| 436-437 | *Filler – Decimal for 1.0 ADE Education Cost* | 2 | *Required for Claim Only* ISBE use only – fill with 00 |
| 438-443 | **Education Cost This Pupil** | 6 | *Required for Claim Only* Enter whole dollars - Left pad with 0 |
| 444-445 | *Filler – Decimal for Education Cost This Pupil* | 2 | *Required for Claim Only* ISBE use only – fill with 00 |
| 446-451 | **Transportation Cost This Pupil** | 6 | *Required for Claim Only* Enter whole dollars - Left pad with 0 |
| 452-453 | *Filler – Decimal for Transportation Cost This Pupil* | 2 | *Required for Claim Only* ISBE use only – fill with 00 |
| 454-456 | **Percent Special Ed.** | 3 | *Required for Claim Only* Left fill with 0 |
| 457-459 | **Percent FTE** | 3 | *Required for Claim Only* Left fill with 0 |

H268