

LOGIN    Schools    Departments    District Groups    Help    Home

# Inclusion presentation

13 March, 2007                                                             By: Mindy McGuffin

Inclusion presentation.ppt

1231 Weiland Road  Buffalo Grove, IL 60089  847-353-5650



EXHIBIT B

H289

# Welcome!

Megan Clarke
Director of Student Services

Mindy McGuffin
Coordinator of Student Services

# Objectives....

- Who we are and what we do and how to contact us
- Develop an awareness that there is a CAS process
- Share our philosophy with you

H291



The culture of our schools now is consumed with who shouldn't be there, rather than making sure everyone stays.

— D. Rostetter

H292



All students work toward the same educational outcomes; what differs is the level at which these outcomes are achieved and the degree of emphasis placed on them.

Judy Scrag and Jane Burnette

H293



Excellence is excellence. Education practices that help students with disabilities learn, help all students learn.

Judith E. Heumann
Assist. U.S. Sec. Of Ed.