# The Hyde Park Day School

# Individual Learning Plan

# Progress Report

# For

# Sarah D████

# January 2008

## General School Goals

- To create an educational setting where children develop a positive attitude towards school and an enthusiasm for learning;

- To create a safe environment that fosters success, embraces diversity, and leads to students developing an understanding of their individual strengths and learning disabilities;

- To provide intensive one-to-one assistance using state-of-the-art remedial materials and methodology that address the student's specific learning difficulties;

- To engage artists, regular education teachers, and computer specialists to enhance the curricula and to co-teach with the LD specialists; and

- To develop innovative techniques for modifying regular education curricula that will prepare the student for a successful transition (when appropriate) to public or private schools in their home community.



EXHIBIT
D

Sarah D̶
Structured Reading
2007-2008

**Structured Reading**

Structured Reading is the integration of both the Wilson Reading System and the LiPS Program to teach reading and spelling. Both programs are multisensory in their approach to instruction. The WRS is a 12 step cumulative program students proceed through in a specific sequence. In steps 1-6, students learn to separate and blend sounds by finger tapping each sound, syllable types (closed, vowel-consonant-e, open, consonant-le) and how to read and spell multisyllabic words. Steps 7-12 include teaching the final syllable types (r-controlled, double vowel) and more complex rules of the language, such as sound options, spelling rules and morphological principles. The LiPS program was developed by a speech language pathologist and differs in that its focus is on sensory feedback. Students learn the oral-motor placement of sounds and how to feel them in their mouths. This skill will help students to read, spell and self-correct errors.

F=Fall, W=Winter, S=Spring

## The Wilson Reading System

| Goal: | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| **STEP 1** | | | | | |
| To identify the letters and sounds of consonants (i.e. f, l, m, n, r, s, d, g, p, t, b, h, j, c, k, v, w, x, y, and z). | | | | | FW |
| To identify the letters and sounds of short vowels. | | | | | FW |
| To define digraphs as two consonants put together and make one sound (i.e. sh, ck, ch, th, qu, and wh). | | | | F | W |
| To decode and encode one syllable words (i.e. cat). | | | | | FW |
| To decode and encode one-syllable words that include a short vowel followed by the double consonants *ss, ll, ff, zz*. | | | | F | W |
| To decode and encode one syllable words with the welded sounds –*am* and –*an*. | | | | | FW |
| To decode and encode an un changing baseword and the suffix ending –*s*. | | | | | FW |
| **STEP 2** | | | | | |
| To decode and encode one syllable words with the welded sounds, -*ang*, -*ing*, -*ong*, -*ung*, -*ank*, -*ink*, -*onk*, and -*unk*. | | F | | | W |
| To define a syllable. A syllable is when one breath is pushed out. | F | | | | W |
| To define a closed syllable as a syllable having a short vowel followed by one or more consonants. | F | | | | W |
| To define a blend as two to three consonants put together and make separate sounds (i.e. *shred* lu*nch*, and *slip*). | | | F | W | |
| To decode and encode up to four sounds in a closed syllable. | | | F | | W |
| To identify the welded sounds, –*ild*, -*old*, -*olt*, -*ind*, and –*ost* as exceptions to the closed syllable. | F | | | | W |
| To decode and encode up to five sounds in a closed syllable. | F | | | W | |
| To decode and encode up to six sounds in a closed syllable. | F | | | W | |
| **STEP 3** | | | | | |
| To decode and encode two closed syllables with up to three sounds in multisyllabic words. | FW | | | | |
| To decode and encode the schwa sound. | FW | | | | |
| To decode and encode two closed syllables with more than three sounds in multisyllabic words. | FW | | | | |
| To decode and encode words with the –*ct* blend. | FW | | | | |
| To decode and encode three or four syllables in multisyllabic words. | FW | | | | |

Kelli Corkle

| | | | | |
|---|---|---|---|---|
| To identify basewords and suffix endings. | FW | | | |
| To decode and encode basewords plus suffix endings –*ing* and –*ed*. The basewords do not change. | FW | | | |
| **STEP 4** | | | | |
| To identify the letters and sounds of long vowels. | FW | | | |
| To decode and encode long vowel-consonant-magic "*e*" syllable (VCE) | FW | | | |
| To identify the two long vowel sounds for /*u*/ (i.e. m*u*le vs. r*u*le). | FW | | | |
| To identify the /*z*/ sounds for the consonant *s* when it is between to vowels (i.e. wi*s*e). | FW | | | |
| To decode and encode two syllables or multisyllabic words that include closed syllables with vowel-consonant-magic "*e*" syllable | FW | | | |
| To learn the exception to the vowel-consonant-magic "*e*" syllable that involves the consonant *v*. The initial vowel in a vowel-consonant-magic "*e*" syllable does not necessarily have to be a long vowel (i.e. give, olive, or have). | FW | | | |
| **STEP 5** | | | | |
| To define open syllables as syllables ending with a vowel that says its name. | FW | | | |
| To identify the two sounds when the vowel *y* is in an open syllable. The vowel *y* can make the long *i* sound and the long *e* sound. | FW | | | |
| To decode and encode two syllable words that has a combination of an open syllable with a closed syllable and a vowel-consonant-magic "*e*" syllable. | FW | | | |
| To decode and encode words ending with the vowel *y*. The vowel *y* says the long *e* at the end of multisyllabic words (i.e. bab*y*, tr*y*, and pantr*y*). | FW | | | |
| To decode and encode multisyllabic words that have a combination of a open syllable with a vowel-consonant-magic "*e*" syllable and an open syllable. | FW | | | |
| **STEP 6** | | | | |
| To identify the suffix endings: -*ing*, -*ed*, -*er*, -*est*, -*en*, -*able*, -*ish*, -*y*, -*ive*, -*ly*, -*ty*, -*less*, -*ness*, -*ment*, and –*ful*. | FW | | | |
| To decode and encode unchanging basewords plus a suffix ending. | FW | | | |
| To identify two sounds for the suffix –*ed*, /t/ and /d/. | FW | | | |
| To decode and encode unchanging basewords plus two suffix endings. | FW | | | |
| To decode and encode words with consonant –*le* syllable. (CLE) | FW | | | |
| To identify the exception to the consonant –*le* syllable. The consonant –*le* exception is –*stle*; the *t* and *e* are silent. | FW | | | |
| **STEP 7** | | | | |
| To decode and encode *c* as the sound /*s*/ when followed after *e*, *i*, and *y* (i.e. circle). | FW | | | |
| To decode and encode *g* as the sound /*j*/ when followed after *e*, *i*, and *y* (i.e. gem). | FW | | | |
| To decode and encode words with vowel-consonant-*g* or *c*, followed by a silent *e*. | FW | | | |
| To decode and encode words with the ending –*dge*. | FW | | | |
| To decode the sound of the trigraph –*tch* as /ch/. | FW | | | |
| To encode the sound of /ch/ as –*tch* when appropriate. | FW | | | |

| | | | | | |
|---|---|---|---|---|---|
| To decode the sound of the digraph –*ph* as /f/. | FW | | | | |
| To encode the sound of /f/ as –*ph* when appropriate. | FW | | | | |
| To decode the sounds of –*tion* as /shun/ and –*sion* as /shun/ and /zhun/. | FW | | | | |
| To encode words with the endings –*tion* and –*sion*. | FW | | | | |
| To decode contractions. | FW | | | | |
| To formulate and encode contractions. | FW | | | | |
| **STEP 8** | | | | | |
| To learn the r-controlled syllables as –*ar*, –*or*, –*er*, –*ir*, and –*ur*. The r-controlled syllables are also known as the "Bossy Rs." | FW | | | | |
| To identify the r-controlled syllables and their keywords. | FW | | | | |
| To decode and encode words with r-controlled syllables. | FW | | | | |
| To decode and encode r-controlled syllables (–*ar* and –*or*) with different syllables to form multisyllabic words. | FW | | | | |
| To identify the appropriate r-controlled syllable (–*er*, –*ir*, –*ur*) when decoding and encoding multisyllabic words. | FW | | | | |
| To learn the exception to the r-controlled syllable, –*rr* (i.e. ca*rr*y). | FW | | | | |
| To decode and encode words with –*rr*. | FW | | | | |
| To decode and encode words with the r-controlled syllables, –*ar* and –*or*, at the end of multisyllabic words. | FW | | | | |
| To decode and encode words with the ending –*ard* and the suffix ending –*ward* (i.e. wiz*ard* and back*ward*). | FW | | | | |
| **STEP 9** | | | | | |
| To learn the keyword and the sounds for the double-vowel syllables: *ai, ay, ee, ey, oa, oe, ue, oi, oy, au, aw, ou, ow, oo, ea, eu, ew,* and *ui*. | FW | | | | |
| To decode and encode words with the double-vowel syllable *ai* and *ay* (i.e. pl*ay* and dr*ai*n). | FW | | | | |
| To decode and encode words with the double-vowel syllable *ee* and *ey* (i.e. j*ee*p and vall*ey*). | FW | | | | |
| To decode and encode words with the double-vowel syllable *oa, oe,* and *ue* (i.e. b*oa*t, t*oe*, and resc*ue*). | FW | | | | |
| To decode and encode words with the double-vowel syllable *oi, oy, au,* and *aw* (i.e. b*oi*l, b*oy*, *au*tumn, and *aw*esome). | FW | | | | |
| To decode and encode words with the double-vowel syllable *ow, ou,* and *oo* (i.e. sn*ow*, tr*ou*t, and sch*oo*l). | FW | | | | |
| To decode and encode words with the double-vowel syllable *ea* (i.e. *ea*t, br*ea*d, and st*ea*k). | FW | | | | |
| To decode and encode words with the double-vowel syllable *ew* (i.e. f*ew* and gr*ew*). | FW | | | | |
| To decode and encode words with the double-vowel syllable *eu* and *ui* (i.e. *Eu*rope and s*ui*t). | FW | | | | |

**Comments**

**December:** Sarah has been working on concepts in Wilson Book 1 and 2. She is able to decode words with al l consonants, short vowels, and the digraphs *ch, sh, th, wh,* and *ck.* When reading words in isolation or in lists, she still reads words letter by letter before synthesizing them into a whole word, although she seems to benefit from highlighting important patterns before reading. Sarah has been doing a great job with her spelling when writing words that follow rules she has mastered; however, she does struggle to hear all the sounds in words when spelling from dictation. She benefits from having the sounds stretched out and sometimes presented in comparison to help her spell correctly.

| **Goal:** Apply auditory analysis skills (e.g. phonological awareness skills) to identify sounds in words. | **Student Progress** | **Not Addressed** | **Beginning Skill** | **Needs Continued Practice** | **60-80% Mastery** | **80-100% Mastery** |
|---|---|---|---|---|---|---|

Kelli Corkle

Sarah D~~~~~
Structured Reading
2007-2008

| | | | | | | |
|---|---|---|---|---|---|---|
| Winter: | | | X | | |
| Spring: | | | | | |

**Comments**
**December:** Sarah has improved her ability to break apart and identify individual sounds in words. However, this is not an automatic process for her, and she still often needs a reminder to "Look at my face" or "Say the word" to ensure that she is getting enough information about the word to break it apart. This difficulty with hearing words is most likely making it more difficult for Sarah to read and spell one-syllable words with blends. We will continue to work on this auditory skill in isolation from reading and spelling.

| Goal: Apply word analysis skills (e.g. phonics, rules, word patterns) to identify new words. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah works very hard to sound out unfamiliar words. However, this is still a very difficult task for her. It seems that in addition to having trouble hearing sounds in the words, she also has difficulty seeing all the letters in a word and keeping them in the right order to say the word correctly. Fortunately, Sarah is willing to persist and practice such difficult words. She is making slow but steady progress with one-syllable words with blends and we will continue to work on this skill throughout the year.

| Goal: To increase the ability to decode Red Words. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has worked hard to learn her Red Words. She has recently begun reviewing flashcards with these words each night, and this task will hopefully help her to identify these words more automatically. At the beginning of the year, she was able to read the first two lists of Red Words with 84% and 41% accuracy respectively. Now she has improved to 95% and 55%. We will continue to work on and review these words throughout the year.

| Goal: Independently select and read ability/age/grade-level appropriate material with fluency and accuracy. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has clearly grown as a reader; however, she is not yet reading near her grade level. Recently she willingly has been taking her turn to read during language arts and will read aloud with prompting when she gets stuck. Sarah should be encouraged to start to try reading easy chapter books such as the *Magic Treehouse* or *Nate the Great* series in a turn-taking manner. She will need frequent prompting, but she will also begin to be exposed to a wider reading vocabulary that is closer to her grade level.

## Overall structured reading comments

### September

Sarah has begun work in Wilson Book 1. She seems to benefit from our daily review of the sound cards. She has some letters and sounds were still not automatic such as *ck* and *ch*. We have also been working on listening to differentiate individual sounds in words to aid reading and spelling. Sarah has struggled to hear all sounds in words containing blends such as **spin** or **blot**. Sarah also has difficulty reading and spelling non-phonetic sight words (Red Words) that do not follow rules taught through the Wilson System. She has started regular practice of these words as homework. When class work is at an appropriate level, Sarah has been able to complete it independently and correctly. We will continue on in Wilson Book 1 in the coming weeks and continue to expand Sarah's reading and spelling of Red Words. I look forward to seeing her progress this year.

### December

Sarah has completed Wilson Book 1 and will finish Book 2 shortly. She has made good progress in learning her sounds and benefits greatly from daily practice and review. Sarah continues to work on differentiating

Kelli Corkle

sounds in words that she hears and this is not yet an automatic skill for her; however, she is usually able to be successful when cued to look at the speaker and repeat the word slowly. She has greater success identifying sounds when the blend has two letters (*clip*) than three letters (*splat*). She has had to work very hard to read one-syllable words containing blends (*slant, thrill*) or exceptions to rules she has mastered (*mild, fold,*), and she seems to benefit from highlighting blends in words before reading so that it is easier for her to see the patterns. Notably, she is also more than willing to repeatedly practice words until she feels she has learned to read them smoothly. Sarah has also worked hard to master her Red Words. She clearly benefits from ongoing review of these words and is reading them more efficiently than at the beginning of the year. Sarah continues to be an industrious, independent worker during structured reading class. We will continue on in Wilson Book 2 in the coming days and begin Book 3 thereafter. Sarah should be very proud of her accomplishments thus far!

Kelli Corkle

## Reading Comprehension

Students will continue to reinforce the phonetic rules they have learned through structured reading when they decode books that are of high interest. They will strengthen their reading comprehension skills and fluency when reading. Students will be exposed to various types of literature when listening to a book that is orally being read or when reading independently.

| Goal: Learn to apply word analysis (decoding) and vocabulary skills to comprehend reading materials:<br>• Apply word analysis skills (e.g. phonics, rules, word patterns) to identify new words.<br>• Use context clues and prior knowledge to comprehend unfamiliar words. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has been applying her decoding skills to read and identify new words. It is still very challenging for her to use context to figure out unfamiliar words. She has begun to enjoy reading aloud in class, and the text seems to be more difficult than what she has been reading for her independent reading log. I hope that her success in class will encourage her to start attempting more challenging texts for independent reading. At this time, she needs frequent prompting when reading books at this level; however, doing so more often will expose her to a wider reading vocabulary and help her feel more comfortable with more difficult texts. We will focus more on how to use context clues to decode in the coming months.

| Goal: Apply reading strategies to improve understanding and fluency:<br>• Recognize the importance of reading.<br>• Make predictions and link prior knowledge to new information that the student has learned.<br>• Check and clarify for understanding (e.g. preview, reread, use visual and context clues, ask questions and retell parts of the story).<br>• Compare and contrast when appropriate.<br>• Select and read appropriate material orally with fluency and accuracy. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah clearly understands the importance of reading and is able to use her prior knowledge and experience to make reasonable predictions. She has also been able to look back to find information and make more accurate responses. She is more able to look back when the text is easier for her to read. I hope to see her continue to utilize these strategies as she progresses with more difficult texts.

| Goal: Identify the elements in a story (characters, setting, problem, solution and events). | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| | Spring: | | | | | |

**Comments**
**December:** Sarah is able to easily identify the characters, setting, and problem of a story. We will work to further solidify the terminology of story elements so she can remember them more easily.

| Goal: Make connections between new stories and previous experience/knowledge. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| | Spring: | | | | | |

**Comments**
**December:** Sarah seems to make good connections between her own experiences and what she is reading or hearing. She has been able to write appropriate comments about what "this reminds me of" in her reading log. We will monitor her progress with this skill as she moves on to read more challenging texts.

Kelli Corkle

| Goal: Summarize content of reading materials: | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| • Determine main ideas and details. <br>• Identify and interpret important themes or topics. | | | | | | |
| • Identify sequential facts (e.g. order of events and steps in a process). | Winter: | | | X | | |
| • Make inferences. | | | | | | |
| • Retell stories in the correct sequence when provided with a graphic organizer. | Spring: | | | | | |
| • Identify the main idea or theme of a story. | | | | | | |

**Comments**

**December:** At this point, Sarah and her class have been working to formulate sentences that summarize short books or chapters. She is usually able to identify the pertinent main events, but benefits from adult help and class discussion to formulate them into cohesive sentences that include other useful details. We will work on writing more elaborate summaries in the coming months.

| Goal: Read and understand literature: | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| • Distinguish between various types of literary works, such as fiction and nonfiction. | | | | | | |
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**

**December:** Sarah is able to differentiate between fiction and non-fiction. We have primarily been reading realistic fiction thus far, but will read other genres as the year progresses. I would like to see Sarah begin to step toward more grade-appropriate selections for her independent reading at home. This may require more adult support while reading, but she seems to be ready for the challenge of easy chapter books such as the *Magic Treehouse* or *Junie B. Jones*.

## Overall reading comprehension goals

### September

Sarah has usually been a good listener while listening to picture books in reading class and our story, *Half-Magic*, during class read-aloud time. She has not always connected well with the text, particularly when the language is more challenging, as in *Half-Magic*. She was much more involved with the picture book story, a story with which she was familiar. She has always seemed to enjoy story time, however. We have been working on responding to literature during and after reading by sketching then writing short sentences and longer summary sentences, and Sarah has been a willing participant. Sometimes she has seemed to misunderstand questions and has needed a repetition or a rephrasing to answer appropriately. We will continue to work on responding to shorter pieces of literature before beginning a chapter book in the coming weeks.

### December

Sarah seems to enjoy language arts class and looks forward to reading our story. She always willingly takes her turn to read at least one or two sentences aloud and seems to be feeling more confident about her reading. She has been connecting well with the text and offering appropriate comments to the discussion. We have been writing predictions, questions, and summary sentences using organizers to help us prepare our sentences. Sarah definitely seems to benefit from the class discussion and adult help to prepare her responses and an organizer to prepare her information before writing a final sentence. Up to this point, the group has been writing summary sentences collaboratively. Sarah has continued to willingly participate in producing responses. The group will begin to do summary paragraphs as the year progresses. I look forward to seeing Sarah's progress as we continue to read more challenging texts.

Kelli Corkle

## Writing

Students will focus on strengthening their writing skills not only in language arts, but across all the different academic areas. They will learn how to develop well-organized sentences and paragraphs centered on a topic discussed in class. In addition, students will be exposed to technology that will be integrated in lessons. Students will also learn how to write in print and cursive.

| Goal: Improve spelling of phonetic words. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has made progress in her spelling of phonetic words. She seems to be remembering and applying the rules she has learned to her spelling and she more than triple the number of words she spelled correctly on the assessment! Sarah frequently has trouble discriminating similar sounds such as /f/ vs /th/ or misses sounds in words, spelling *stung* as "sung" and *swish* as "wish", so it is still very important for her to look at the speaker and repeat the word when spelling from dictation. We will continue to practice spelling words with blends in the coming months.

| Goal: Improve spelling of non-phonetic words. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has made good progress in her spelling of non-phonetic words (Red Words). At the start of the year, she spelled the first Red Words list only at 32% correct. She has improved to spell the first two lists at 53% and 14% respectively. Sarah clearly benefits from repetitious review of these words, and it can take some time for the spellings to be solidified in her long-term memory. We will continue to review the words she has practiced until they are more solid for her.

| Goal: Construct complete sentences that demonstrate:<br>• capitalization (e.g. first word of a sentence, proper nouns, pronoun "I").<br>• correct grammar (e.g. verbs, nouns, adjectives, subject-verb agreement, contractions).<br>• appropriate use of punctuation (e.g. period, questions mark, exclamation point, abbreviations, commas, apostrophes).<br>• correct spelling. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has made progress in her ability to write correct sentences. She still needs occasional reminders to include capital letters only at the beginning and punctuation at the end of sentences. She is able to write more correct sentences when doing so from dictation rather than when she generates her own sentences. She has recently been introduced to CUPS (Capital letter, Usage, Punctuation, and Spelling) and will begin to practice using this strategy to write better sentences more regularly.

| Goal: Write meaningful sentences containing a subject, verb and at least one describing word or phrase that tells where, when, how, how many, or what kind. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has been instructed on the requirement that all sentences need a subject and a verb. She has been successful generating an original sentence to describe a picture by using blocks to represent each word to build a correct sentence. We will continue to work on writing sentences with more descriptive details as the year progresses.

| Goal: Use prewriting strategies to generate and organize ideas (brainstorming, drawing pictures of ideas, creating | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|

Kelli Corkle

| story maps/outlines/webs). | Winter: | | | X | |
|---|---|---|---|---|---|
| | Spring: | | | | |

**Comments**

**December:** Sarah has been introduced to a frame to help her outline prediction or summary sentences and to a color-coded outline to help her organize ideas for a paragraph. Sarah is able to use the sentences outlines to write complete sentences, with her class, that contain the required information. We will begin supporting Sarah as she writes sentences more independently and uses the larger outlines to write paragraphs in the coming months.

| Goal: Compose a well-organized paragraph that includes a topic sentence, at least two supporting details and a concluding sentence: <br> • use a graphic organizer prior to writing. <br> • demonstrate the ability to organize and elaborate in written compositions (e.g. short stories, letters and reports). <br> • participate in the editing process of writing. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | X | | | |
| | Spring: | | | | | |

**Comments**

**December:** Sarah has been using a graphic organizer to organize an outline about her day in her daily reflection log. She has not yet begun to use these outlines to write full paragraphs. In social studies, the class worked together to write an outline for the branches of the government. We also wrote an outline, rough draft and final draft of a paragraph about American rights and duties. Sarah completed both tasks by using the models and composing as a group. We will continue to work on this skill throughout the year.

| Goal: Review the steps of the writing process (prewriting, writing, revising, editing and publishing). | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | X | | | |
| | Spring: | | | | | |

**Comments**

**December:** The class has been following the *Step Up to Writing* models for the writing process that include pre-writing with an outline, writing a draft, revising, and creating a final copy. The students write an outline almost every day as part of their daily reflection log and work on paragraphs periodically in science and social studies. Sarah has also used this process to write short paragraphs for her portfolio. She has been introduced to all these steps in the writing process. We will review them throughout the year.

| Goal: Write for a variety of purposes (e.g. descriptive, informative, and narrative). | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**

**December:** Sarah has had experience writing for a few purposes thus far. These purposes include writing thank you notes for various events, reactions to her reading in her reading log, and writing responses and explanatory paragraphs in class. The more novel the source of information , the more removed from her personal knowledge base, and/or the longer the expectation for the final written product, the more support and modeling she needs in order to write successfully.

| Goal: Learn and use cursive letter formation in accordance with *Handwriting Without Tears* program. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**

**December:** Sarah has been working on cursive through her *Handwriting without Tears* workbook. While her handwriting is legible in the activities, she only occasionally uses her cursive writing on her own in her daily schoolwork.

## Overall writing comments

## September

Kelli Corkle

The class has been completing several activities to practice written language. We have been practicing spelling in structured reading. Sarah has struggled to spell accurately, but she benefits from slow repetitions while she watches the teacher's mouth for sounds. She also seems to benefit from repetitious practice to learn her Red Words. In language arts, we have been reading stories and writing short single sentence responses while listening and summary sentences when finishing a story. In addition, we have begun learning about nouns and other parts of speech. Also, the students have been completing an outline to reflect upon their day. This activity will soon become a daily one, and students will continue to work toward taking the next step of writing these outlines into paragraphs. They will receive weekly handwriting instruction. Other writing instruction will take place in science and social studies to write responses and paragraphs. Sarah has been participating well in these writing activities. She has benefited from modeling by the teachers and learning a process to plan and think out what she will say before writing. Sarah seems to be a willing writer during these structured activities, and I look forward to seeing her progress.

### December

Sarah has made progress in writing. She has legible but somewhat large handwriting, and she rarely uses cursive outside of activities specifically designed to practice cursive. Sarah has been working to spell phonetic and non-phonetic words accurately and benefits from slow repetitions to hear all the sounds, reminders to break longer words up and tap out sounds before writing, and looking at the speaker to see as well as hear the words being dictated. Repetitious practice is also very important for Sarah to learn her Red Words. She will need to continue to practice the words she has been working with to get them more solidly in her memory. The students have continued completing an outline to reflect upon their day. Sarah prefers to ask for spellings for her outline rather than try to sound out unknown words. She will be encouraged in the coming months to "try her best" on the outline but get help before beginning her paragraph. Sarah has been introduced to the strategy of CUPS to help her write more correct sentences. She still sometimes inserts capital letters where they do not belong within sentences. Sarah has been able to complete expository paragraphs with her class in science and social studies where the teachers have provided the structure of the outline and sentences before students create their final copies. We will continue to work towards greater independence with sentences and start writing more paragraphs in all classes in the coming months.

Kelli Corkle

## Growth as a Learner

In order for a student to grow and improve in academic areas, a student must become more aware of the learning process and how it affects their performance in the classroom. These goals allow teachers to make students more aware of their own learning needs and styles.

| Goal: Independently use "Good Listening" techniques in a structured classroom setting: • Look at the speaker. • Re-auditorize information. • Ask for repetition/clarification. • Maintain focus on the task at hand. • Raise hand before speaking. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah seems to be demonstrating good listening skills in class. She is able to look at the speaker and raise her hand before speaking. However, it is not clear that she is always asking for clarifications when she does not understand. Sometimes it is also unclear is she is consistently maintaining focus on discussions. When given a written task, Sarah is able to keep her attention on her work and complete it well.

| Goal: Participate in classroom discussions. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah usually has something on-topic to add to class discussions. She often needs to be asked to contribute rather than raising her hand. This might be due to the quick pace that our discussions can have, which may make it more difficult for Sarah to formulate and share her ideas. Sometimes she gets off-topic, but she is easily redirected.

| Goal: Improve ability to follow oral and written directions. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah is able to follow written directions when she can read them, which can still be a problem for her. She is able to figure out what to do on her own when an activity is very similar to one she has completed before. When given directions orally and in small chunks, Sarah is able to follow them rather well.

| Goal: Develop self-awareness of strengths and weaknesses. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** It is not always clear how well Sarah understands her strengths and weaknesses, particularly as they pertain to school work. She is an industrious worker, and she seems to know that and is never afraid of working hard or harder on a task. However, it is hard to tell how well she understands her difficulties perceiving and understanding oral language. Throughout the year, Sarah will learn more about herself and strategies she can use to minimize her weaknesses while maximizing her strengths.

| Goal: Persevere with a challenging activity. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| | Spring: | | | | | |

**Comments**
**December:** Sarah is able to persist even when a task is very challenging. Sometimes this perseverance can be problematic and keep her from asking for help or clarification. Usually, however, this trait has been an asset for Sarah as she has worked to improve her reading and math skills.

Kelli Corkle

## Executive Functioning

As stated in our Curriculum Guidelines, the ability to develop Executive Functioning skills is a major key to a student's growth as a learner, academic, and social success.  Many children with learning disabilities have difficulties with these skills, which include the ability to:

- inhibit behavior; shift from one activity or a problem to another;
- modulate emotional responses;
- initiate tasks, generate ideas and problem solve;
- plan and organize by setting goals and developing appropriate steps with forethought for the future;
- organize material;
- monitor one's own work.

While some of our students have been diagnosed with specific Executive Functioning disorders and require intensive work on these skills, we believe that all children can benefit from learning Executive Functioning Skills.  At HPDS, these skills are taught, addressed and reinforced when receiving other services, such as Social Work, Occupational Therapy, and Speech/Language Pathology, and practiced throughout the day.  Following are individual goals identified for your youngster to help develop these skills.

| Goal: Learn and apply self-monitoring skills. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah generally needs some adult assistance to monitor her work.  She has begun to learn about strategies such as CUPS that will help her monitor her written work, but this is not easy for Sarah, particularly when it comes to checking her work for spelling and usage errors.  Self-monitoring can be tough due to the heavy demands it has on attention and visual-perceptual skills.  We will continue to work with Sarah in this area.

| Goal: Set higher standards of learning and quality independently. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah seems to enjoy completing her school work and clearly wants to do things correctly and neatly.  At this point, it seems that any difficulties with neatness may be due to her fine-motor difficulties.  She has improved in this area since the fall, and will most likely continue to improve as she gains various skills.

| Goal: Keep materials organized. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has done a great job managing her materials.  The color-coded folder system seems to be working for her.  She always has a pencil and other needed materials ready for class.

| Goal: Demonstrates the ability to initiate tasks, generate ideas and problem solve. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

Kelli Corkle

Case 1:07-cv-07018    Document 28-11    Filed 03/20/2008    Page 14 of 24
Sarah D██████
Growth as a Learner
2007-2008

**Comments**
**December:** Sarah can usually get started on a task on her own and sustain the energy and attention to complete her work.  When tasks are clear, she seems to have very little trouble.  However, when the work is more novel or has heavy demands on receptive or expressive language, she seems to encounter more difficulties generating appropriate ideas and solving problems correctly, as in solving mathematical word problems.

| Goal: Demonstrates the ability to plan and organize by setting goals and developing appropriate steps. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah seems to benefit from adult assistance in generating appropriate goals and steps that are reasonable.

| Goal: Demonstrates the ability to inhibit behavior; shift from one activity or a problem to another. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| | Spring: | | | | | |

**Comments**
**December:** Sarah can usually inhibit disruptive behaviors in class and very rarely interrupts or moves around inappropriately.  Because our schedule is consistent, she seems to have no trouble shifting from one activity to another and has adapted well to atypical days.

## Overall growth as a learner comments

### September
Sarah has settled into our class quite well this fall despite being the only girl in our class.  She has almost always seemed interested in the topics in class.  She seems to benefit from repetition and breaking down of oral directions to follow them more effectively.  When she is having difficulty processing information in class, it is sometimes hard to determine whether the issue one of attention or in understanding the discussion.  I hope she will learn and apply strategies so that she can more consistently recognize when she needs clarification and ask for help. She will have various folders and papers to manage this year, and so far she has been doing well.  Sarah usually works well on her independent work, and she has done a nice job of asking for help.

### December
Sarah has adjusted nicely to fourth grade and all of the new expectations that come with it.  She is almost always an engaged student and works hard throughout the day.  At times it can still be difficult to tell when she is thoroughly understanding instruction or discussion, but she is open to questioning to clarify her comprehension.  She has done a great job managing her binder and other materials and is almost always ready for class.  Sarah has been an industrious student who can work independently and ask for help appropriately when needed.  In the coming months, I hope she will continue to gain a better understanding of when she really "gets" something and when she doesn't so that she can be sure to ask for more assistance when she requires it.

Kelli Corkle

**Mathematics**
Students will learn to better understand math concepts through hands-on activities and the use of manipulatives. Students will practice learned skills to ensure a complete understanding of concepts taught.

- **Operations & Computation**
  - o **Facts**
  - o **Word Problems**
  - o **Addition & Subtraction**
  - o **Multiplication & Division**

| Goal: Complete a fact family for addition and subtraction. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:**
Sarah studied addition and subtraction fact families earlier in the year. She understands the concept of fact families. Sarah understands that addition and subtraction are opposite operations of each other. She also understands that a fact family generally creates four equations. When creating a subtraction equation, she understands that the largest number in the subtraction equation needs to be the first number in the subtraction equation. She seems to have solid accuracy with these skills but still needs continued practice on her addition and subtraction facts. She has some trouble understanding that fact families relate to common facts of addition and subtraction.

| Goal: Complete two and three-digit addition and subtraction with and without regrouping. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:**
Sarah has been quizzed on two to three digit addition and subtraction problems. She scored very high on her test. She understands how to regroup with both addition and subtraction problems. Sarah is still extremely reliant on a hundreds chart to help her solve these types of problems, but she demonstrates solid mastery when using a hundreds chart. She is able to manipulate a hundreds chart to get an answer very quickly. Sarah also understands that she has to solve large problems from right to left to achieve the correct answer. Sarah will continue to work with two to three digit addition and subtraction problems for review to build solid retention of this concept.

| Goal: Solve word problems using various operations<br>• Develop math vocabulary<br>• Solve word problems requiring one step. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:**
Sarah has recently been working on story problems in class. We have spent time going over important vocabulary for both addition and subtraction problems. She is being taught a program called TINS to help her pull important information out of story problems, and also to help her determine the operations needed to solve the problem. She started only by focusing on addition problems. Sarah was taught to underline vocabulary that helped her determine the story problem operation. She was then taught how to pull out the important numbers to manipulate the problems and create the proper equation. She spent several weeks on addition problems and has recently been working on subtraction. Now she is being asked to determine if the story problem is addition or subtraction by recalling important vocabulary to make the decision. It can be challenging for Sarah to remember which vocabulary is associated with addition and which is associated with subtraction. Currently we review the vocabulary for both addition and subtraction before solving any story problems. She will continue to work on this process to become more comfortable with it. She will also use the same steps and strategies to learn how to solve multiplication and division story problems.

Stephanie Ball

| Goal: Multiply and divide multi-digit numbers<br>   • Complete multiplication and division fact families to build accuracy with facts.<br>   • Multiply numbers with one and/or two digits. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:**
Sarah has recently been working on multiplication and some division when related to fact families. She learned how to create multiplication and division fact families by reviewing the skill of creating addition and subtraction fact families. It helped her to associate similarities to understand the concept. She is able to complete multiplication and division fact families with success. She does best when all three numbers are given to her. Sarah is working on understanding multiplication and division facts. She is currently using a multiplication chart to help her solve problems. She will spend time working on her facts through listening to music and trying to connect with a beat to retain her facts. In order to continue her learning of multiplication she will be able to use a multiplication chart to allow her to achieve accuracy. She has also been using manipulatives to learn the facts.  Sarah is currently working on solving 3-1 digit multiplication problems. She has been taught both the standard and lattice method of solving these problems. She shows solid accuracy with solving these problems once she completely understands the steps and process for doing it. She will continue to work on hard multiplication problems and will later move into long division. With each new concept Sarah will use manipulatives and tools to help simplify the process and ensure her understanding.

- **Numeration**
  - **Place Value**
  - **Estimation**
  - **Fractions**

| Goal: Read, write, and understand two, Three, and four digit numbers in various forms. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:**
Sarah spent a great deal of time on this in the beginning of the year. She has trouble reading numbers in the tens and hundreds but now can read and write numbers up to the ten thousands. It helped Sarah to use a color coding process to understand place value. She also used base ten blocks to create a visual image in her mind. By tying both colors and manipulatives to understanding place value Sarah was able to achieve success and reduce the need for these strategies. It is still sometimes helpful for Sarah to write lines to separate the numbers to count place value. She seems to understand this concept and continues to practice it while solving larger addition, subtraction and multiplication problems. She is generally asked to read her answers aloud to practice the skill of reading numbers. At times she needs some teacher prompting but if she is having trouble she is very willing to go back and work through the steps to read the number correctly.

| Goal: Name each place value in two, three and four- digit numbers. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:**
Sarah is also able to name each place value up to the ten thousands. She started this process with color coding which allows her to associate colors with different place values. This was extremely helpful for Sarah to retain each value. She no longer needs colors to recognize each value. She shows strong mastery of this skill. She continues to work on this skill for review by reading larger numbers and being quizzed on different place values.

| Goal: Use estimation to round and problem-solve.<br>   • Round to the nearest tens or hundreds.<br>   • Use estimation to simplify problem solving. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:**

Stephanie Ball

Sarah has been working on rounding recently as she has been working on multiplication. She started working with larger multiplication problems by learning the skill of rounding. She was able to round numbers to the tens and hundreds to simplify the solving process and get a quick answer of the problem. At first she was challenged by this skill but she seems to show mastery of it now. She learned how to round up and down by looking at the number behind the digit she is rounding. This was initially confusing for Sarah but when being shown the number on a number line she was better able to conceptualize it. She is now able to determine the two numbers that any given number falls between and then round to the appropriate number. She will continue to practice this skill and will learn how to round numbers in the hundreds and thousands to the nearest ten or hundred. This skill is still a little challenging for Sarah. However, when given a number in either the tens and hundreds she is quickly able to round with accuracy.

| Goal: Explore the concept of fractions | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

**Comments**
December:
This skill has not yet been address. It will be addressed after time and money.

- **Patterns, Functions & Counting**
  - **Number sentences**

| Goal: Skip count forward and backward by 2's, 5's and 10's starting at various points. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
December:
Sarah has spent time working on skip counting to help her build number sense and to help her understand the concept of multiplication. She is able to use her hundreds chart to show accuracy with this skill. She continues to practice this skill by using her hundreds chart and M&M's to help her keep track of the numbers. She is also given skip counting problems and patterns to solve. She will continue to work on this skill for more accuracy. She is still at times challenged by this and needs to count out each digit to get her answer. She will continue to work on building number sense.

| Goal: Complete patterns of odd, even and skip counting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
December:
Sarah started working on this skill in the beginning of the year. She now understands the difference between even and odd numbers. She understands that all even numbers can be paired up and all odd numbers will also have one that can't be paired. She learned this skill by using M&M's for counting and then partnering. She now knows that even numbers have to end in certain digits and odd numbers have to end in certain digits. This process has been helpful for teaching Sarah skip counting. She continues to work on finding patterns with both odd and even numbers. Sarah will continue to practice this skill throughout the year to build solid retention and to continue to work on her sense of numbers. This will also help Sarah with bridging the way for new concepts along with improving her understanding of multiplication and division.

- **Measurement & Reference Frames**
  - **Time**
  - **Money**

| Goal: Understand the concepts of time. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

Stephanie Ball

**Comments**
**December:**
This skill has not yet been address. It will be addressed after long division.

| Goal: Explore money and solve problems involving money. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:**
This skill has been addressed with addition and subtraction of money, but Sarah will work on understanding the concept of dollars and cents. She will also learn how to make change when given a certain amount of money. Sarah understands how to do addition and subtract equations with money. She understands that she needs a decimal point to separate dollars from cents. She has accuracy with addition and subtraction of money. Sarah is also great about placing her decimal before solving the problem to keep dollars and cents separated. She will continue to have problems like this for practice to build retention.

## Overall mathematics comments

### Fall

Sarah has been working on strengthening her math skills. She has spent some time reviewing how to read numbers up to a thousand to build a better concept of numbers. This instruction has helped her develop a concept of place value. Sarah can still be challenged by reading numbers in expanded form but does well when the digits are color coded to show place value. At times it is hard for Sarah to recognize and read a number if there is a zero in the tens or hundreds and the number is in the thousands. Practicing place value will help her see how to organize and line up numbers when working on addition and subtraction. Sarah will also begin to use graph paper to solve problems. She will also have symbols on her papers to help her remember directionality while solving a problem. This year we will work to build Sarah's foundation for basic math skills as well as work with some core concepts. As we approach new topics we will focus on starting with hands-on manipulatives as an introduction, then, we will move to visual images and finally work towards understanding computation and the process of solving problems. This progression will also help her understand how to apply common rules to solving problems. Sarah will work to become more fluent with her addition and subtraction facts so she can solve problems with ease. We have been working on place value as a way to prepare for addition and subtraction, which will be covered over the course of the year. She will be allowed to use an addition chart to help with quick manipulation of 2-3 digit addition and subtraction problems and to avoid frustration when having trouble recalling facts. Sarah will also be taught single step word problems to practice pulling important information out to use to solve the problem. She will increase math vocabulary to help her with her approach to solving problems. Sarah will also create a math strategy book throughout the year to teach her to go back and understand each step. This will also build retention with math concepts. Sarah will be encouraged to share her understanding of a concept with the class and work to become engaged, as she prefers to take a passive role at this time.

### Winter

Sarah has made excellent progress throughout the year. She is very hard working and puts forth a lot of effort to understand each new concept. At times she can be challenged when introduced to something new but she generally is able to conceptualize with extensive practice. She has trouble asking questions if she doesn't understand something. She is being asked probing questions from the teacher to check her understanding. This is helping her learn to formulate her own question when she is having trouble understanding a new concept and strategy. Sarah benefits from having one-to-one teacher assistance when she is confused. It helps Sarah to have

Stephanie Ball

each step broken down. Sarah also responds well to a methodical and structured approach where she is given steps and once she masters each step she is able to master a concept. She does an excellent job showing her work which is helpful when needing to re-teach something that is challenging her. She seems very proud of her accomplishments in math. Sarah benefits from using manipulatives when learning new concepts. This helps her to physically move objects around to solve a problem. It also helps her to draw pictures to simplify language. At times, graph paper has been another successful tool to teach Sarah to organize her numbers and pay attention to place value. She will continue to use it when manipulating problems. Sarah will continue to review concepts that have already been covered to ensure retention throughout the year. Sarah is doing great in math.

Stephanie Ball

## Social Studies

In social studies, the main focus will be on regions of the United States. Students will explore the various regions and look at their geography, economy and community life in these areas. Within the context of that content information, students will learn the different ways to locate, organize, and present multiple types of information.

| Goal: Learn geography terms and how to read and interpret a map. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments**
**December:** The class has been learning basic terminology for maps. Sarah has learned about latitude and longitude and which lines are which on a map. She has learned about various parts of a map including the compass rose and the legend. We have practiced finding locations using a map grid and lines of latitude and longitude. Sarah has worked hard to complete the given tasks. We will continue to work throughout the year on these basic concepts.

| Goal: Use a variety of maps, atlases and globes. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Generally, we have used maps in class to practice the basic concepts of parts of a map and how to locate places in the United States. We will explore other kinds of maps and globes as the year progresses.

| Goal: Compare and contrast geographical features in the U.S. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | X | | | |
| | Spring: | | | | | |

**Comments**
**December:** The class was introduced to different regions of the U.S. and color-coded a map accordingly. We began reading about the northeast region and answering question about what was read. Sarah was an attentive participant during these activities.

| Goal: Develop comprehension skills that will enable students to understand main idea and supporting details. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:** Sarah has participated with the class by listening to passages to identify the main ideas and details. Also, we have begun to practice writing two-column notes with one column being the main ideas and the other being the details. Sarah benefits from class discussion and teacher assistance to complete these notes. She is usually able to demonstrate basic understanding of the various concepts.

| Goal: Develop strategies to learn and retain content vocabulary. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | X | | | |
| | Spring: | | | | | |

**Comments**
**December:** The class has taken three-column notes to learn new vocabulary in social studies. We will continue to use this strategy as we study various geography terms.

| Goal: Develop note-taking skills. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |

Kelli Corkle

| | | Spring: | | X | | | |
|---|---|---|---|---|---|---|---|

**Comments**
**December:** The class has been introduced to two-column note taking which coincides with the outlines they prepare for writing projects. At this point, most of the notes are provided, frequently with blanks for the students to complete. Sarah has worked hard to keep up with class and complete the notes correctly. We will continue to work on this skill throughout the year.

| Goal: Develop research skills. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

**Comments**
**December:** This skill will be addressed later in the year as we study the regions of the U.S.

| Goal: Identify and understand basic principles of the U.S. government. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| | Spring: | | | | | |

**Comments**
**December:** The class learned about the three branches of the U.S. government and their roles and responsibilities. They also wrote a paragraph as a class about the three branches of government with teacher modeling. Sarah successfully participated in these activities.

| Goal: Compare and contrast the regions of the U.S. among each other and with other world regions. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | X | | | |
| | Spring: | | | | | |

**Comments**
**December:** We have just begun our study of U.S. regions this month.

| Goal: Develop basic understanding of how citizens can make a difference. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| | Spring: | | | | | |

**Comments**
**December:** The students read and took notes about the basic responsibilities and freedoms of American citizens, including the basic content of the Bill of Rights, and the rights and responsibilities of voting and paying taxes. Sarah was able to follow the reading and take notes appropriately. She completed the final paragraph project and wrote her own final draft about citizens' rights and responsibilities.

| Goal: Explore the State of Illinois, its government, history, economy, geography and people. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

**Comments**
**December:** We will study the state of Illinois in the spring.

| Goal: Explore and discuss major current events as presented in *Weekly Reader* or *Scholastic News*. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**January:** The class has read and discussed current events presented in the *Weekly Reader* periodically so far this year. Sarah has listened along with the class and answered questions as a group. We will work toward reading and completing these activities more independently throughout the year.

Kelli Corkle

## Overall social studies comments

### September

The class will be examining the various regions of the United States and, more specifically, the state of Illinois. We will practice finding main ideas and details in order to take notes and better understand and remember what we read. The class will also read *Weekly Reader* periodically this year and complete activities that accompany the magazine. We will soon begin to examine the US government. Sarah usually has been an engaged listener and has worked well to complete map activities and written work in class.

### December

This fall the class began to learn various map concepts such as how to define latitude & longitude, how to locate places on maps, and how to use lines of latitude and longitude on maps. In the geography portion of class, we will begin looking at the landforms in various regions of the United States. The class has also been practicing how to learn vocabulary words using a three-column format. Additionally, students have been practicing identifying main ideas and supporting details while being introduced to the two-column note-taking format. We have been reading about the basic structure of the United States government and the roles of its citizens. Finally, we have written two paragraphs as a class that consolidated the information we learned about the U.S. government and American rights and duties.

Sarah is an attentive student in social studies. She seems to understand how to locate places on a map and understands the concepts of latitude and longitude. Sarah struggles sometimes to follow along with the class reading but often does well participating in the class activities by following along with the overhead projection. Sarah kept up with class as we wrote our class paragraph and wrote her own copy of the outline and rough draft for our rights and duties paragraph. She completed her final draft using the class-created notes and rough draft.

Kelli Corkle

Sarah D̶█

Science

## Science

In science, students will focus on scientific investigation. Students will learn how to ask questions, to design and conduct investigations and to think critically about their results. Students will gain and understanding of scientific concepts through investigations, discussions and demonstrations. The scientific process, such as observing, questioning, comparing, gathering and organizing information will be used during investigations. Students will develop an understanding of earth and physical sciences.

| Goal: Explore and understand the relationships among science and integrate scientific practices to real-life situations. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:**
Throughout our class discussion we talk about how each part of an ecosystem is related to our lives. We work on understanding how we as humans fit into our environment and adapt to our ecosystem. We have talked about how science is part of our everyday life. Sarah is learning how to become more aware of her surroundings and her habitat. She seems to be most comfortable acquiring information as a passive listener. Sarah has been taught the difference between needs and wants. She has also learned how our needs have to be met for us to survive in our ecosystem. She benefits from being asked questions about each new concept she has learned. It also helps Sarah to have others share their thoughts and opinions first. Then she is able to repeat her information in her own words to better understand it. We have compared our needs to the needs of different animals to help the students better understand science and its impact on our lives. Sarah will continue to work on tying science to real life situations as we study food chains and rocks. She will continue to answer questions on the relationship of science and how it fits into our lives.

| Goal: Communicate and understand scientific information in various ways through filling in notes, pictures, graphic organizers and hands-on activities. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:**
Sarah uses graphic organizers and charts to help her keep track of information she is learning about ecosystems. She has also been given many questions and answer sheets that act as notes to help her understand and decipher important information while reading. Sarah seems to do a great job with taking down information that has been modeled for her. This helps her work towards retention of information being taught. Sarah has been given questions and answers sheets which require her to fill in small amounts of information that focuses on the main idea of what she is trying to learn. She will continue work on interpreting charts and documenting her findings as she studies rocks. Sarah has learned how to compare and contrast different biomes by using graphic organizers and charts. As a class we have worked to write a paragraph together where the students dictate the information to the teacher to come up with a cohesive paragraph. She will continue to use graphic organizers and will work towards taking more notes as she becomes more comfortable as we approach new concept. It is important for Sarah to have help finding the main idea and understanding what the most important information needed is. Answering questions about the main idea and a note taking format has helped Sarah simplify information and deepen her understanding. She benefits from teacher modeling with each step.

| Goal: Identify the parts and components of an ecosystem and describe their interdependency. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments**
**December:**
Sarah has been learning about ecosystems since the beginning of the year. She started out by learning the meaning of an ecosystem and learning about the things that exist inside an ecosystem. She has been learning how organisms survive in different ecosystems and why different organisms are better suited for the environment they survive in.. Sarah can identify and describe the interdependency of organisms living in an ecosystem and understands that an ecosystem works in a cycle. She has benefited from completing questions and answers sheets, class discussion and direct teacher questioning. She understands what it takes for living and non-living things to adapt within an ecosystem. It has been important for Sarah to learn different vocabulary words associated with ecosystems to better understand the interdependency. Also it has helped her to have solid examples of interdependency through looking at pictures and discussing exact examples. With constant reiteration Sarah is able to recall what she has learned and use the information to add to class discussion. At times she feels most comfortable speaking when she is positive her answer is correct. She is being encouraged to

Stephanie Ball

Sarah D~~~~~~
Science

share more of her thoughts. At times the vocabulary can be challenging for Sarah to understand and use to help her complete a task. It is helpful for her to have words, pictures and concrete examples to understand a term.

| Goal: Understand and develop food chains and food webs. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | X | | | |
| | Spring: | | | | | |

**Comments**
**December:**
This goal has briefly been discussed while talking about ecosystems. We will be talking about the food chain in more depth once we finish talking about the different types of biomes. Thus far Sarah understands the circle of life, and she is aware that certain animals feed off of each other. Sarah has been taught that certain animals are high up on the food chain, but in upcoming weeks she will learn how different animals impact each other and where specific animals fall on the food chain.

| Goal: Identify rock types and understand how they form. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

**Comments**
**December:**
This will be addressed after we finish studying ecosystems.

| Goal: Identify stages of the rock cycle. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

**Comments**
**December:**
This will be addressed after we finish studying ecosystems.

## Overall science comments

## Fall

Sarah is just beginning the study of ecosystems in science. She seems to have an interest in science but enjoys a role as a passive participant. This seems to help her with the processing of new information. We are currently learning what makes up an ecosystem. We are discussing how organisms adapt to specific environments. Throughout this year we will work to understand important content areas through prediction, observation, and explanation. Sarah will be working on hands-on activities to get a better understanding of ecosystems and the cycle of life. We will practice basic note taking skills. Sarah will start by filling in important words on graphic organizers to develop an understanding of new material. She will also draw simple pictures to help her remember important vocabulary. Sarah will document information through a teacher guided process. She will complete hands-on activities that will allow her to understand the scientific process. In addition, Sarah will continue to develop team building skills during these activities by learning how to work in small groups and use her peers to help her acquire information. As Sarah feels more comfortable she will be encouraged to share her thoughts and prior experience with the class as a way to gain a stronger understanding of material being taught. Sarah is off to a good start in science.

## Winter

Sarah seems to be making progress in science this year. She has to work very hard to stay on task and gather the information from class discussion and questions and answers sheets. Sarah has great active listening skills but tends to be very passive during class discussion, making it hard to determine her level of retention and