understanding. At times it can be difficult for her to understand some of the information on ecosystems. She is learning how to ask clarifying questions to piece together information. Sarah is also absent during part of science, which may make it somewhat confusing for her to come in and pick up with the information that is being taught. With guidance she is working on processing her thoughts aloud to understand new information. She is also being given real life examples to help her see how science is tied to her own life. Taking notes and answering questions in a note format have helped Sarah acquire more information on ecosystems and retain the information she has learned.   Sarah will work on her note-taking and writing skills in a simplified format to help her articulate her thoughts and observations clearly during experiments.  She is also learning how to answer questions found in text.  She can read information and highlight where she found each answer with teacher modeling.  Then, Sarah is working on how to locate what she has highlighted to answer questions.  I look forward to seeing more participation from Sarah in class discussion.

Stephanie Ball

Sarah D█████
Technology
2007-2008

## Technology

Technology is integrated into our curriculum to enhance learning across subject areas. The primary goal in technology is to help students become technologically literate. Students have one hour of direct instruction each week in technology. Students will be learning about the hardware that makes up a computer and computer safety. Students will also use Microsoft Office for all subject areas, as well as other assistive software to help with the writing process.  Students will also improve their Internet searching skills and learn to identify useful information.   Student portfolios, containing work samples and reflections, will be assembled for display at the May conference.

## Long-term goal: Improve basic computer concepts and abilities.

| Short-term goal:  Can do basic troubleshooting on the computer independently. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

| Short-term goal: Identify all of the computer hardware including monitor, mouse, keyboard, hard drive, speakers, scanner and digital camera. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |
| | Spring: | | | | | X |

| Short-term goal: Identify computer safety concerns and proper usage including cleaning, handling and maintenance. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |
| | Spring: | | | | | X |

| Short-term goal: Retrieves files from the correct folder and creates new documents on desktop computer and school server. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |
| | Spring: | | | | X | |

| Short-term goal: Saves documents to the appropriate place with the appropriate title on desktop computer and school server. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |
| | Spring: | | | | X | |

| Short-term goal: Open and minimize, close and quit applications appropriately. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |
| | Spring: | | | | X | |

| Short-term goal: Shows growth in keyboarding skills (WPM). | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |
| | Spring: | | | | X | |

## Comments:

December: Sarah has been working very hard to improve her knowledge of basic computer information and abilities. Keyboarding remains challenging, but Sarah continues to improve.

## Long-term goal: Improve understanding and use of Microsoft Office and its functions.

Sarah D███████
Technology
2007-2008

| Short-term goal: Use the basic function of a word processor to create written documents. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| | Spring: | | | | | |

| Short-term goal: Change the font type and size independently. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Insert images (clip art) independently. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

| Short-term goal: Print a Word document independently. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

**Comments:**
**December:** This year the school has updated to the latest version of Microsoft Office which has made locating different tools challenging as they have moved location and format. Sarah has been working very hard to learn the new version.

## Long-term goal: Improve understanding and use of assistive software/hardware and their functions.

| Short-term goal: Utilize the functions of identified assistive software to assist in the writing process. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

| Short-term goal: Utilize computer hardware (i.e. Alpha Smart, desktop computer) to assist in the writing, note-taking and researching process. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

**Comments:**
**December:** We have yet to address this skill.

## Long-term goal: Participate in and gain skills necessary for portfolio creation.

| Short-term goal: Use the scanner to scan work examples into the computer with minimal teacher support. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| | Spring: | | | | | |

| Short-term goal: Insert graphic images and manipulate size and color of image with minimal teacher support. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

Sarah Imboden

Sarah D~
Technology
2007-2008

| Short-term goal: Use the basic features of Power Point: create and insert slides, insert images, set transitions, and apply special effects with minimal teacher support. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Comments:**
**December:** Again, due to the changing of Microsoft Office formats, Sarah is having a more challenging time inserting images and using different functions of Power Point. This does not affect her willingness to work on her portfolio during class.

## Long-term goal: Participate in technology appropriately.

| Short-term goal: Cooperates with classmates on collaborative projects and shared computer time. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |
| | Spring: | | | | | X |

| Short-term goal: Listen well to teacher direction during technology and focuses on the task at hand. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | |
| | Spring: | | | | | X |

**Comments:**
**December:** Sarah continues to work hard in class and follow directions.

## Overall technology comments

Fall 2007: In technology class, students have been focusing on understanding the different pieces of hardware that combine to make a desktop computer as well as the functions they hold. The class has also explored the inner components of a Central Processing Unit (CPU) to better understand the fragile nature of a computer and its components. The proper use of each piece of hardware will be focused on to ensure student understanding of overall proper use of the desktop computer. In coming weeks, students will be exposed to using the keyboard properly through practice in Type to Learn 3, a computer program focusing on keyboarding skills. As comfort levels with keyboarding increase, the class will be exposed to practicing their keyboarding skills with keyboard covers, which will prevent them from viewing the keys as they type. This type of practice makes the students rely on their knowledge of the keyboard and not searching for keys. While this is a difficult skill and does require a lot of practice, this will lead the students to increased typing speeds. Students will spend the first 10 minutes of each technology class practicing their typing. Students will also be exposed to creating text in Microsoft Word and then manipulating that text within the program using format changes and other tools of the program. Printing, saving and retrieving files will be introduced as students' user abilities improve and gain independence. Power Point is another important program that students will be using to develop their electronic portfolios. Each student at HPDS develops his/her own electronic portfolio within technology class to present at the end of the year. This project will be worked on throughout the school year.

Sarah seems to have made a nice transition to technology class at HPDS. Sarah's class has already explored the different pieces of hardware that work together to form a desktop computer. She has also seen the inside of a CPU and been able to handle each component that forms it. Sarah seemed interested during the class demonstration of the CPU and other hardware pieces of the desktop and shared her thoughts during the class discussion with some teacher-prompting. Next, her class will begin focusing on Microsoft Word and using its tools. Sarah seems to enjoy technology class and I look forward to working with her.

Sarah Imboden

Sarah D███████
Technology
2007-2008

**Winter 2008:** Sarah's class has been working on improving keyboarding skills each class period for fifteen minutes. Sarah is diligent when practicing even though she finds it challenging. The class has been focusing on learning the latest version of Microsoft Office, specifically Word and Power Point as they are the most used programs by the fourth grade. Sarah is very invested during presentations when we explore the new programs. She seems to enjoy working on her portfolio and has almost finished typing her fall reflections. Sarah continues to work hard no matter the task requested of her in class. She is a pleasure to work with.

Sarah Imboden

## Music/ Drama

In music and drama, students will work throughout the year to develop a life-long appreciation for music and theatre arts. Students will create music through singing and playing instruments. In addition, students will also play theatre games that require focus, concentration, and good listening; all of which act as a foundation for future creative drama activities.

| Goal: Sings from memory a varied repertoire of music with others. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| Comments | Spring: | | | | | |

| Goal: Projects voice when singing and acting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| Comments | Spring: | | | | | |

| Goal: Can respond through purposeful movement, for example: swaying; skipping; or dancing to selected prominent music characteristics. These include: meter; dynamics; and tempo. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| Comments | Spring: | | | | | |

| Goal: Is comfortable performing in a group. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| Comments | Spring: | | | | | |

| Goal: To develop life-long music appreciation. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| Comments | Spring: | | | | | |

| Goal: Creates music to accompany readings or dramatizations. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| Comments | Spring: | | | | | |

| Goal: Echoes short rhythms and melodic patterns using body and instruments. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | X | | | | |
| | Spring: | | | | | |

Lisa Lang

Sarah D████
Music/Drama
2007-2008

**Comments**

| Goal: Incorporates the tools of body, voice and imagination and the processes of planning, practicing and collaborating in order to create or perform drama/theatre. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | X | |
| **Comments** | Spring: | | | | | |

| Goal: Displays effort and participation. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| **Comments** | Spring: | | | | | |

| Goal: Shows enthusiasm and interest in activities. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | X |
| **Comments** | Spring: | | | | | |

## Overall Music and Drama comments

Throughout the beginning part of the year, students in each grade level learned songs and dances that were later incorporated in an all school play. As a school, we performed the holiday musical, *Once on a Housetop* by John Jacobson and John Higgins. This performance offered students the opportunity to engage in an ensemble building experience that encouraged a positive self-image and helped students take risks on stage. In addition to learning songs and choreography, students memorized lines and stage directions.

Sarah takes an enthusiastic and active role in all aspects of our music and drama sessions. She has enjoyed exploring different areas of music and drama and has grown in confidence. Sarah will happily sing in front of others on her own as well as in small groups and sang beautifully in our holiday performance.

Lisa Lang

## Physical Education

In physical education, students will work throughout the year to develop life-long fitness and nutrition goals. In addition, students will become adept in learning and playing rule-based games while working cooperatively with peers.

| Goal: Work cooperatively with peers and develop team-building skills. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |

| Goal: Maintain balance and body control while performing physical skills. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |

| Goal: Learn the rules and skills necessary for various sports. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |

| Goal: Develop life-long fitness skills. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |

| Goal: Increase strength, coordination, rhythm, speed, tempo and flow of movement. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |

| Goal: Develop an understanding of the body in space and the difference between personal space and shared space. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |

| Goal: Develop a wide variety of motor skills including non-loco motor, loco motor, total body and coordination. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |

Nick Russo

Sarah D███████
Physical Education
2007-2008

| Goal: Understand body awareness, body movement, directionality and space and time concepts. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |
| | | | | | | |

| Goal: Develop initiative to start a task. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |
| | | | | | | |

| Goal: Develop self-confidence and socially acceptable behavior while engaging in physical activity. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |
| Comments | | | | | | |
| | | | | | | |

| Goal: Understand principles of health promotion (nutrition, exercise). | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |
| Comments | | | | | | |
| | | | | | | |

## Overall physical education comments

As the school year begins in Physical Education we are spending most of our time outside as the weather continues to cooperate nicely. While outside we have and will continue to be working on games that include: kickball, modified softball, soccer and football. Along with the skills we learn in each of these games before playing them, we will also be working on learning about teamwork and sportsmanship as they go hand in hand with any type of athletic activity. We have also been working on some basic warm up games for inside the gym and have also learned our outdoor warm up which includes some jogging and the use of the jungle gym.

In the short time that I have spent with Sarah I have found her to be a very outgoing and pleasant young girl who comes to class each day ready to participate and learn. She is always upbeat and ready to try whatever game or skill we are working on that day. She has already shown herself to be a capable kickball player and continues to improve on our outdoor warm up. I look forward to getting to know Sarah better and seeing her progress as a student and athlete as the year moves on.

## Winter

As the weather turned and we moved into the gym our activities changed accordingly. We have spent this time inside working on scooter hockey, floor hockey, pin knock down, scooter relays and team yarn ball tag. During this time we have also incorporated two new warm ups in our daily routine. Both our full court

Nick Russo

Sarah D█████
Physical Education
2007-2008

cardio work out and our dice warm up are used at the start of every class to get the students ready to move and play as best as possible. It also gives us the opportunity to work on simple loco-motor movements and gets us in the moving and running mode needed to participate at the highest level in P.E.

I have had the experience of getting to know Sarah as a student, athlete and person these last months and it has been my pleasure. Sarah comes to class each day ready to learn and with an attitude that would understatedly be described as positive. She is a true joy to have in class; in fact, she is a P.E. teacher's dream, ready to work, listen and learn and eager to try all the new games and activities we do in class. Sarah has done a very good job in our floor hockey unit and really seemed to enjoy herself in our pin knock down games and scooter relays. She always tries her best and I really think her classmates enjoy her company. I look forward to the rest of school year with Sarah in the gym.

Nick Russo

Sarah D████
2007-2008 Social Work

**Hyde Park Day School**
**1980 Old Willow Road**
**Northfield, IL 60093**

## General Social Work Goals for the 2007-2008 School Year

Social work goals at Hyde Park Day School include supporting the creation and maintenance of an environment and a climate that is most conducive to learning. In addition, the social worker instructs and coaches students in acquisition of specific social skills that will enhance their ability to learn and to be successful in the social environment. In research with adults with learning disabilities, it was found that six attributes were critical in defining overall success in life. These attributes are: self-awareness, perseverance, pro-activity, goal setting, emotional stability, and effective use of resources. These six "success attributes" form the core of our social skills curriculum. This year we will also incorporate material that assists students in thinking about how their different abilities enable them to acquire the skills they need to succeed academically and socially.

## General Goals for Fourth Graders

The first goal for our fourth graders has been to assist them in understanding the concept of transitions, acknowledging the accompanying feelings, and especially in managing the transition to a new school. We also focused on the importance of our school being a place where learning takes place in a safe, nurturing environment. A school-wide No-Bullying workshop was held on September 7.

The emphasis during social work class is on all six of the success attributes, as well as on non-verbal communication. Through literature, discussions, role-play, and in-class written assignments, our fourth graders will define their learning and social strengths as well as challenges, as we focus on the success attributes.

## Fall Comments

We have used our initial classes to follow up on the concepts related to bullying and to discuss transitions. We have had class discussions and activities addressing the first success attribute, self awareness, and will work on setting student-generated goals. Sarah appears to have made a nice transition to her new class and school. In our weekly social work class she has participated eagerly and has enjoyed sharing her ideas and thoughts. She expresses a positive attitude about being here, and early anxiety about classroom expectations has largely diminished. I look forward to getting to know Sarah better, and to working with her this year.

## Winter Comments

During the weeks since the Fall ILP Conferences, the weekly social work classes have focused on Goal Setting and Proactivity. Goal Setting, intentionally organizing one's

Judy Wall, L.C.S.W.

actions toward the achievement of a desired outcome, has been emphasized. Building on the concepts related to Self-Awareness, students have been learning that knowing one's self as well as maintaining investment and motivation is necessary in order to reach a goal. Students have set self-generated and realistic goals, broken these into manageable steps, and are tracking their progress toward achieving these goals. As we discuss Proactivity, students are exposed to the concepts of self-advocacy, taking initiative, assuming responsibility for one's actions, and effective decision-making.

Sarah has become a confident participant in her weekly social work class. She demonstrates the behaviors of an active learner as she tracks the discussions and raises her hand to offer her opinions and answers. She enjoys role playing, and generally displays a more assertive and comfortable demeanor than she did in the early weeks of the school year. In general she is well motivated and gives her best effort during our activities. As the class identified areas for improvement and effort, Sarah set goals for herself to improve her reading skills, and to make more friends at school. She is now tracking her progress toward her goals. Her interactions with friends appear comfortable, and anxiety that was evident during her transition to a new school has disappeared. We will continue to focus on Sarah maintaining her good investment and efforts.

Judy Wall, L.C.S.W.
(847) 446-7025 X 15
jwall1@uchicago.edu

Judy Wall, L.C.S.W.

## Occupational Therapy

**Long-term goal: Maintain an appropriate arousal level for increased attention and performance within the classroom.**

| Short-term goal:. Identify where engine level is running: high, low or just right. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Identify strategies to help maintain an appropriate level of attention. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Demonstrate strategies in the classroom to help maintain an appropriate level of attention. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Long-term goal comments:**

**Winter:** Sarah is participating in the Alert Program during O.T. group in the classroom as well as during individual sessions. This program will help her identify how her body's energy level is functioning. It may assist in determining the correlation between somatic responses to classroom work, attention level at the moment, and ability to inhibit. Sarah is learning vocabulary and learning how to label and modify her engine level to maintain an optimal attention level to maximize learning.

**Long-term goal: Demonstrate age-appropriate handwriting skills in the areas of letter size and formation, line placement and spacing.**

| Short-term goal: Print lowercase short sentences using upper and lower case letter without visual model maintaining accurate placement and spacing on the paper. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Write lowercase alphabet in cursive with use of visual model. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Write lowercase alphabet in cursive without visual model. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | X | | | |
| | Spring: | | | | | |

| Short-term goal: Write uppercase alphabet in cursive with visual model. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | X | | | |
| | Spring: | | | | | |

Jill McPhilliamy, OTR/L

Sarah B████
Occupational Therapy
2007-2008

**Short-term goal:** Write uppercase alphabet in cursive without visual model.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | X | | | | |
| Spring: | | | | | |

**Short-term goal:** Write eight to ten words in cursive with visual model.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | | X | | | |
| Spring: | | | | | |

**Short-term goal:** Write three to five words in cursive without visual model.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | | X | | | |
| Spring: | | | | | |

**Long-term goal comments:**

**Winter:** Sarah will work on printing using the "Handwriting without Tears" program. The emphasis will be on spacing, placement, and formation independence. She is beginning to learn cursive writing using sensory modalities to improve muscle memory and expedite the learning process.

**Long-term goal: Increase gross motor skills in order to engage more effectively in age appropriate activities during gym class.**

**Short-term goal:** Demonstrate age appropriate balance skills in 1:1 setting.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | | | X | | |
| Spring: | | | | | |

**Short-term goal:** Demonstrate age appropriate eye-hand coordination skills in 1:1 setting.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | | | X | | |
| Spring: | | | | | |

**Short-term goal:** Demonstrate age appropriate complex motor sequences in 1:1 setting.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | | | X | | |
| Spring: | | | | | |

**Short-term goal:** Demonstrate age appropriate bilateral coordination skills in 1:1 setting.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | | | X | | |
| Spring: | | | | | |

**Short-term goal:** Increase postural stability.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | | | X | | |
| Spring: | | | | | |

**Short-term goal:** Increase upper body strength.

| Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|
| Winter: | | | X | | |
| Spring: | | | | | |

Jill McPhilliamy, OTR/L

**Long-term goal comments:**

**Winter:** Sarah works hard at maintaining stability and balance. She stabilizes with her shoulders and back to obtain more accurate fine motor output. Bilateral coordination is an area on which Sarah needs to work. She fumbles and moves more slowly when a task requires both upper extremity use. Improvement in these areas will also help to improve arm and hand coordination so as to improve fine motor skills. Sarah will engage in a multi-sensory approach to gross motor skills including balance and whole body strengthening.

**Long-term goal: Increase fine motor skills for more effective completion of age appropriate fine motor activities in the classroom.**

| Short-term goal: Demonstrate age appropriate pencil grip. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Demonstrate appropriate shifting skills during manipulation activities. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Demonstrate appropriate rotation skills during manipulation activities. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Demonstrate appropriate motor planning skills for completion of fine motor activities. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Increase hand strength. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Increase speed and dexterity. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Long-term goal comments:**

**Winter:** Sarah requires work on finger dexterity, wrist mobility and hand strength in order to improve fine motor ease and accuracy. She will work on hand strengthening, tactile modalities to improve tactile discrimination as well as finger dexterity tasks and wrist mobility to improve speed.

**Long term goal: Increase visual motor skills for more effective completion of age appropriate visual motor skills in the classroom.**

| Short-term goal: Demonstrate age appropriate cutting skills. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|

Jill McPhilliamy, OTR/L

| | Winter: | | | X | | |
|---|---|---|---|---|---|---|
| | Spring: | | | | | |

| Short-term goal: Demonstrates ability to write or draw within an age appropriate boundary. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Demonstrate age appropriate ability to remain inside boundaries when writing and drawing. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Long-Term comments:**
**Winter:** Sarah is not yet able to remain in an age appropriate boundary when writing, drawing and copying due to limited finger dexterity, wrist mobility and eye-hand coordination. She will work on visual motor skills as well as strategies to increase fine motor precision.

**Long -Term: Increase visual perceptual skills so as to improve visual tasks in the classroom**

| Short-term goal: Accurately copy work from the board. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Exhibit age appropriate visual memory skills. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Exhibit age appropriate visual closure skiils | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Long –term goal comment:**
**Winter:** Sarah exhibits fair visual perceptual skills. She has some difficulty with visual memory skills. She tends to confuse the direction and spacing details. She is inaccurate in her visual memory of this area. Visual closure skills also are problematic. Sarah is not yet able to visualize the complete form when the form is incomplete. Sarah will engage in visual memory and spatial games and strategies to facilitate these areas.

**Long term goal:  Increase sensory processing skills in order to increase independence in the classroom.**

| Short-term goal: Increase maturation of the proprioceptive system. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

Jill McPhilliamy, OTR/L

Sarah D
Occupational Therapy
2007-2008

| Short-term goal: Increase maturation of the vestibular system. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Increase maturation of the tactile system. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

| Short-term goal: Increase body awareness. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | X | | |
| | Spring: | | | | | |

**Long term goal comments:**
**Winter:** Sarah will work on sensory motor skills both in individual sessions and classroom group sessions. This will help to improve kinesthetic awareness, visual perceptual skills, adaptability to movement and coordination as well as motor planning skills, muscle tone and strength. The improvement of these skills will help to improve classroom function.

## Overall occupational therapy comments

**Winter:**  Sarah attends two 30 minute Occupational Therapy sessions.  She is delightful and a hard worker. She adapts to the varying routine.  Sarah is participating in the Alert Program during O.T. group in the classroom as well as during individual sessions. This program will help her identify how her body's energy level is functioning.

She is working on motor strength, coordination and visual perceptual skills.  Sarah is learning cursive through the "Handwriting without Tears" program.  Sarah requires work on finger dexterity, wrist mobility and hand strength in order to improve fine motor ease and accuracy.

Regarding gross motor skills, Sarah works hard at maintaining stability and balance.  She stabilizes with her shoulders and back to obtain more accurate fine motor output.  Whole body strength will be addressed for improved sitting and fine motor endurance.

Sarah exhibits fair visual perceptual skills.  She has some difficulty with visual memory.  She tends to confuse the direction and spacing details when recalling the forms.

Lastly, Sarah will work on sensory motor skills both in individual sessions and classroom group sessions. This will help to improve kinesthetic awareness, visual perceptual skills, postural stability, and motor accuracy.  I am really looking forward to working with Sarah this year!

Jill McPhilliamy, OTR/L

## Speech & Language Pathology

Speech/Language therapy addresses goals in the areas of receptive language, expressive language, articulation/phonology, and pragmatics/social language as well concept imagery. Sub-goals are developed under each heading so that specific needs are addressed.

### Long-term goal: Improve receptive/expressive language skills

| Short-term goal: To independently utilize the following "good listening" techniques in a one-on-one setting and in a structured classroom setting:<br>• To establish/maintain eye contact at the speaker.<br>• To re-auditorize the information.<br>• To ask for repetition/clarification.<br>• To maintain focus on the topic at hand. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | | x |
| | Spring: | | | | | |

| Short-term goal: To follow multi-level directions in a one-on-one setting and in a structured classroom setting with 80% consistency given minimal prompting (1-3 prompts). | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

| Short-term goal: To comprehend language concepts, including: spatial relationships, ordinal, temporal, comparative, superlative, quantity, and descriptive attributes in sentences and short paragraphs with 75% accuracy given minimal prompting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

| Short-term goal: To display the ability to recognize her own level (such as familiar, a little familiar, unknown) of word knowledge about targeted curriculum vocabulary during oral presentation or read aloud activities with 75% consistency and accuracy, given maximum, fading to moderate/minimal support. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |

| Short-term goal: To build vocabulary by using curriculum words. Pre-teaching of vocabulary will occur secondary to collaboration with classroom teachers.<br>• To provide oral definition of the given word.<br>• To provide a written definition of the given word.<br>• To create a novel sentence by using the word appropriately. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

| Short-term goal: To explain associations between targeted curriculum vocabulary words using strategies related to word meanings (synonyms, antonyms), word classes (categories), and/or additional qualities with 80% consistency given moderate support. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |

| Short-term goal: To answer questions (i.e. WHO, WHAT, WHERE, WHEN, WHY, HOW) based on short stories and paragraphs presented orally. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |

Jenice C. Reyes, M.A., CCC-SLP

Sarah D~~~~~
Speech /Language Pathology
2007-2008

| Short-term goal: To identify the linguistic category of words (i.e. noun, adjective, verb, adverb) and their functions within sentences that affect meaning. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

| Short-term goal: To display understanding and use of syntactic and morphological rules, such as pluralizing nouns, verb tense, and pronoun use in sentences in structured language situations with 85% consistency and accuracy given moderate prompting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

| Short-term goal: To demonstrate the ability to formulate sentences during conversational speech utilizing the following verb tenses when appropriate: regular past tense, irregular past tense, and future tense. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

## Long-term goal: Improve word retrieval and/or memory skills

| Short-term goal: To utilize strategies to retrieve words during conversational speech with 80% accuracy given minimal prompting:<br>• To provide synonym or antonym of the word.<br>• To provide category name.<br>• To provide a definition of the word.<br>• To gesture, pantomime, or draw the word. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

| Short-term goal: To participate in the creation and development of retrieval strategies (i.e. phonemic association, semantic association, rhyming words, visual imagery, etc.) for curriculum words in sentences and in discourse with 75% consistency and accuracy given moderate prompting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

## Long-term goal: Improve articulation/phonology skills and phonemic awareness skills (*new goals*).

| Short-term goal: To participate in oral motor activities that involve imitating specific oral motor skills to increase awareness of correct positions of her articulators (i.e. lips, jaw, tongue) when producing specific sounds. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | x | | | | |
| | Spring: | | | | | |

| Short-term goal: To produce all age-appropriate phonemes in words, sentences, and conversational speech with 85% consistency and accuracy with minimal prompting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

*(new goal)*

| Short-term goal: To develop and use phonemic awareness skills (i.e. recognizing and producing rhymes, in sounds, syllable and word discrimination, blending, segmentation, and phoneme segmentation, etc.) to support reading instruction with 80% accuracy given maximum, fading to moderate support. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

Jenice C. Reyes, M.A., CCC-SLP

Sarah D̶̶
Speech /Language Pathology
2007-2008

*(new goal)*

| Short-term goal: To demonstrate auditory closure skills to fill is missing sounds, words, or concepts in words and sentences with 85% consistency and accuracy. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | x | | | | |
| | Spring: | | | | | |

**Long-term goal: Improve oral and written language comprehension and expression as well as critical thinking skills through development of concept imagery (gestalt and visual imaging) as suggested by the *Visualizing and Verbalizing for Language Comprehension and Thinking® program (VV).***

| Short-term goal: Display knowledge of the 12 "structure words" through verbal, non-verbal (for example, gesture, facial expression, and drawing) and/or written modalities with minimal prompting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |

| Short-term goal: Utilize skills from the process of VV, including picture, word, sentence, paragraph and whole page imaging, etc. in various activities during lessons with minimal prompting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |

| Short-term goal: Utilize visual imaging in expressing ideas both verbally and non-verbally (gesture, facial expression) during lessons with minimal prompting as appropriate for this student. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | | x | |
| | Spring: | | | | | |

| Short-term goal: Utilize gestalt and visual imaging skills in activities such as identifying main idea in a sentence and/or short paragraph as appropriate for this student. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | x | | | | |
| | Spring: | | | | | |

| Short-term goal: Apply organizational and word-finding strategies as needed during concept imagery lessons with moderate to minimal prompting. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

| Short-term goal: Display ability to convey ideas utilizing VV concepts in drawings, verbal or written expression at various levels (sentences to paragraphs or short stories of several paragraphs) across a variety of assignments during the school day with minimal prompting from instructors or therapists as appropriate for this student. | Student Progress | Not Addressed | Beginning Skill | Needs Continued Practice | 60-80% Mastery | 80-100% Mastery |
|---|---|---|---|---|---|---|
| | Winter: | | | x | | |
| | Spring: | | | | | |

## Overall speech and language pathology comments

**September 2007:** Sarah is working towards strengthening her vocabulary, oral/written expression (i.e. syntax, and grammar), and comprehension. She is beginning to learn the importance of concept imagery during weekly Visualizing and Verbalizing activities. The primary focus of Sarah's individual and small group speech/language therapy sessions is to enrich her language skills; however, her speech intelligibility in conversational speech will be continually monitored. I look forward to working with Sarah this year!

Jenice C. Reyes, M.A., CCC-SLP

**January 2008:** Sarah has participated in weekly individual and small group (with one peer) speech/language therapy sessions and weekly Visualizing and Verbalizing class. The goals that were addressed focused on strengthening Sarah's receptive/expressive language skills, word retrieval skills, articulation and phonemic awareness skills, and concept imagery. Sarah has demonstrated "good listening" skills. When appropriate, she will request for clarification and repetition of information presented to her. Multi-step directions require moderate support and repetition (2-3 times) in order for Sarah to execute them accurately. Sarah learned what each "WH-" questions ask for and created a graphic organizer that includes types of clues to look for when answering "WH-" questions. For example, when she is asked a "WHEN" question she needs to identify words that refer to time in the question. Discussing the key words linked to each "WH-" question has helped Sarah demonstrate an understanding of questions asked in a structured setting or during conversational speech. Her syntax and grammar have been addressed during her individual speech/language therapy sessions. Clinical observation revealed that when specific morphological rules (i.e. present/past/future tense) were addressed in isolation and in sentences, it was unclear whether Sarah comprehended the meaning of these morphological rules. The morphological rules that were addressed were not carried over in her spontaneous speech. It is believed that as Sarah's decoding and encoding skills improve and as she demonstrates the ability to decode for meaning, her application of particular morphological rules will become consistent over time. Increasing her vocabulary knowledge and use are skills that are being addressed and in progress at this time. In order to strengthen Sarah's vocabulary knowledge and word retrieval skills, she has learned the following: learning and identifying synonyms and antonyms, identifying semantic relationships between words, and creating visual imagery of target words.

Sarah's oral motor skills and articulation skills were not the primary skills addressed during speech/language therapy. However, Sarah continues to produce f/th (voiceless fricative) and d/th (voiced fricative) in conversational speech. Sarah has responded to visual and verbal support for accurate production of the fricative /th/. In addition, phonemic awareness goals were addressed to facilitate her progression in her decoding and encoding skills. She benefited from phonemic awareness activities that focused on segmenting sound and syllables, discriminating sounds in initial and final position in words, blending sounds, and rhyming words.

Sarah learned 12 structure words derived from the Visualizing and Verbalizing class. She has demonstrated the ability to identify and provide examples of the 12 structure words (i.e. what, size, color, number, shape, where, movement, mood, perspective, when, and sound). The idea of learning and solidifying the 12 structure words is to provide Sarah the opportunity to incorporate detail and to strengthen her symbol imagery as her concept imagery or the gestalt ("big picture" or main idea) in her oral and written expression. Structured Visualizing and Verbalizing activities allowed Sarah to demonstrate her understanding of creating mental images of pictures, known nouns (pictures of familiar nouns), and single sentences. She was an active participant throughout all structured activities. At this time, she is applying skills learned from the initial steps of the Visualizing and Verbalizing program while orally reading or listening to chapters from the book, Marvin Redpost: Is He a Girl or Boy? If Sarah requires additional support on strengthening her symbol imagery and concept imagery, Visualizing and Verbalizing activities are carried over to her individual speech/language therapy sessions. Sarah's ability to apply concepts learned during weekly Visualizing and Verbalizing activities will be continually monitored across all academic areas.

Jenice C. Reyes, M.A., CCC-SLP

Sarah D███████
Speech /Language Pathology
2007-2008

Jenice C. Reyes, M.A., CCC-SLP

Sarah D⬛⬛⬛⬛
Assessment Record
2007-2008

**Assessment Record**

**Wilson Reading Assessment (WADE)**

|  | Fall | Winter | Spring |
|---|---|---|---|
| Decoding Sounds | 28%  (34/120) | 39% (47/120) |  |
| Decoding: Real Words A | 27%  (8/30) | 60% (18/30) |  |
| Decoding: Nonsense Words A | 20% (3/15) | 53% (8/15) |  |
| Encoding: Word List A | 3%  (3/100) | 11% (11/100) |  |

**Red Words**

|  | Fall | Winter | Spring |
|---|---|---|---|
| Decoding | Level 1 -- 84%<br>Level 2 – 41%<br>Level 3<br>Level 4<br>Level 5 | Level 1 – 95%<br>Level 2 – 55%<br>Level 3 – 4%<br>Level 4<br>Level 5 |  |
| Encoding | Level 1 – 32%<br>Level 2<br>Level 3<br>Level 4<br>Level 5 | Level 1 – 53%<br>Level 2 – 14%<br>Level 3<br>Level 4<br>Level 5 |  |

**Quantitative Reading Inventory (Part 1: Words read correct in isolation)**

|  | Fall | Spring |
|---|---|---|
| P-P | 85% |  |
| P | 35% |  |
| Level 1 |  |  |
| Level 2 |  |  |
| Level 3 |  |  |
| Level 4 |  |  |
| Level 5 |  |  |
| Level 6 |  |  |
| Upper Middle Sch |  |  |
| High School |  |  |

**Quantitative Reading Inventory (Part 2a: Orally reading a passage)**

|  | Fall | Spring |
|---|---|---|
| Preprimer | Frustration |  |
| Primer | Frustration |  |
| Level 1 |  |  |
| Level 2 |  |  |
| Level 3 |  |  |

Kelli Corkle

Sarah R[████]
Assessment Record
2007-2008

| | | |
|---|---|---|
| Level 4 | | |
| Level 5 | | |
| Level 6 | | |
| Upper Middle Sch | | |
| High School | | |

***The Quantatative Reading Inventory allows students to look back in a passage to answer comprehension questions (A skill used by many proficient readers).   The scores for questions answered using this technique are denoted in a separate column below.

**Quantitative Reading Inventory (Part 2b: Orally reading and answering comprehension questions)**

| | Fall | | Spring | |
|---|---|---|---|---|
| | No Look-back | Look-back | No Look-back | Look-back |
| Preprimer | Instructional | NA | | |
| Primer | Frustration | NA | | |
| Level 1 | | NA | | |
| Level 2 | | NA | | |
| Level 3 | | | | |
| Level 4 | | | | |
| Level 5 | | | | |
| Level 6 | | | | |
| Upper Middle Sch | | | | |
| High School | | | | |

**Quantitative Reading Inventory (Part 3: Listening and answering comprehension questions)**

| | Fall | | Spring | |
|---|---|---|---|---|
| | No Look-back | Look-back | No Look-back | Look-back |
| Preprimer | | NA | | |
| Primer | | NA | | |
| Level 1 | Instructional | | | |
| Level 2 | Instructional | NA | | |
| Level 3 | Frustration | NA | | |
| Level 4 | | | | |
| Level 5 | | | | |
| Level 6 | | | | |
| Upper Middle Sch | | | | |
| High School | | | | |

**Fluency: DIBELS**

| | Fall | Winter | Spring |
|---|---|---|---|
| Oral Reading Fluency | 14/26 correct WPM 54% accuracy | 14/25 correct WPM 56% accuracy | |

Kelli Corkle

Sarah ████████
Assessment Record
2007-2008

## Writing

| Level         | Fall      | Spring |
|---------------|-----------|--------|
|               | Basic     |        |
| Focus         | 2/6       |        |
| Elaboration   | 1/6       |        |
| Organization  | 1/6       |        |
| Integration   | 2/6       |        |
| Conventions   | 1/2       |        |
| Total Score   | 7/26      |        |

## Typing (WPM)

|                                       | Fall | Spring |
|---------------------------------------|------|--------|
| Copied Sentence                       | 2.6  |        |
| Independently Composed Sentences      | 1.4  |        |

## Math: GMADE

|                            | Fall        |                | Winter      |                | Spring    |                |
|----------------------------|-------------|----------------|-------------|----------------|-----------|----------------|
|                            | Raw Score   | Standard Score | Raw Score   | Standard Score | Raw Score | Standard Score |
| Concepts and Communication | 10          | 65             | 18          | 83             |           |                |
| Operations and Computation |             | 53             |             | 96             |           |                |
| Process and Applications   | 10          | 88             | 19          | 90             |           |                |

Kelli Corkle