**Jill McPhilliamy OTR/L**
**2939 Peachgate Ct.**
**Glenview, Il.**
**(847) 657-7157**
License # 056-002053

Student's Name: __Sarah D_____     Date: __December 3, 2007__
Phone Number: __███████__     School: __Hyde Park Day School__
Student's Birthdate: __███████__     Age: __9 years 6 months__
Grade: __4th__                    Teacher: __Ms. Stephani and Ms. Kelli__

Reason for referral:
<u>An Occupational Therapy evaluation was recommended following an Occupational Therapy screening per teacher request. Sarah was observed to have difficulty with fine motor output and motor planning skills during class activities.</u>

Areas Assessed:
- Fine and Gross Motor Skills
- Visual-Motor Integration
- Visual Perception
- Activities of Daily Living
- Range of Motion and Strength
- Sensorimotor Coordination
- Sensory Processing

Assessments Tools Used:
- Teacher's report
- Bruinink's- Oseretsky Test of Fine Motor Skills -(assesses fine motor skills and is standardized on children 4 ½ to 14 years)
- Test of Visual Motor Integration- (assesses children's ability to organize, analyze and plan visual and motor skills as well as motor control and accuracy)
- Test of Non-Motor Visual Perceptual Skills- (determines student's ability to receive meaning from what he sees on a two-dimensional level)
- Range of Motion (The degree to which one is able to move their extremities).
- Manual Muscle Testing - (This test determines the functional strength of each muscle group).
- Clinical and/or Classroom Observations
- Sensory Processing Observations This is the ability to receive, interpret, sort and integrate sensory information from touch, gravity and movement (vestibular), muscle and joint information (proprioception), vision, auditory, taste and smell to respond appropriately to the environment).


EXHIBIT E

Page _1_

- The <u>Beery-Buktenica Developmental Test of Visual-Motor Integration (VMI)</u> - A standardized evaluation of visual-motor development based on reproduction of geometric shapes.

Behavior/attitude during evaluation: Sarah was tested during two 60 minute sessions. She was cooperative, seemed to try her best, and appeared motivated during the session.

Sarah is appropriately conversational. She asks good questions. She asks frequent questions for clarification. She also seemed to require directions repeated in several different ways. Sarah verbalizes many good ideas and really seems to find a way to have fun no matter what she is doing!

Sarah demonstrated good attention to tasks. However, at times she appeared to distract herself by her own thoughts and questions. She worked carefully much of the time. Sarah rushed through some tasks appearing more clumsy and inaccurate.

## Test Results

The <u>Test of Visual Perceptual Skills (TVPS)</u> was completed to measure Sarah's visual perceptual skills. This test measures visual perception without a motor action. Children are asked to view pictures versus physically reproducing them. The assessment includes seven sub-tests, including visual discrimination (matching a form to another among a group of like forms), visual memory (remembering visual information for immediate recall). This skill involves remembering details of objects. Visual spatial relationships (identifying the position and directions of objects in relation to itself and other objects) this relates to b/d, m/w confusion. Visual form constancy (finding a form that is similar to another in a different picture or background), involves recognizing a shape even if it is patterned in, larger, smaller, sideways, or in a different color. Functionally this is the ability to find clothing that is folded up or hung differently than it is usually. Academically it enables the child to know that an "a" is an "a" even if it is written in a different color, font or location on a page. Visual sequential memory (remembering an increasingly longer sequence of designs) is the skill involved in spelling and the recall of writing spelling words. Visual figure-ground (perceiving a form and finding it hidden in a busy background), involves the child's ability to find a word in a sentence, sentence in a paragraph, or page in a book. It is also the ability to find a can on a shelf, sock in a drawer, or pencil in a desk. Visual closure (determining which form would be the same as the sample if the drawing was completed) enables an individual to recognize a completed form even though an item is unassembled. This skill is used to build from a diagram or complete a puzzle. Individual sub-tests have an average standard score of 100, and a standard deviation of 15. Sarah's scores on this assessment are as follows:

|  | Raw Score | Standard Score | Percentile Rank |
|---|---|---|---|
| Visual discrimination | 14 | 105 | 63% |
| Visual memory | 11 | 81 | 10% |
| Visual spatial-relationships | 16 | 120 | 91% |
| Visual form constancy | 12 | 104 | 61% |
| Visual sequential memory | 11 | 94 | 34% |
| Visual figure-ground | 12 | 101 | 53% |
| Visual closure | 8 | 74 | 4% |

Sarah seemed to try her best on this evaluation. She had little difficulty with most sections, scoring in the average to above average range. Sarah had difficulty with two subsections: the visual memory and visual closure sections. However, she did not slow down significantly or even seem to realize that she was having difficulty with the items. She didn't question her responses or attempt to change or fix them.

The majority of the sections seemed to come very easy for Sarah. She used appropriate strategies and exhibited good visual tracking. Regarding the visual memory section, Sarah did not remember single visual details accurately. She labeled the items with names that she could easily remember. This is a good strategy. However, she mixed up direction, number of items in the picture, or size when required to identify the item from memory. **Verbalization or visualizing pictures may be an alternative strategy for Sarah**.

Visual closure was another area of concern for Sarah. She is not yet able to visualize and anticipate what a partially completed item might look like if completed. This relates to abstract thinking and problem solving. **It may be helpful to ask Sarah leading questions when reading books together: What do you think might happen? What do you think would happen if the character chose to do this instead?... Puzzles, model building, arts and crafts projects are beneficial activities to facilitate this skill.**

Other suggestions for home and school to assist Sarah in visual perceptual skills include:

**1. Have her remember a few items visually lists written on a dry erase board or chalk board: grocery lists, phone message, to do list, complaints.**
**2. Lay out 5-6 pieces of the memory game. Have her do a short errand and see if she can come back and remember the forms in order.**
**3. Memory game using forward and backward forms or parts of forms matching to the whole form.**

**4. When grocery shopping, give her a picture or written list items to remember to get. Have her remember a number of items to get (in the same section). For example, get 4 apples, 3 oranges, and 2 pears.**
**5. When stopped at a stoplight, have Sarah remember as many things about a building as possible. When you pull away see how many things she can remember.**

### Bruinink's and Oseretsky Test of Motor Proficiency

The <u>Bruininks-Oseretsky Test of Motor Proficiency,</u> the fine motor and neuromotor portions of the evaluation was administered with Sarah to gain insight into his visual motor performance and skill levels. This assessment measures motor coordination, bilateral coordination, dexterity, visual-motor control, response speed, and strength. Individual sub-tests have a raw score, which is converted to a standard score. A standard score between 12 and 18 is within the average range. Standard scores have a mean or average of 15 and a standard deviation of 5. Composite standard scores have a mean of 50 and a standard deviation of 10. The results of Sarah's testing is as follows:

<u>Individual Test Standard Score</u>

(Mean 15, +/-5)

Gross Motor Subtests:

| | |
|---|---|
| *Running speed and agility* | 1 - Low Range |
| *Balance* | 14-Average Range |
| *Bilateral coordination* | 7 –Below Average Range |
| *Strength* | 7 -Below Range |

Individual Subtest

| | |
|---|---|
| *Upper limb coordination* | 12  Average Range |

*Tests neuromotor skills as well as ball skills*

Fine Motor Subtests:

| | |
|---|---|
| *Response speed-* | *5* -Below Average Range |

*This tests one's ability to react quickly to a moving object.*

- *Visual Motor Control-*                  8-Below Average Range

*These tasks show the child's ability to cut, copy geometric shapes, and draw within mazes.*

*Upper Limb Speed and Dexterity-*          13-Average Range

*-Tests accuracy and coordination when moving quickly*

|  | Composite Standard Scores | Percentile Rank |
|---|---|---|
|  | (mean 50, +/- 10) |  |
| *Gross motor composite -* | 25 Standard Score - | 1st percentile |
| *Fine motor composite -* | 32 Standard Score | 2nd percentile |

*Battery composite-*Sarah's composite standard score = (mean 50, +/- 10) overall fell in the 1st%

During the gross motor subtests Sarah attempted all tasks and appeared very motivated. She seems to enjoy gross motor activities.

Regarding the **balance** subtest, Sarah scored in the average range. She easily balances on one foot, walks a two inch balance beam, and balances with her eyes closed with very little difficulty. She exhibits good kinesthetic awareness with regard to balancing movements.

Sarah scored in the below average range in the **bilateral coordination** skills section. She exhibits difficulty with rhythmic movements requiring both sides of the body. She typically moved more slowly and laboriously when engaging in actions requiring two sides of the body. Sarah requires work to improve body awareness, strength, and timing skills to improve bilateral coordination.

During the **strength** subtests, Sarah had difficulty completing an appropriate amount of sit-ups and jump a fair distance when performing the standing broad jump. Arm strength is limited. Sarah is not yet able to perform a modified push up. Improved arm and trunk strength is required to improved bilateral coordination and body awareness resulting in improved overall coordination and motor planning skills.

During the fine motor battery, Sarah continued to be very cooperative. She worked quickly and consistently. She appeared to fatigue during the fine motor tasks. However, she did not quit or rest. Sarah seemed to have more difficulty with tasks requiring small precise movements and controlled wrist mobility.

Page 5

Sarah had difficulty with the **response speed** section. She was unable to time a quick response to the falling object. She commented that she "needed to practice." This was necessary for Sarah to get the rhythm. She was unable to elicit a response quick enough on a consistent basis.

Sarah worked continuously and with good attention during the **visual motor section.** She persists during difficult activities. However, she demonstrates difficulty when engaging in tasks requiring precision and continuous wrist movement. This interferes with accuracy. Her eye-hand coordination is limited. Sarah had difficulty when copying simple to moderately complex forms. Limited visual motor skills and motor planning interfered with accuracy. Her lines, angles, and closures were misaligned and she had difficulty identifying the appropriate place to begin and end a form.

Sarah participated in the **upper limb speed and dexterity** section which tests accuracy and coordination when moving quickly. She was able to move quickly and accurately when engaging in tasks requiring less precision. She needed to slow down and fumbled more often when tasks required greater eye-hand coordination. She tends to use a gross grasp when writing and lifting small objects. Sarah typically does not use her helper hand to hold objects steady. Instead, she relies on her dominant hand to do all of the work. This is partially due to limited bilateral coordination.

The upper Limb Coordination section tests neuromotor skills as well as ball skills. Sarah did fair on the neuromotor items. Timing and motor planning interfered with engaging in hitting and accurately throwing a ball.

Regarding the neuromotor items, Sarah demonstrates the ability to identify her fingers when her eyes were closed. She was also able to maintain eyes closed and accuracy when asked to touch her finger to her nose. Sarah is not yet able to pivot her thumb and index finger as in the "Itsy Bitsy Spider." Motor planning interferes with this skill. Suggestions include:

**Movement activities such a dance, swimming, or acting classes. Other activities include: playing at the park: sliding, swinging, playing in the sand box**

**Build an obstacle course inside or outside performing tasks like going in, under, around, on top,...**

**Have her walk backward or with her eyes closed to a room in the house given a safe path.**

**Engaging in fine motor tasks using tactile materials: shaving cream, pudding, dry jello, clay, floam, squeezy toys, squirt toys.**

**Moderately complex mazes**

In summary,

Sarah scored in the 1st percentile on the gross section and the 2nd percentile on the fine motor portions of this test. She appeared motivated and exhibited good attention to tasks. She demonstrates good balance skills. She is also able to move quickly and remain fairly accurate when engaging in activities requiring gross movements and speed. Sarah exhibits limited motor strength to sustain fine motor tasks with consistent accuracy. Bilateral coordination skills require work to improve motor accuracy and coordination. Sarah exhibits limited wrist mobility and eye hand coordination to remain accurate on more precise tasks like mazes and copying forms. She was able to perform certain ball tasks like bouncing and catching a ball. However, Sarah has more difficulty with throwing and catching a ball. This is due to limited timing and motor planning skills. Similar skills interfered with the response speed section.

**Activities to help facilitate eye-hand and motor planning skills:**

1. **Dribble basketball around cones**
2. **Throw at velcro targets**
3. **Crumple junk mail and throw into trash**
4. **Roll in the snow or down a hill**
5. **Snow angels**
6. **Block designs: lego models and tangrams**
7. **Paint by numbers**
8. **Mazes**
9. **Ed Emberly drawing books**
10. **Take turns adding on to a drawing to make a picture**
11. **Cut out coupons from the paper-look for the picture on your home shelf or grocery store shelf.**
12. **Provide visual instruction when ever possible**

<u>**Visual Motor Integration:**</u>

The Beery VMI was administered to provide additional information about Sarah's visual motor integration skills. This test examines the child's ability to copy simple shapes that are presented developmentally. The motor portion of the evaluation tests the child's ability to sustain precise control of a writing tool over space and through time. The standard score for each section of this assessment is 100, with a standard deviation of 15 points. Sarah's results are as follows:

**Motor**

Standard Score __80__ which is in

the __.9th %__ percentile or in the __Low range__

**VMI**

Standard Score __74__ which is in

the __4th%__ percentile or in the __Low range__

Sarah is able to copy simple to moderately complex familiar forms. She accurately completes a cross, an "X," with a line through it, square, and triangle. She had more difficulty completing forms that required accurately aligning figures, planning where to position the forms so that they remain in spatially accurate. It was also difficult for her to decide where to start and stop so that the forms were aligned accurately. Forms that Sarah had diffculty with include: a cross with arrows on the end, diamond and adjacent circle, and a circle and adjacent diamond. Any kind of manipulative practice or kinesthetic experience she can have before or during engaging in a motor task would assist with the speed, comprehension, and accuracy of the output. Reminding her to attend to boundaries and details as well as thinking or planning before engaging in the tasks may assist in accuracy. Sarah can verbalize her plan or practice with tactile modalities like clay, burlap, her desk, chalk or in the air. Using her finger to practice on various surfaces is also beneficial.

Sarah scored in the low range on the motor portion of this subtest. She works quickly and impulsively at times. This is mosts apparent when she has been working for a while and seems to become fatigued. Limited eye-hand coordination, motor planning, and motor control interfere with motor accuracy. Suggestions to help facilitate motor control, motor planning, spatial orientaion, and endurance include:

1. **Tear lettuce**
2. **Play tug o' war**
3. **Make letters and numbers out of cooked spaghetti, pretzel sticks, or clay.**
4. **Plan part of a meal**
5. **Make a snack**
6. **Set the table**
7. **Jewelry making using a pre set pattern**
8. **Hamma beads making**
9. **Shrinky dinks**

School activities:
1. **Erase the chalkboard with two hands**

**2. Pass out papers**
**3. Help roll up posters or rolls of papers**
**4. Hand clapping games, keeping the beat of music**
**5. Use a cover sheet to decrease visual stimulation**
**6. Use different color marker to differentiate between items on the board**
**7. Write on a resistive surface such as burlap, slant board, rough paper when learning novel fine motor forms.**

**Clinical Observations:**

Eye Tracking: Decreased eye movements may cause difficulty in visual attention on the teacher and tasks as well as ability to copy from chalkboard and books. Sarah had no difficulty visually tracking an object. However, when tracking several objects on paper she tends to lack organization. This slows her down and causes her to miss some details.

**Coloring:**
Picture area: Sarah colors an age appropriate 6 inch form with slight difficulty. She remains inside the lines for a brief time. Then she tries to color in many different directions. This makes the appearance of the project more immature. She fatigues quickly. She also seems to have difficulty performing small adjustments with the crayon when she gets close to the lines. This is due to limited wrist mobility and eye-hand coordination.

**Handwriting Skills:**
- Dominance/Grasp: Sarah is right hand dominant. She uses a modified tripod grasp. She places her index finger and middle finger on the top of the pencil and thumb wrapped around the other fingers. She also does not place the pencil in her web space. This causes limitations in the mobility of her wrist and quick fatigue.
- Letter formation: Sarah forms all printed letters from memory and is working on cursive. She is able to copy letters with little difficulty. However, is not yet writing them from memory. She really needs to think about how to form the letters currently.
- **Range of Motion**

Sarah's Upper Extremity range of motion is within functional limits.
Her trunk and lower extremity range of motion is also within functional limits.

- **Manual Muscle Test**

Sarah's arms and hands present with limited muscle strength. The implications of these limitations may cause limited fine motor endurance. She may also have more difficulty lifting, pushing, pulling, or sustaining her body weight as in a prone position.

Sarah demonstrates slightly limited abdominal strength. The implications of this limitation includes difficulty sustaining a sitting position for long periods of time and maintaining stability during writing tasks.

**Sensory Processing:**

Sensory processing involves the ability to receive, interpret and integrate sensory information from our bodies and our environment in order to organize the information for a purposeful outcome. Specifically, this involves the ability to accurately modulate (selecting or filtering the sensory information necessary to maintain an optimal arousal level) and discriminate (selection and usage of the appropriate information for a certain skill or circumstance).

The Sensory Profile (Dunn) is a parent report of the child's behavior. It analyzes activity performance and preferences. The profile marks patterns of behaviors related to sensory processing. It looks at sensory behaviors as it affects motor planning, regulation, and modulation.

In this sensory profile, hyper and hyporesponsive behaviors were assessed with regard to different sensory domains. These include: tactile (touch), vestibular (movement), proprioceptive (deep pressure) auditory and visual input. Over-responsive or under-responsive registration in any of these areas may result in difficulty with behavior (anxiety, passive behaviors, energy regulation or impulse control). Motor skill acquisition may be effected. This may result in difficulty with self help skills, organizational and motor planning skills. Another area that may be problematic is social-emotional development, including coping skills and the need to either explore through the tactual sense or avoid unfamiliar tactile input.

Scores with in the Probable Difference Range are one standard deviation away from the mean. Scores falling within the Definite Difference Range are two standard deviations away from the mean. Sarah's results follow:

Factor subsections:

| | Typical Performance | Probable Difference | Definite Difference |
|---|---|---|---|
| **Sensory Seeking** | X | | |
| **Emotionally Reactive** | | X | |
| **Low Endurance/Tone** | X | | |
| **Oral Sensory Sensitivity** | X | | |
| **Inattention/Distractibility** | X | | |
| **Poor Registration** | X | | |

| | Typical Performance | Probable Difference | Definite Difference |
|---|---|---|---|
| Sensory Sensitivity | X | | |
| Sedentary | X | | |
| Fine Motor/Perceptual | X | | |

## Section Scores:
### Sensory Processing

| | Typical Performance | Probable Difference | Definite Difference |
|---|---|---|---|
| Auditory Processing | X | | |
| Visual Processing | X | | |
| Vestibular Processing | X | | |
| Touch Processing | X | | |
| Multisensory Processing | X | | |
| Oral Sensory Processing | X | | |

### Modulation

| | Typical Performance | Probable Difference | Definite Difference |
|---|---|---|---|
| Sensory Processing Related To Endurance/Tone | X | | |
| Modulation Related to Body Position and Movement | X | | |
| Modulation of Movement Affecting Activity Level | X | | |
| Modulation of Sensory Input Affecting Emotional Response | X | | |
| Modulation of Visual Input Affecting Emotional Response and Activity | X | | |

### Behavior and Emotional Responses

| | Typical Performance | Probable Difference | Definite Difference |
|---|---|---|---|
| Emotional/Social Responses | X | | |
| Behavioral Outcomes of Sensory Processing | | X | |
| Items Indicating Thresholds for Response | X | | |

The factor summary reveals patterns related to the child's responsivity to stimuli in the environments. **Typical performances** were seen in all areas but two. A **Probable Difference** was shown in the area of emotional reactive and behavioral outcomes related to sensory processing. There were no areas that fell into the **Definite Difference range.**

## Sensory Observations and discussion of Sensory Profile

The vestibular system provides us a sense of where our body is in space. It activates and modulates postural tone, balance, eye movements, and arousal level (maintaining an arousal level and transitioning between states). It impacts attention (discriminating between important information).

The proprioceptive system enables us to receive accurate information from our muscles and joints. It allows one to be aware of where and how our muscles and joints are moving. This system helps to improve motor planning skills. (This is the ability to plan, sequence, initiate and organize novel motor tasks) by helping to improve kinesthetic awareness and body awareness.

The Tactile System is one of the earliest developing systems. It develops in utero. It helps to build body maps. It addresses body concept and safety sense such as pain and temperature.

Sarah exhibits the need for monitored vestibular stimulation. She seeks out this information. When engaging in movement activities such as swinging, jumping, rolling she becomes disorganized and dizzy easily. This may effect her ability to filter information, move quickly, motor plan quickly and accurately and attend when there is multiple sensory information occurring in the room. This may cause some frustration and confusion which may lead to emotional or behavioral responses.
Sarah appears to process and discriminate tactile information accurately.

### School Suggestions for movement breaks

- **Sliding feet along the floor when walking**

- **Bouncing up and down on toes when walking**

- **Head rolls**

- **Shake out body vigorously**

- **Swing for a short time at recess**

- **Take a jumping break**

- **Home Suggestions**

- **Do homework while sitting on a therapy ball**

- **Provide snacks during homework**

- **Place weights on lap to provide proprioceptive input**

- **Movement breaks**

Conclusion:
Sarah is a 9 year old third grade girl. She appears motivated, appropriately conversational, and a hard worker. She was evaluated during two 60 minute sessions. The Test of Visual Percpetual skills was administered. Sarah accurately identifies like forms among other similar forms (form constancy), find forms "hiding" among others (figure ground) and remembers the sequential items due to using a pattern or verbal plan. She had more difficulty remembering the gestalt of forms (single item memory). She also had difficulty with visual problem solving (visual closure). Visual tracking and organization seemed to slow her down. This can interfere with fine motor copying and learning novel motor tasks.

Sarah was also given the Bruinink's Oseretsky Test of Motor Proficiency. She scored in the 1st percentile on the gross motor section and the 2nd percentile on the fine motor section. Balance tasks was a strong area. Bilateral coordination skills slowed her down and interferes with motor planning. Strength is limited which inhibits speed and precision. Visual organization and motor planning made Sarah move more slowly motorically and visually.

Sarah scored in the average range on the speed and dexterity section on the fine motor portion. She moves quickly and accurately when precision is not too demanding.
 Sarah was given the Test of Visual Motor Skills. She scored in the low range on both the visual and motor portions of this test. Her motor ability to complete the tasks successfully was inhibited by fine motor endurance, eye hand coordination, and motor planning skills limitations.

The Sensory Profile suggests that Sarah may have difficulty organizing sensory information. Sarah does not always detect when she has had enough movement or when she is becoming sensory overwhelmed. This may slow her down, may cause her to become frustrated or confused, and may require more specific verbal and visual directions to improve focus and direction. Sarah may learn best through a multi-sensory approach incorporating kinesthetic, tactile, and frequent movement breaks.

**School Suggestions for breaks**
- **Sliding feet along the floor when walking**
- **Bouncing up and down on toes when walking**
- **Head rolls**
- **Shake out body vigorously**
- **Swing for a short time at recess**
- **Take a jumping break**
- **Home Suggestions**
- **Do homework while sitting on a therapy ball**
- **Provide snacks during homework**
- **Provide manipulatives or scratch paper during homework**

**Recommendations:**
It is recommended that Sarah receive Occupational Therapy services to address motor strength and endurance, visual motor and visual perceptual skills in order to meet classroom expectations with regard to reading, writing endurance, speed and accuracy.

                Jill McPhilliamy OTR/L
                Registered Occupational
                Therapist No. 001963
                License No. 056-002053