IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor, <br>   Plaintiffs <br><br> v. <br><br> Board of Education of Aptakisic-Tripp Community Consolidated School District No. 102 and Illinois State Board of Education, <br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07 C 7018 |

## AFFIDAVIT OF LEE ANNE D.

NOW COMES Lee Anne D., and under oath, deposes and states as follows:

1. I am the mother of Sarah D.

2. During the summers between school years, I provided Sarah with private tutoring, speech therapy and summer camp experiences at my own expense, rather than send Sarah to the School District's Extended School Year ("ESY") program. One summer I paid Sarah's special education teacher from Aptakisic-Tripp School District 102 to tutor Sarah.

3. During spring Individualized Education Program ("IEP") meetings with the School District, when discussing ESY, my husband and I were never advised by the School District that it would be detrimental to Sarah if she did not participate in the District's ESY program. In fact, the District staff supported our decision to provide Sarah with private tutoring, speech therapy, and day camp opportunities.



EXHIBIT F

4. At fall IEP meetings, no one from the School District ever stated that Sarah had regressed over the summer. The IEP and comments made at the meeting reflected that school staff started in the fall with Sarah at the point they had stopped in the spring.

Further affiant sayeth not.

*[signature]*
Lee Anne D.

Subscribed and Sworn to before me this
19th day of March, 2008

*[signature]*
Notary Public

"OFFICIAL SEAL"
Elissia L. Simmons
Notary Public, State of Illinois
My Commission Exp. 04/02/2008