IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES and LEE ANNE D.,<br>Individually and as Next Friends<br>of Sarah D., a Minor,<br>  Plaintiffs<br><br>v.<br><br>Board of Education of Aptakisic-Tripp<br>Community Consolidated School District<br>No. 102 and Illinois State Board of Education,<br>  Defendants. | Case No. 07 C 7018 |

## NOTICE OF FILING

**TO:**  Jay Kraning                                      Shirley Calloway
       Debra Kaplan                                    Office of the Attorney General
       Robert Swain                                    100 West Randolph Street
       Hodges, Loizzi, Eisenhammer,        13th Floor
          Rodick & Kohn                               Chicago, IL  60601
       3030 Salt Creek Lane
       Suite 202
       Arlington Heights, IL  60005

PLEASE TAKE NOTICE that on this 20th day of March, 2008, we filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, a Motion to Supplement the Administrative Record.  A briefing schedule has already been set by the Court.

Respectfully submitted,

/s/ Courtney N. Stillman
Courtney N. Stillman, One of the Attorneys for Plaintiffs

Matthew D. Cohen
Courtney N. Stillman
MONAHAN & COHEN
Attorneys for Plaintiffs
225 W. Washington, Suite 2300
Chicago, IL  60606
(312) 419-0252
Dated:  March 20, 2008
F:\CASE\D\Notice of Filing 3.20.08

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 20, 2008, I electronically filed this **Notice of Filing** and **Motion to Supplement Administrative Record** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

       scalloway@atg.state.il.us

       kdonoghue@atg.state.il.us

       mcapra@atg.state.il.us

       dkaplan@hlerk.com

       jkraning@hlerk.com

       rswain@hlerk.com


                                      /s/ Courtney N. Stillman
                                      Courtney N. Stillman