## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7018 | **DATE** | 3/20/2008 |
| **CASE TITLE** | James and Lee Anne D. vs. Bd. of Education of Aptakisic-Tripp | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion to voluntarily dismiss [26] defendant Illinois State Board of Education is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|