# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Sarah D.

                Plaintiff,

v.

                Case No.: 1:07–cv–07018

                Honorable Robert M. Dow Jr.

Board of Education of Aptakisic–Tripp Community Consolidated School District No. 102, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Pursuant to the Court's prior minute entry and as advised in open court at the 2/19/08 status, defendants' response to motion to supplement administrative record is due on 4/3/08; plaintiffs' reply is due on 4/10/08; court will issue a ruling by mail. Notice of motion set for 3/25/08 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.