IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES and LEE ANNE D., )<br>Individually and as Next Friends )<br>of Sarah D., a Minor, )<br>    Plaintiffs )<br>    v. )<br>     )<br>BOARD OF EDUCATION OF )<br>APTAKISIC-TRIPP COMMUNITY )<br>CONSOLIDATED SCHOOL DISTRICT )<br>NO. 102 )<br>    Defendant. ) | Case No. 07 C 7018<br><br>District Judge Robert M. Dow Jr. |

## NOTICE OF FILING

To: Matthew D. Cohen
 Courtney N. Stillman
 Monahan & Cohen
 225 W. Washington Street
 Suite 2300
 Chicago, IL 60606

    **PLEASE TAKE NOTICE** that on the 3rd day of April, 2008, we caused the Defendant School District's Response in Opposition to Plaintiffs' Motion to Supplement Administrative Record to be electronically filed through the CM/ECF system of the United States District Court for the Northern District of Illinois.

                                        By:  /s/ Debra H. Kaplan
                                             One of the Attorneys for
                                             Defendant School District

Jay Kraning
Debra H. Kaplan
HODGES, LOIZZI, EISENHAMMER,
 RODICK & KOHN
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL  60005
(847) 670-9000 (phone)
(847) 670-7334 (fax)
jkraning@hlerk.com
dkaplan@hlerk.com

## CERTIFICATE OF SERVICE

      I, Debra H. Kaplan, an attorney, hereby certify that a true and correct copy of the foregoing Notice of Filing was served on the 3rd day of April, 2008, by transmitting the same electronically to the Clerk of Court, in accordance with Fed. R. Civ. P. 5(b)(2)(D), LR5.5 and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By: /s/ Debra H. Kaplan
    One of the Attorneys for
    Defendant School District

Jay Kraning
Debra H. Kaplan
HODGES, LOIZZI, EISENHAMMER,
 RODICK & KOHN
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL  60005
(847) 670-9000 (phone)
(847) 670-7334 (fax)
jkraning@hlerk.com
dkaplan@hlerk.com

152682_1.DOC