IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES and LEE ANNE D., Individually and as Next Friends of Sarah D., a Minor,<br>    Plaintiffs<br><br>v.<br><br>Board of Education of Aptakisic-Tripp Community Consolidated School District No. 102,<br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. 07 C 7018<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**TO:**   Jay Kraning
        Debra Kaplan
        Robert Swain
        Hodges, Loizzi, Eisenhammer,
            Rodick & Kohn
        3030 Salt Creek Lane
        Suite 202
        Arlington Heights, IL  60005

   PLEASE TAKE NOTICE that on this 9th day of April, 2008, we filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, a Reply in Support of Plaintiffs' Motion to Supplement the Administrative Record.

                                    Respectfully submitted,


                                    /s/ Courtney N. Stillman
                                    Courtney N. Stillman, One of the Attorneys for Plaintiffs

Matthew D. Cohen
Courtney N. Stillman
MONAHAN & COHEN
Attorneys for Plaintiffs
55 W. Monroe, Suite 3700
Chicago, IL  60603
(312) 419-0252
Dated:  April 9, 2008
F:\CASE\D\Notice of Filing 4.9.08

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2008, I electronically filed this **Notice of Filing** and **Reply in Support of Plaintiffs' Motion to Supplement Administrative Record** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

      scalloway@atg.state.il.us

      kdonoghue@atg.state.il.us

      mcapra@atg.state.il.us

      dkaplan@hlerk.com

      jkraning@hlerk.com

      rswain@hlerk.com

      /s/ Courtney N. Stillman
      Courtney N. Stillman