IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES and LEE ANNE D., )<br>Individually and as Next Friends )<br>of Sarah D., a Minor, )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>Board of Education of Aptakisic-Tripp )<br>Community Consolidated School District )<br>No. 102, )<br>    Defendants. ) | Case No. 07 C 7018 |

## NOTICE OF FILING

**TO:**    Jay Kraning
            Debra Kaplan
            Robert Swain
            Hodges, Loizzi, Eisenhammer,
               Rodick & Kohn
            3030 Salt Creek Lane
            Suite 202
            Arlington Heights, IL  60005

       PLEASE TAKE NOTICE that on this 14th day of August, 2008, pursuant to the Court's August 12, 2008 Order, we filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, the complete inclusion presentation referenced in Exhibit B to Plaintiffs' Motion to Supplement Administrative Record.

                                                                                         Respectfully submitted,

                                                                                     /s/ Courtney N. Stillman
                                                                                      Courtney N. Stillman, One of the Attorneys for
                                                                                      Plaintiffs

Matthew D. Cohen
Courtney N. Stillman
MONAHAN & COHEN
Attorneys for Plaintiffs
55 W. Monroe, Suite 3700
Chicago, IL  60603
(312) 419-0252
Dated:  August 14, 2008
F:\CASE\D\Notice of Filing 8.14.08

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2008, I electronically filed this **Notice of Filing** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

      scalloway@atg.state.il.us

      kdonoghue@atg.state.il.us

      mcapra@atg.state.il.us

      dkaplan@hlerk.com

      jkraning@hlerk.com

      rswain@hlerk.com

      /s/ Courtney N. Stillman  
      Courtney N. Stillman