

*Aptakisic-Tripp School District 102 Buffalo Grove Illinois*

**D102.org**

*Empowering All Learners to Excel*
**Student Services**

LOGIN        Schools        Departments        District Groups        Help        Home

# Inclusion presentation

13 March,2007                                                                By: Mindy McGuffin

Inclusion presentation.ppt

1231 Weiland Road  Buffalo Grove, IL 60089  847-353-5650



EXHIBIT
*B*

H289

Welcome!

Megan Clarke
Director of Student Services

Mindy McGuffin
Coordinator of Student Services

# Objectives...

- Who we are and what we do and how to contact us
- Develop an awareness that there is a CAS process
- Share our philosophy with you



Inclusion is a basic value that extends to all children; everyone belongs, and everyone is welcome.

Luanna Meyer

The answers to our questions
lie outside the fences we
build around our thinking.

Ben Bruse

We have both seen the ability of all children to achieve what we as adults could not even imagine: acceptance. Renee and Ben Adams



A sense of community is a perception that members have of belonging and being important to each other.

Florin and Chavis





We will
leave no
children
behind!

Weber School
District Theme





There can be hope only for a society which acts as one big family, and not as many separate ones.

Anwar Al-Sadat



You will know that you are in a community if you often hear laughter and singing. You will know you are in an institution or bureaucracy if you hear the silence of long halls and the intonations of formal meetings.

J. McKnight



King Solomon



What do we live for, if not to make life easier for each other?

George Elliot



What children can do with assistance of others might be . . . . Even more indicative of their mental development than what they can do alone.

Lev Vygotsky

There is one body that knows more than anybody, and that is everybody.

Alexandre do Talleygrand-Perigord





Every life is a work of art, shaped by the person who lives it.

Unknown





The fundamental principle of inclusive education is the valuing of diversity within the human community.

Norman Kunc





Circles of friends are not an alternative to learning... They are a precondition.

Marsha Forest



The only handicap is having no friends.

Judith Snow

If you ask me what's
wrong with me I can
tell you in a second.
But if you ask me
what's right with me
we can talk all day.

Christopher Reeves





Inclusion means establishing and maintaining warm, accepting classroom communities that embrace diversity and hono

Mara Sapon-Shevin

We will not successfully restructure schools to be effective until we stop seeing diversity in students as a problem.

Grant Wiggins

# Perfect is not one of the choices.

Ann Welch





We get together on the basis of our similarities; we grow on the basis of our differences.

Virginia Satir