

# Sorting children always takes less effort than supporting children.

Benjamin Bloom



Mainstreaming is like sitting on the bench in a uniform . . .
but inclusion is playing the game.

Mary Beth Conklin


Inclusion is a
right not a
privilege for a
select few.
Judge J. F. Gerry

# All

# means

# All!

Steven Kukic, Sp. Ed. Director, Utah St.



Inclusion is much more than a place to go. It is a value to be lived.

Jennifer York


We need to help students learn to treat each other ethically, giving them practice in caring.
Ned Noddings


Excellence is excellence.
Education practices that
help students with
disabilities learn, help all
students learn.
Judith E. Heumann
Assist. U.S. Sec. Of Ed.



All students work
toward the same
educational
outcomes; what
differs is the level
at which these outcomes are
achieved and the degree of
emphasis
placed on them.

Judy Scrag and Jane Burnette

Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it's the only thing that ever has.

Margaret Mead




School is not about preparing kids for school. It's about preparing kids for life.
Dr. W. R. Daggett


We all have something
to learn from each other.

Clearly, the greatest barrier to friendships between individuals with and without severe disabilities is lack of opportunity, and not individual characteristics, skills, abilities, and/or disabilities.


No one ever said
inclusion was going
to be easy!
Luanna Meyer


The culture of our schools now is consumed with who shouldn't be there, rather than making sure everyone stays.
D. Rostetter


It is in school that we learn
about who is of worth and
value in society and about who
is "excess population", outside
our view of support or
responsibility.
M. Sapon-Shevin



When children know
uniqueness is respected,
they are more likely to
put theirs to use.

D. Corkille Briggs




The woods would be very
silent if no birds sang there
except those that sang best . . .
Henry Van Dyke

When inclusive education is fully embraced, we abandon the idea that Children have to become "normal" in order to contribute to the world.

N. Kunc



It is . . .
friendships
that protect us
from
vulnerability
and ensure that
our lives are
rich and full.

J. Strully


Inclusion is a team sport!
Weber Inclusion Support Team


Whatever you can do
or dream you can,
begin it.
Boldness has
genius,
power,
and
magic in it.
Begin it now!
Goethe


The real act of discovery
consists not in finding
new lands, but in
seeing with new ideas.
Marcel Proust

What changes attitudes and behavior is living with people all day in and day out.



J. Strully



Indian Prairie School District meets the needs of all children within their least restrictive environment. This environment, for many students is within their home school with their neighborhood peers.

J. Hackett

# To contact us…

- Megan 5676
- Mindy 5678