**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Sarah D.

                Plaintiff,

v.                    Case No.:
                      1:07−cv−07018

                      Honorable Robert
                      M. Dow Jr.

Board of Education of Aptakisic−Tripp Community
Consolidated School District No. 102, et al.

                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(tbk, )Mailed notice.

Dated: September 10, 2008

                             /s/ Robert M. Dow Jr.

                             United States District Judge