# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Sarah D.

          Plaintiff,

v.                  Case No.: 1:07−cv−07018

                  Honorable Robert M. Dow Jr.

Board of Education of Aptakisic−Tripp Community Consolidated School District No. 102, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

  MINUTE entry before the Honorable Michael T. Mason: This matter having been referred for settlement conference, an initial status hearing is set for 10/7/08 at 09:00 a.m. in courtroom 2214 for the purpose of setting a settlement conference date. However, parties may confer with one another and contact the courtroom deputy, 312−435−6051, to schedule the settlement conference in lieu of attending the status hearing. If parties do not contact the courtroom deputy by 10/3/08, the 10/7/08 status hearing will proceed. Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.